| United States Bankruptcy Court<br>Middle District of Florida, Tampa Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GeoPharma, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Innovative Health Products, Inc.; DBA Innovative Health Products** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-2600232** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6950 Bryan Dairy Rd.**<br>**Largo, FL**<br>ZIP Code **33777** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Pinellas** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

### Filing Fee (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ■<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**GeoPharma, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| <br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | GeoPharma, Inc. |

Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Charles A. Postler, Bar No. 455318**
Printed Name of Attorney for Debtor(s)

**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**

Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number

*March 23 2011*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**George Stuart**
Printed Name of Authorized Individual

**President/CEO**
Title of Authorized Individual

*March 23, 2011*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

A BEACON ELECTRIC SERVICE INC.
P O Box 86427
Madeira Beach, FL 33738

ADAMS AND REESE LLP
P O Box 2153, Dept 5208
Birmingham, AL 35287

AETNA
P O Box 415622
Boston, MA 02241-5622

AETNA COBRA SPECIAL PLANS
P O Box 13050
Secaucuc, NJ 07188

AETNA US HEALTHCARE
P O Box 532430
Atlanta, GA 30353-2430

Alampally, Saraseeruha
500 Peconic St., Apt 181B
Ronkonkoma, NY 11779

Alampally, Saraseeruha
500 Peconic St., Apt 181B
Ronkonkoma, NY 11779

Aldrich Construction
1765 Carnegie Ave
Clearwater, FL 33756

Alicea, Leida
3303 N Lakeview Dr Apt 2515
Tampa, FL 33618

Jovan Alimpic
dba Dentech
c/o James Rose, Esq.
1500 Railroad Ave.
Saint Helena, CA 94574

All American Containers, Inc.
4917 Oak Fair Blvd
Tampa, FL 33610

All Grass & Lawn Maintenance
3030 Cedar Trace
Tarpon Springs, FL 34688

Allen Dyer Doppeta
255 S Orange Ave #1401
Orlando, FL 32802

ALLTECH, INC.
P O Box 404569
Atlanta, GA 30384-4569

ALZO INTERNATIONAL, INC.
650 Jernee Mill Road
Sayreville, NJ 08872

AMERICAN EXPRESS
P O Box 360001
Ft Lauderdale, FL 33336

American General Finance
c/o Daniel Consuegra, Esq.
9204 King Palm Dr.
Tampa, FL 33619

American International Chemical, Inc.
P O Box 845790
Boston, MA 02284-5790

American International Chemical, Inc.
c/o McKenzie, Becker & Stevens
P.O Box 1967
Lakeville, CT 06039

Ameritech Laboratories
128 17 20th Ave
College Point, NY 11356

AMITCO INTERNATIONAL
110 Pennsylavania Ave
Paterson, NJ 007503

AMTRUST NORTH AMERICA INC
P O Box 318004
Cleveland, OH 44131-0480

ASAP PROGRAMS
4920 West Cyress St
Tampa, FL 33607

Avdic, Amer
637 89th Ave N
St Petersburg, FL 33702

AXSA-DANWOOD AMERICA INC
8010 SUNPORT DRIVE Stuite 110
Orlando, FL 32809

B & D NUTRITIONAL INGREDIENTS
961 PARK CENTER DRIVE
Vista, CA 92081

BALPACK INC
8290 BLAIKIE COURT
Sarasota, FL 34240

Bardhi, Nurie
829 4th Ave NW
Largo, FL 33770

BAY TACT CORP
440 Route 198
Woodstock Valley, CT 06282-9976

Bayfront Convenient Care
7601 Seminole Blvd
Seminole, FL 33772

BDR Largo Associates, LLC
247 W. 87th St., Suite 8G
New York, NY 10024

BDR Largo Associates, LLC
c/o Ronald W. Gregory, Esq.
721 First Ave. N.
Saint Petersburg, FL 33701

Bedi, Harry
13728 Antler Point Dr
Tampa, FL 33626

Beganovic, Ajla
3074 Highland St N
St Petersburg, FL 33704

Beganovic, Mediha
3074 Highland St N
St Petersburg, FL 33704

Bell Chem Corp.
1340 Bennett Dr.
Longwood, FL 32750

Bell Chem Corp.
c/o Austin Aaronson, Esq.
1801 Lee Rd., #241
Winter Park, FL 32789

Benard Industries, Inc.
dba OTC Pharmaceuticals Products
P O Box 161027
Miami, FL 33116

Nathanael Bernstein
c/o Dean Kent, Esq.
101 E. Kennedy Blvd., #2700
Tampa, FL 33602

Berry, Susan
82179 E. Street
Pinellas Park, FL 33781

BLANVER
1515 S FEDERAL HWY STE 105
Boca Raton, FL 33432

Blatt, Surbhi
27725 Kirkwood Circle
Wesley Chapel, FL 33543

Blue California Co.
c/o Joseph Graziano, Esq.
f18757 Burbank Blvd. #300
Tarzana, CA 91356

BRENNTAG MID-SOUTH, INC.
3796 RELIABLE PARKWAY
Chicago, IL 60686-0037

Bridges, Betty
757 182nd Ave East
Redington Shores, FL 33708

BRIMMER, BUREK, & KEELAN
5601 Mariner Street
Tampa, FL 33609

Brnada, Boris
2933 57th Ave North
St. Petersburg, FL 33714

Brnada, Boris
2933 57th Ave North
St Petersburg, FL 33714

Bryan Dairy Real Estate Holdings, Inc.
c/o Jay Cook, Esq.
5150 N. Tamiami Trail #201
Naples, FL 34103

Budhram, Ramish
8228 Summer Wood Lane
River View, FL 33578

Bulut, Slavica
6100 21st St. N. Apt 15A
St. Petersburg, FL 33714

Bulut, Slavica
6100 21st St N Apt 15A
St Petersburg, FL 33714

BUSINESS & LEGAL REPORTS
141 MILL ROCK ROAD EAST
Old Saybrook, CT 06475

Business Wire, Inc.
c/o Coface Collections North America
P.O. Box 8510
Metairie, LA 70011

BUSIREDDY, SHYAM
2014 SUNSET MEADOW DRIVE
CLEARWATER, FL 33763

CANON COMMUNICATIONS LLC
Sept LA 22178
Pasadena, CA 91185-2178

CapsCanada Corp.
c/o Jeralyn Leydig, Esq.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160

Capsugel, Division of Pfizer, Inc.
c/o Thomas Sciarrino, Esq.
P.O. Box 800
Tampa, FL 33601

CARLWOOD SAFETY, INC.
P O Box 1528
Largo, FL 33779

Ceco Sales
P O Box 4237
Ft Worth, TX 76164

Centerchem, Inc.
c/o Steven Sprechman, Esq.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160

Centric Business
P O Box 75222
Baltimore, MD 21275-5222

Champion Performance Products, Inc.
c/o Sarah Springer, Esq.
2200 N. Commerce Pkwy. #202
Fort Lauderdale, FL 33326


CHEMICAL SOLUTIONS LTD
PO BOX 2428
Mechanicsburg, PA 17055

CINTAS CORP
9300 MCI DRIVE NORTH
Pinellas Park, FL 33782

CINTAS FIRST AID & SAFETY
Location F48
P O Box 636525
Cincinnati, OH 45263-6525


CIT Technology Financing Services
c/o Diane Wells, Esq.
777 Brickell Ave., #850
Miami, FL 33131

CITI CARDS
P O BOX 8115
South Hackensack, NJ 07606

CITY OF PINELLAS PARK
P.O. BOX 1337
Pinellas Park, FL 33780-1337


COHRS LAW GROUP
1901 Ulmerton Rd Unit 425
Clearwater, FL 33762

Cole Palmer
13927 Collections Center Dr
Chicago, IL 60693

COLONIAL MECHANICAL
1765 CARNEGIE AVE
Clearwater, FL 33756


Colonial Scientific
P O Box 71508
Richmond, VA 32355

Compressed Air Systems
9303 Stannum St.
Tampa, FL 33619

CON-WAY FREIGHT INC.
PO BOX 5160
Portland, OR 97208-5160


Connelly Group, The
c/o MHG, LLC
1040 S. Federal Hwy., #100
Delray Beach, FL 33483

CONNEX INTERNATIONAL
50 Federal Road
Danbury, CT 06810

Creative Compounds, Inc.
c/o Revenue Assurance Partners
19399 Helenberg Rd.
Covington, LA 70433


CROWN CREDIT COMPANY
PO BOX 640352
Cincinnati, OH 45264-0352

Culbertson, Richard
6409 Golden Drive
Tampa, FL 33634

Culesker, Esad
250 SW Jefferson Circle N
St Petersburg, FL 33703


CVS Pharmacy, Inc.
c/o Gregg Johnson, Esq.
P.O. Box 2873
Orlando, FL 32802

CVS Realty
P O Box 1525
Woonsocket, RI 02895

Dart Electronics Inc.
5390 Park Blvd.
Pinellas Park, FL 33781


Delage Landen Financial Services
c/o Samuel Fineman, Esq.
Five Greentree Centre
Suite 104, Route 73
Marlton, NJ 08053

DELTA LABORATORIES, INC
410 W. 1ST AVE
Rosell, NJ 07203

DELTACOM
P O Box 2252
Birmingham, AL 35246


DENTECH
1550 DEER PARK ROAD
Angwin, CA 94508

Department of Labor
c/o Diversified Collection Services
P.O. Box 9046
Pleasanton, CA 94566

DEPOSITORY TRUST CO
P O Box 27590
New York, NY 10087-7590

DI CENTRAL
1199 NASA PARKWAY Ste 101
Houston, TX 77058

DICKENSON, PEATMAN & FOGARTY
809 COOMBS STREET
Napa, CA 94559

Djuric, Mira
820 74th Ave North
St Petesburg, FL 33702

Dore-Falcone, Carol
3030 Cedar Trace
Tarpon Springs, FL 34688

DR. SCHLEUNIGER PHARMATRON
1 SUNDIAL AVE Suite 214
Manchester, NH 03103

DYNATEK INDUSTRIES, INC.
P.O. BOX 800729
Santa Clara, CA 91380-0729

E-STOCK QUOTES INC.
1800 Camden Road Suite 107-48
Charlotte, NC 28203

Edwards Angell Palmer & Dodge, LLP
P O Box 40956
Hartford, CT 60615-0956

Edwards, Vernice
911 40th St N
St Petersburg, FL 33711

Environment Express
490 Wando Park Blvd
Mt Pleasant, SC 29464

Esbri, Virgil
2207 S Carolina Ave #35
Tampa, FL 33629

ESQUIRE - PALM BEACH
101 Marietta St, #2700
Atlanta, GA 30303

ESSENTIAL INGREDIENTS
2408 Tech Center Pkwy #200
Lawrenceville, GA 30043

ESTES EXPRESS LINES
P O Box 25612
Richmond, VA 23205

Evergreen Shipping Agency (America) Corp
16000 N DALLAS PKWY, SUITE 400
Dallas, TX 75248

FCC PRODUCTS
106 NAYLON AVE
Livingston, NJ 07039

Federal Express
PO BOX 660481
Dallas, TX 75266-0481

FedEx Freight East
c/o Richard Ahiquist, Esq.
4509 Bee Ridge Rd., Unit D
Sarasota, FL 34233

FedEx National LtL
PO BOX 95001
Lakeland, FL 33804

FELLOWS JOHNSON & LABRIOLA
225 PEACHTREEE ST NE
SUITE 2300 SOUTH TOWER
Atlanta, GA 30303

Fernandes, Rudi
441 Denise St
Tarpon Springs, FL 34689

Fernandes, Rudolph
441 Denise St.
Tarpon Springs, FL 34689

FIRST BENEFIT ADMINISTRATORS
13080 BELCHER ROAD S
Suite A
Largo, FL 33773

First Community Bank of America
9001 Belcher Rd.
Pinellas Park, FL 33782

Fisher Scientific Co. LLC
c/o Scott Leah, Esq.
1500 One PPG Place
Pittsburgh, PA 15222

Flaster Greenberg
c/o Jeffrey Cohen, Esq.
1810 Chapel Ave. W.
Cherry Hill, NJ 08002

Florida Department of Labor
Division of Unemployment Compensation
Bureau of Tax
Tallahassee, FL 32399-0233

FLORIDA MARKING PRODUCTS
555 DOG TRACK ROAD
Longwood, FA 32750-6547

Foley & Lardner LLP
3000 K St W St 500
Washington, DC 20007-5143

FRF SIF
P O BOX 32034
Lakeland, FL 33802

GAM Realty, LLC
c/o Cohn Dussi & Bilodeau, LLC
931 Jefferson Blvd. #1003
Warwick, RI 02886

Gencor Pacific, Inc.
c/o Jason Moyer, Esq.
P.O. Box 1438
Tampa, FL 33601

General Electric Capital Corp.
c/o Alicia Schumacher, Esq.
and Keith Skorewicz, Esq.
P.O. Box 3913
Tampa, FL 33601

GEORGE STUART
916 Valencia Ave
Orlando, FL 32804

Gifford, Liz
801 64th St
St Petesburg, FL 33710

GILMAN NUTRITION DISTRIBUTORS, INC
333 Falkenburg Road N D 403
Tampa, FL 33619

Gjervold, Colin
8221 Dunham Station Drive
Tampa, FL 33647

Gjervold, Colin
8221 Dunham Station Dr
Tampa, FL 33647

Global Express
33 Elizabeth St
Derby, CT 06418

GLOBE NEWSWIRE
P O Box 8500, Lockbox 40200
Philadelphia, PA 19178

Godwin Cynthia
3866 13th Ave South
St Petesburg, FL 33711

GOLD COAST INGREDIENTS, INC.
2429 Yates Ave
Commerce, CA 90040-1917

Gordic, Anica
8542 10th St N Apt C
St Petersburg, FL 33702

Gozdecki, Del Giudice, Americus, Farkas
One East Wacker Suite 1700
Chicago, IL 60601

Gravity Court Reporting
101 S Franklin St Suite 100
Tampa, FL 33602

GRAY ROBINSON
P O Box 3068
Orlando, FL 32802

Haigley, Linda
501 Whitcomb Blvd
Tarpon Springs, FL 34689

Haigley, Linda
501 Whitcomb Blvd
Tarpon Springs, FL 34689

Halperin Battalia LLP
555 Madison Ave 9th Floor
New York, NY 10022

HALPERIN RAICHT LLP
555 Madison Ave 9 Floor
New York, NY 10022

Hannaman, Evonne
10427 65th Ave N.
Seminole, FL 33772

Hartley, Marshall
5305 McCranie St.
Seffner, FL 33584

Holdsworth Industrial Controls, Inc.
13151A 92nd St N., Unit 606A
Largo, FL 33773

HOLT FILTERS
1672 N Hercules Ave Unit G
Clearwater, FL 33765

Husch Blackwell Sanders LLC
120 S Riverside Plaza St 2200
Chicago, IL 60606

IDS Sports, Inc.
5707 Dot Com Court, #1079
Oviedo, FL 32765

IDS Sports, Inc.
c/o Thomas Redburn, Esq.
65 Livingston Ave.
Roseland, NJ 07068

Ijacic, Ljilana
4900 8th St N #303
St Petersburg, FL 33703

IKON OFFICE SOLUTIONS
P O Box 31001-0850
Pasadena, CA 91110-0850

Iltcheva, Vessellina
1828 76th Place N.
St. Petersburgh, FL 33702

IMA NORTH AMERICA, INC.
7 New Lancaster Rd
Leominster, MA 01453

INFINTY IND CONTROLS
2013 Weaver Park Drive
Clearwater, FL 33765

INLINE FILLING SYSTEMS, INC
216 Seaboard Ave
Venice, FL 34285

INTEGRITY COFFEE SERVICE, LLC.
14100 Walsingham Rd Suite 36 #23
Largo, FL 33774

Interlaken Fortune 2000
12397 S Belcher Rd #270
Largo, FL 33773

INTERLAKEN SOUTH INC
12397 Belcher Road S Suite 270
Largo, FL 33773

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Attn: Sherri Miller
3848 W. Columbus Dr
Mail Stop 5301
Tampa, FL 33607

International Sourcing, Inc.
c/o Daniel Day, Esq.
5858 Westheimer Rd., #500
Houston, TX 77057

Ironman Publishing, Inc.
c/o Gilbert Singer, Esq.
P.O. Box 800
Tampa, FL 33601

Jack Distribution, LLC
1501 Green Rd #C
Pompano Beach, FL 33064

Jack Distribution, LLC
c/o Simeon Brier, Esq.
525 Okeechobee Blvd., #1600
West Palm Beach, FL 33401

James R Betts Es
710 S Blvd
Tampa, FL 33606

Jobe & Co.
c/o MHG, LLC
1040 S. Federal Hwy., #100
Delray Beach, FL 33483

JOST CHEMICAL
8150 Lackland
St Louis, MO 63114

Kalem, Jozo
8221 7th St North
St Petersburg, FL 33702

Kapo, Buhruda
1600 Gandy Blvd #1009
St Petersburg, FL 33702

Kapo, Zahida
4471 85th Ave N
Pinellas Park, FL 33781

Kapoor, Arun (Commission)
12948 Terrace Springs Dr
Temple Terrace, FL 33637

KASIREDDY, CHANDRA
64 GLADES CIRCLE
LARGO, FL 33771

Kasireddy, Charitha
64 Glades Circle
Largo, FL 33771

KATHUROJU, RAM MOHAN
7501 ULMERTON RD LOT # 516
LARGO, FL 33771

KELATRON CORPORATION
1675 West 2750 South
Ogden, UT

Kerry, Inc.
c/o Michelle Novick, Esq.
120 S. Riverside Plaza #1200
Chicago, IL 60606

Kim, Tae
4381 70th Ave North
Pinellas Park, FL 33781

Kim, Tae
4381 70th Ave North
Pinellas Park, FL 33781

Klisura, Terezija
8543 10th St N Apt D
St Petersburg, FL 33702

KOPCO GRAPHICS, INC
P O Box 633712
Cincinnati, OH 45263-3712

Kosarac, Samira
6301 23rd Street North
St. Petersburg, FL 33702

Kosarac, Samira
6301 23rd St N
St. Petersburg, FL 33702

KOTE, MAHESH
2481 N.E. COACHMAN ROAD
LARGO. FL 33771

Kovalik, Steve
6601 17th Lane N
St Petersburg, FL 33702

Kreder Brooks Hailstone, LLP
P O Box 956
Scranton, PA 18501

Kumar, Ashok
13566 Foresdt Lake Drive
Largo, FL 337771

LaBrada Bodybuilding Nutrition
c/o Robert Lapin, Esq.
500 Jefferson, #2000
Houston, TX 77002

Lanke, Glen
1250 S. Pinellas Ave # 503
Tarpon Springs, FL 34689

Law Office of Cynthia N. Sass, P.A.
601 W Martin Luther King Jr Blvd
Tampa, FL 33603

Lazic, Bojana
8500 13th St #D
St Petersurg, FL 33702

Lewis, Monica
P.O. Box 761
Largo, FL 33773

Lewis, Monica
P O Box 761
Largo. FL 33773

LoJo Production, Inc.
841 Braemar Lane
Deland, FL 32724

LoJo Production, Inc.
c/o John Samaan, Esq.
1220 Douglas Ave., #207
Longwood, FL 32779

LONZA
90 Boroline Road
Allendale, NJ 07401

Lozano, Noridia
109 North Decker Ave
Baltimore, MD 21224

MAMIDALA, VINAY
401 ROSERY ROAD NE #314
LARGO, FL 33770

Mannam & Associates
3651 Peachtree Pkwy Ste 360
Suwanee, GA 30024

MARBURG IND
2317 Chermoya Drive
Vista, CA 92084

Mastertaste, Inc.
c/o Thomas Sciarrino, Esq.
P.O. Box 800
Tampa, FL 33601

Maximum Human Performance
c/o Kevin Dempsey, Esq.
436 Jefferson Ave.
Scranton, PA 18510

MDS Chemical, Inc.
c/o Robert Weltman, Esq.
323 Lakeside Ave., #200
Cleveland, OH 44113

MERCEDES-BENZ FINANCIAL
P O Box 9001680
Louisville, KY 40290-1680

Mettler Toledo
c/o Receivable Management Corp.
P.O. Box 2471
Woburn, MA 01888

Midsummer Investment, Ltd.
295 Madison Ave., 38th Floor
New York, NY 10017

Miklusev, Pat
6061 Bahia Del Mar Blvd. #211
St. Petersburg, FL 33715

Milisav, Sofija
766 Lynndale St N
St Petersburg, FL 33703

Milosevic, Dejan
2890 pines Dr Apt 119
Largo, FL 33771

Mizic, Sanja
1160 84th Ave N
St Petesburg, FL 33702

Moyer, Michael
4716 Wolfran Lane
New Port Richey, FL 34653

Mrsic, Elvis
638 79th Terrace N Apt 202
St Petersdburg, FL 33702

Mullen, Jackie
12140 Lacey Drive
New Port Richey, FL 34654

Mullen, Jacqueline
12140 Lacey Drive
New Port Richey, FL 34654

Muminovic, Dennis
1245 84th Ave N #B
St Petersburg, FL 33702

Muminovic, Ruzica
142 NW Monroe Circle N
St Petersburg, FL 33702

Muminovic, Ruzica
142 NW Monroe Circle N
St Petersburg, FL 33702

Muscle Group LLC
c/o Eric Ludin, Esq.
13577 Feather Sound Dr. #300
Clearwater, FL 33762

NASDAQ STOCK MARKET, INC
P O Box 8500, Lockbox 20200
Philadelphia, PA 19178-0200

NATOLI ENGINEERING
P O Box 66971
St Louis, MO 63166

NATUREX, INC.
375 Huyler Street
South Hackens, NJ 07606

Neff Packaging Solutions, Inc.
c/o Porter Wright Morris & Arthur
One South Main St., #1600
Dayton, OH 45402

NEW ENGLAND MACHINERY, INC
P O Box 20299
Bradenton, FL 34204

Neziri, Nazmi
Midtown Plaza Apt 11
575 Clw Largo Rd
Largo, FL 33770

Neziri, Sadbere
Midtown Plaza Apt 11
575 Clw Largo Rd
Largo, FL 33770

NOVEL INGREDIENT SERVICES LLC
10 Henderson Drive
West Caldwell, NJ 07006

Nutracea
c/o Richard Ahlquist, Esq.
4509 Bee Ridge Rd., Unit D
Sarasota, FL 34233

Nutrition Distribution, LLC
c/o Stacey Fisher, Esq.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160

OFFICE DEPOT
P O Box 633211
Cincinnati, OH 45263

ORKIN PEST CONTROL
3755 68th Ave North
Pinellas Park, FL 33781

OSF FLAVORS, INC.
40 Baker Hollow Road
P O Box 591
Windsor, CT 06095

Pacific Rainbow Intl., Inc.
c/o Kosto & Rotella PA
P.O. Box 113
Orlando, FL 32802

PALIVELA, NAGA ADITYA
THREE CHELSEA PKWY, STE 305
BOOTHWYN, PA 19061

PAM USA LLC
229 Durham Ave
South Plainfield, NJ 07080

PAT VITAMINS INC
17181 Gale Ave Unit C
City of Industry, CA 91745

PATEL, PATHIKKUMAR
601 ROSERY ROAD NE #753
LARGO, FL 33770

Peesapati, Chandra
21227 US Hwy 19N, Apt 125B
Clearwater, FL 33765

Peesapati, Chandra
21227 US Hwy 19N, Apt 125B
Clearwater, FL 33765

PEESAPATI, PRABHU
21227 US HWY 19N APT 125B
CLEARWATER, FL 33765

PENTASYS CORPORATION
3119 Valemoor Dr
Palm Harbor, FL 34685

People of the State of California
c/o David Paulson, Esq.
675 Texas St., #4500
Fairfield, CA 94533

Pestrikoff, Leon
1424 Pine St.
Clearwater, FL 33756

Pharmline, Inc.
c/o Jay Zeiger, Esq.
P.O. Box 30
Woodbourne, NY 12788

Phytochem, Inc.
c/o Collection at Law, Inc.
31200 Via Colinas, #101
Thousand Oaks, CA 91362

PILLARYSHETTY, VAMSHIDHAR
1480 us 46, Apt 257 B
Parsippany, NJ 07054

Pinellas County Tax Collector
P.O. Box 10832
Clearwater, FL 33757

PLATINUM INDUSTRIES PTY LTD
6/29 Kirkham Rd West
Keysborough, Vic 3173
AUSTRALIA,

Plemons, Cheryl
801 64th St. N
St. Petersburg, FL 33710

PR NEWSWIRE
G.P. O Box 5897
New York, NY 10087-5897

PRECISION IR , INC
P O Box 8500, Lockbox 7391
Philadelphia, PA 19178-0200

Progress Energy Florida, Inc.
P.O. BOX 33199
St Petersburg, FL 33733-8199

PROLIANT, INC.
13345 Collections Center Drive
Chicago, IL 60693

Promax Nutrition Corporation
c/o Stacey Fisher, Esq.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160

R & L CARRIERS, INC.
Attn Ar Dept
P O Box 271
Wilmington, OH 45177

R.R. Donnelley & Sons Company
c/o AG Adjustments
740 Walt Whitman Rd.
Melville, NY 11747

Ralph Davis & Associates
1717 St James Place
St 460
Houston, TX 77056

Raymond Handling Consultants
4925 Raymond Industrial Dr
Lakeland, FL 33815

Raymond Leasing Corporation
c/o Joseph Kincaid, Esq.
330 N. Wabash
Chicago, IL 60611

REGISTRAR AND TRANSFER CO
10 Commerce Drive
Cranford, NJ 07016-3572

Restrepo, Ana
4716 Wolfram Lane
New Port Richey, FL 34653

Restrepo, Ana Maria
4716 Wolfram Lane
New Port Richey, FL 34653

REX CORPORATION
136 Eastport Rd
Jacksonville, FL 32218

RUGER CHEMICAL
P O Box 15028
Newark, NJ 07192

Rutter Hobbs
1901 Ave of the Star5s St 1700
Los Angeles, CA 90067

SAIA FREIGHT LINE
P O Box A Station 1
Houma, LA 70363

Savinon, Carlos
6512 Alta Monte Dr
Tampa, FL 33634

SCLAFANI WILLIAMS
P O Box 24510
Lakeland, FL 33802

SCRIPT LOGIC
6000 Broken Sound Pkwy
Boca Raton, FL 33487

Seaboard Tampa Terminals, Inc.
6708 Harney Road
Tampa, FL 33610

Seatech Bioproducts
c/o Transworld Systems, Inc.
P.O. Box 4903
Trenton, NJ 08650

SEDERMA, INC.
300A Columbus Circle
Edison, NJ 08837

Sekharam, Kotha
9702 Treetops Lake Rd
Tampa, FL 33626

Sekharam, Madhavi
9702 Treetops Lake Road
Tampa, FL 33626

SENSIENT COLORS
P O Box 934709
Atlanta, GA 31193

SGS Life Science
P O Box 2502
Carol Stream, IL 60132-2502

SGS North America, Inc.
c/o Steven Srenaski, Esq.
235 Frost Ave.
Phillipsburg, NJ 08865

SHAREHOLDER.COM
P O Box 8500, Lockbox 30200
Philadelphia, PA 19178-0200

SHUMAKER LOOP KENDRICK LLP
101 E Kennedy Blvd., #2800
Tampa, FL 33602-5151

Shuman, Cani
2007 N. Keene Road
Clearwater, FL 33755-1372

Sichenzia, Ross & Friedman, LLP
61 Broadway 32nd Floor
New York, NY 10006

SIGNATURE BENEFIT SOLUTIONS
18844 N Dale Mabry Hwy
Lutz, FL 33548

SINGH, ABHISHEK
6911 BRYAN DAIRY ROAD
LARGO, FL 33777

Sokolova, Zlatka
1310 Bay Harbor Dr
Palm Harbor, FL 34685

Source Nutraceutical, Inc.
c/o Gilbert Singer, Esq.
P.O. Box 800
Tampa, FL 33602

SOUTHEASTERN FREIGHT LINES
P O Box 100104
Columbia, SC 29202

Spectrum Chemical & Laboratory Product
c/o Hatmaker & Associates
1156 S. US Hwy. 1
Vero Beach, FL 32962

SPI PHARMA INC
P O Box 601304
Charlotte, NC 28260

Sruthi, Gajjala
14397 Pablo Circle
Largo, FL 33771

STAPLES BUSINESS ADVANTAGE
Dept Atl
P O Box 405386
Atlanta, GA 30384

Steris Corp.
P O Box 676548
Dallas, TX 75267-6548

STRYKA
P O Box 35408
Newark, NJ 07193

Suan Farma, Inc.
c/o Kosto & Rotella, PA
P.O. Box 113
Orlando, FL 32802

SUN BAY MFG
6741 102nd Ave North Unit 13-14
Pinellas Park, FL 33782

SUPERIOR FENCE AND RAIL INC
1400 Starkey Road
Largo, FL 33771

Sweco Div M LLC
P O Box 200132
Dallax, TX 75320-0132

Taneja, Mandeep
450 Knights Run Ave Unit 1702
Tampa, FL 33602

Mihir Taneja
6950 Bryan Dairy Rd.
Seminole, FL 33777

TEN STAR SUPPLY COMPANY, INC.
P O Box 4526
Tampa, FL 33677

Thomson Financial Corporate Group
P O Box 5136
Carol Stream, IL 60197-5136

Travers, William
1925 Oak St. NE
St. Petersburg, FL 33704

TRI AG SUPPLY INC
PO Box 606
Harvard, IL 60033

TUCKER ELLIS & WEST LLP
925 Euclid Ave, #1150
Cleveland, OH 44115-1414

U.S. Department of Labor
Wage and Hour Division
4905 W. Laurel St., #300
Tampa, FL 33607

U.S. Department of Labor
Wage and Hour Division
200 Constitution Ave. NW, #S-3510
Washington, DC 20210

U.S. Department of Labor/OSHA
c/o Pioneer Credit Recovery
P.O. Box 189
Arcade, NY 14009

Ucukalo, Anica
554 48th Ave North
St Petersburg, FL 33703

Ucukalo, Ruza
839 76th Ave North
St Petersburg, FL 33702

ULINE
2200 S Lakeside Drive
Waukegan, IL 60085

United Parcel Service
c/o Lee Gartner, Esq.
5561 N. University Dr., #103
Pompano Beach, FL 33067

Universal Capsules, LLC
c/o Marcadis & Associates
5104 S. Westshore Blvd.
Tampa, FL 33611

UNIVERSAL PRESERV-A-CHEM, INC.
60 Jiffy Road
Somerset, NJ 08873

Universal Protein Supplements Corp.
dba Universal Nutrition
c/o Scott Katz, Esq.
777 S. Harbour Island Blvd. #500
Tampa, FL 33602

University of Florida
Research Foundation
P O Box 115500
Gainesville, FL 32611

UPS SUPPLY CHAIN SOLUTIONS, INC.
28013 Network Place
Chicago, IL 60673

VERITEXT FLORIDA REPORTING CO.
One East Broward Blvd., #1101
Ft Lauderdale, FL 33301

VERSATILE PACKAGERS
6422 C Harney Roa
Tampa, FL 33610

Vibhuthi, Gouri
500 Peconic St., Apt 181B
Ronkonkoma, NY 11779

VIBHUTI, GOURI
500 PCONIC ST. APT 181 B
RONKONKOMAN, NY 11779

Videojet Technologies, Inc.
c/o Biehl & Biehl, Inc.
325 E. Fullerton Ave.
Carol Stream, IL 60188

Vobulapu, Sudheera
64 Glades Circle
Largo, FL 33771

Vukovich, Christine
1234 Petit St.
Dickson, PA

VWR International, LLC
P O Box 2078
West Chester, PA 19380

VWR International, LLC
c/o Marcadis & Associates
5104 S. Westshore Blvd.
Tampa, FL 33611

Wade, Shannon
12121 Fred Drive
Riverview, FL 33578

Walgreens
200 Wilmot Rd
Deerfield, IL 60015

Jeffrey and Ramona Warfield
c/o Thomas Dubois, Esq.
P.O. Box 339
Columbia, TN 38402

Waste Management of Pinellas
P O Box 105433
Atlanta, GA 30348

WATERBOY
4454 19th St Sourt East
Brandenton, FL 34203

Wellements LLC
8901 E. Pima Center Pkwy., #215
Scottsdale, AZ 85258

Wellements LLC
c/o Kevin Wilkins, Esq.
P.O. Box 270602
Tampa, FL 33688

Westwood One Radio Networks, Inc.
c/o Martin Cole, Esq.
110 Wall St., 11th Floor
New York, NY 10005

Whitebox Pharmaceutical Growth Fund
3033 Excelsior Blvd., #300
Minneapolis, MN 55416

Williams Schifino Mangione & Steady PA
c/o William Schifino, Esq.
P.O. Box 380
Tampa, FL 33601

Williams, Julius
2516 Elderberry Dr
Clearwaater, FL 33761

Wippo, Gladys
404 Rose Ave
Glen Burnie, MD 21061

Yale Mosk & Co
12397 s Belcher Rd Suite 270
Largo, FL 33773

YENUMULA, CHINANAGI
2690 DREW ST. # 605
CLEARWATER, FL 33759

Yun, Moon
5856 116th Ave North
Pinellas Park, FL 33782

Yun, Moon
5856 116th Ave North
Pinellas Park, FL 33782

Zambrana, Moises
6371 71st St. N.
Pinellas Park, FL 33781