B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  **GeoPharma, Inc.**  
Debtor(s)

Case No. **8:11-bk-5210-CED**  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Midsummer Investment, Ltd.<br>295 Madison Ave., 38th Floor<br>New York, NY 10017 | Midsummer Investment, Ltd.<br>295 Madison Ave., 38th Floor<br>New York, NY 10017 | | | 3,000,000.00 |
| Whitebox Pharmaceutical Growth Fund<br>3033 Excelsior Blvd., #300<br>Minneapolis, MN 55416 | Whitebox Pharmaceutical Growth Fund<br>3033 Excelsior Blvd., #300<br>Minneapolis, MN 55416 | | | 3,000,000.00 |
| MDS Chemical, Inc.<br>c/o Robert Weltman, Esq.<br>323 Lakeside Ave., #200<br>Cleveland, OH 44113 | MDS Chemical, Inc.<br>c/o Robert Weltman, Esq.<br>323 Lakeside Ave., #200<br>Cleveland, OH 44113 | | | 668,900.00 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | 443,498.02 |
| Florida Department of Labor<br>Division of Unemployment Compensation<br>Bureau of Tax<br>Tallahassee, FL 32399-0233 | Florida Department of Labor<br>Division of Unemployment Compensation<br>Bureau of Tax<br>Tallahassee, FL 32399-0233 | | | 221,964.36 |
| Jack Distribution, LLC<br>1501 Green Rd #C<br>Pompano Beach, FL 33064 | Jack Distribution, LLC<br>1501 Green Rd #C<br>Pompano Beach, FL 33064 | | | 199,000.00 |
| IDS Sports, Inc.<br>5707 Dot Com Court, #1079<br>Oviedo, FL 32765 | IDS Sports, Inc.<br>5707 Dot Com Court, #1079<br>Oviedo, FL 32765 | | | 191,918.00 |
| BRIMMER, BUREK, & KEELAN<br>5601 Mariner Street<br>Tampa, FL 33609 | BRIMMER, BUREK, & KEELAN<br>5601 Mariner Street<br>Tampa, FL 33609 | | | 179,561.12 |
| Shuman, Cani<br>2007 N. Keene Road<br>Clearwater, FL 33755-1372 | Shuman, Cani<br>2007 N. Keene Road<br>Clearwater, FL 33755-1372 | | | 170,117.78 |
| FIRST BENEFIT ADMINISTRATORS<br>13080 BELCHER ROAD S<br>Suite A<br>Largo, FL 33773 | FIRST BENEFIT ADMINISTRATORS<br>13080 BELCHER ROAD S<br>Suite A<br>Largo, FL 33773 | | | 164,304.89 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Capsugel, Division of Pfizer, Inc.**<br>c/o Thomas Sciarrino, Esq.<br>P.O. Box 800<br>Tampa, FL 33601 | **Capsugel, Division of Pfizer, Inc.**<br>c/o Thomas Sciarrino, Esq.<br>P.O. Box 800<br>Tampa, FL 33601 | | | **160,028.76** |
| **AETNA US HEALTHCARE**<br>P O Box 532430<br>Atlanta, GA 30353-2430 | **AETNA US HEALTHCARE**<br>P O Box 532430<br>Atlanta, GA 30353-2430 | | | **137,529.36** |
| **FCC PRODUCTS**<br>106 NAYLON AVE<br>Livingston, NJ 07039 | **FCC PRODUCTS**<br>106 NAYLON AVE<br>Livingston, NJ 07039 | | | **122,537.25** |
| **Maximum Human Performance**<br>c/o Kevin Dempsey, Esq.<br>436 Jefferson Ave.<br>Scranton, PA 18510 | **Maximum Human Performance**<br>c/o Kevin Dempsey, Esq.<br>436 Jefferson Ave.<br>Scranton, PA 18510 | | | **109,267.50** |
| **University of Florida**<br>**Research Foundation**<br>P O Box 115500<br>Gainesville, FL 32611 | **University of Florida**<br>**Research Foundation**<br>P O Box 115500<br>Gainesville, FL 32611 | | | **108,634.00** |
| **SHUMAKER LOOP KENDRICK LLP**<br>101 E Kennedy Blvd., #2800<br>Tampa, FL 33602-5151 | **SHUMAKER LOOP KENDRICK LLP**<br>101 E Kennedy Blvd., #2800<br>Tampa, FL 33602-5151 | | | **100,909.19** |
| **LaBrada Bodybuilding Nutrition**<br>c/o Robert Lapin, Esq.<br>500 Jefferson, #2000<br>Houston, TX 77002 | **LaBrada Bodybuilding Nutrition**<br>c/o Robert Lapin, Esq.<br>500 Jefferson, #2000<br>Houston, TX 77002 | | **Contingent** | **92,296.36** |
| **Gencor Pacific, Inc.**<br>c/o Jason Moyer, Esq.<br>P.O. Box 1438<br>Tampa, FL 33601 | **Gencor Pacific, Inc.**<br>c/o Jason Moyer, Esq.<br>P.O. Box 1438<br>Tampa, FL 33601 | | | **82,424.10** |
| **Neff Packaging Solutions, Inc.**<br>c/o Porter Wright Morris & Arthur<br>One South Main St., #1600<br>Dayton, OH 45402 | **Neff Packaging Solutions, Inc.**<br>c/o Porter Wright Morris & Arthur<br>One South Main St., #1600<br>Dayton, OH 45402 | | | **75,032.52** |
| **PLATINUM INDUSTRIES PTY LTD**<br>6/29 Kirkham Rd West<br>Keysborough, Vic 3173<br>**AUSTRALIA** | **PLATINUM INDUSTRIES PTY LTD**<br>6/29 Kirkham Rd West<br>Keysborough, Vic 3173<br>**AUSTRALIA** | | | **70,154.78** |

B4 (Official Form 4) (12/07) - Cont.
In re  **GeoPharma, Inc.**                                       Case No.  **8:11-bk-5210-CED**
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 29, 2011**       Signature  _/s/ George Stuart/_
                                          **George Stuart**
                                          **President/CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.