UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Chapter 11

GEOPHARMA, INC.,                                Case No. 8:11-bk-05210-CED

Debtor.                                         *Emergency Ex Parte*
_____/                *Relief Requested*

## DEBTOR'S *EX PARTE* EMERGENCY MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO BANKRUPTY RULE 1015(b)

GeoPharma, Inc., as debtor and debtor in possession ("**GeoPharma**" or the "**Debtor**"), by and through its undersigned counsel, hereby files its *Ex Parte* Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) (the "**Motion**")[1] and requests that this Court enter an order directing the joint administration of the above-captioned Chapter 11 case with the Chapter 11 case of *In re: Libi Labs, Inc.*, Case No. 8:-11-bk-06953-CED, which is pending before this Court (the "**Related Case**"). In support of this Motion, the Debtor respectfully represents as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409. The statutory predicate for the relief requested herein is Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

---

[1] A companion *Ex Parte* Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) has been simultaneously filed in the case of *In re: Libi Labs, Inc.*, Case No. 8:11-bk-06953-CED.

## Background

2. On March 23, 2011, the Debtor filed with this Court its Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

3. On April 13, 2011, Libi Labs, Inc. ("**Libi Labs**" and, together with GeoPharma, the "**Related Debtors**") filed with this Court its Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

4. The Related Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

5. No previous application for the relief sought herein has been made by the Debtor to this Court or any other court.

6. GeoPharma, a publicly traded Florida corporation, formulates, manufactures and distributes health and beauty aids. GeoPharma specializes in custom contract manufacturing and private labeling services for the nutrition and health sector. The core operation of GeoPharma is the manufacturing of nutritional supplements and skin care products. GeoPharma has the capability to manufacture its products in a variety of different forms, including capsules, tablets, powders, liquids and creams. GeoPharma's equipment allows it to produce, on an annual basis, approximately 500 million capsules, over 1 billion tablets, 20 million 8-ounce liquids, 20 million 4-ounce creams, and over 5,000 tons of powder blends. GeoPharma can also assist with product concepts, formulation development, laboratory services, package and label designs, and improvements and reverse engineering of existing products.

7. GeoPharma's corporate office and manufacturing, packaging and warehousing facility is located at 6950 Bryan Dairy Road in Largo, Florida. GeoPharma's manufacturing

facility includes over 40,000 square feet of United States Food and Drug Administration registered facilities.

8. Libi Labs specializes in the development and manufacture of a range of nutritional supplements and cosmeceuticals.

9. GeoPharma owns 100% of the issued and outstanding equity interests in Libi Labs.

## **Relief Requested and Grounds for Relief**

10. By this Motion, the Debtor requests the entry of an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing, for procedural purposes only, the joint administration of the above-captioned Chapter 11 case with the Related Case.

11. Rule 1015(b) of the Federal Rules of Bankruptcy Procedure provides, in pertinent part:

> (b) **Cases Involving Two or More Related Debtors.** If a joint petition or two or more petitions are pending in the same court by or against . . . a debtor and an affiliate, the court may order a joint administration of the estates.

Section 101(2) of the Bankruptcy Code defines "affiliate" as:

> (A) [an] entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor...
>
> (B) [a] corporation 20 percent or more of whose outstanding voting securities are directly or indirectly owned, controlled, or held with power to vote, by the debtor, or by an entity that directly or indirectly owns, controls, or holds with power to vote, 20 percent or more of the outstanding voting securities of the debtor....

12. The Related Debtors are related entities and affiliates within the meaning of Section 101(2) of the Bankruptcy Code and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure because, as stated above, GeoPharma owns 100% of the issued and outstanding equity

interests in Libi Labs. Therefore, this Court may order the joint administration of the estates of the Related Debtors.

13. The Debtor requests that all pleadings in the Chapter 11 cases of the Related Debtors bear the following joint administration caption:

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **GEOPHARMA, INC.,** | **Case No. 8:11-bk-05210-CED** |
| **LIBI LABS, INC.** | **Case No. 8:11-bk-06953-CED** |
| **Debtors.** | **Jointly Administered Cases** |
| _____/ | **Under Case No. 8:11-bk-05210-CED** |

The Debtor further requests that all pleadings in the Chapter 11 cases of the Related Debtors be filed and maintained under Debtor GeoPharma's case number.

14. The Debtor submits that unnecessary and expensive duplication can be avoided by jointly administering the Related Debtors' Chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure for the following reasons:

    a. To expedite the administration of their Chapter 11 cases, the Related Debtors will be filing a number of other "first day" pleadings affecting both of the Related Debtors. Absent joint administration, the Related Debtors will need to immediately file duplicate motions and related pleadings regarding operational issues. Joint administration will avoid the unnecessary and expensive duplication of effort caused by preparing, filing, and serving the same pleadings with different captions, thereby saving the Related Debtors considerable time and expense.

    b. Joint administration will avoid unnecessary and expensive duplication of efforts caused by serving two sets of differently captioned but otherwise identical pleadings during these cases. By jointly administering the estates, creditors will receive notice of all proceedings involving the Related Debtors, thereby insuring that they are fully informed of all

4

matters potentially affecting their claims. Joint administration will also simplify the Office of the United States Trustee's supervision of all aspects of these cases.

According to the notes of the Advisory Committee on the Bankruptcy Rules, joint administration may include combining the Related Debtors' estates by using a single docket for the matters occurring in the administration, the combining of notices to creditors of the different estates, and the joint handling of other purely administrative matters "that may aid in expediting the cases and rendering the process less costly." Furthermore, it will advance the Court's interest in economy by eliminating the need for duplicate orders and files and will simplify the United States Trustee's supervision of the administration of the Related Debtors' Chapter 11 cases. In addition, it would be an unnecessary burden on this Court and the Clerk's Office to maintain separate dockets for each Related Debtor.

15. The Related Debtors' respective creditors will not be adversely affected by the joint administration of these cases, since joint administration of these cases is for procedural purposes only and will not effect a substantive consolidation of the Related Debtors' estates. In fact, the rights of all creditors will be enhanced by the reduced costs that will result from the joint administration of these cases. Moreover, each creditor may still file its claim against a particular estate.

16. The Debtor does not believe that any of the relief herein requested would create a conflict of interest between creditors of the different estates.

### Notice

17. No trustee or examiner has been appointed in this case, and no official committees have yet been appointed pursuant to Section 1102 of the Bankruptcy Code. Notice of this Motion has been given (i) by electronic transmission to the Office of the United States Trustee for the Middle District of Florida, and (ii) by United States First Class mail to the Local 1007-2 Parties

5

in Interest Matrix for the Chapter 11 cases of GeoPharma and Libi Labs. The Debtor submits that, given the administrative nature of the relief requested herein, no other or further notice need be given.

### Basis for Ex Parte Emergency Relief

18. If these cases are not jointly administered from the outset, the unnecessary and expensive duplication will be burdensome and oppressive to the Related Debtors, their creditors, counsel, and the Court. Certainly, the relief sought would be of considerably greater value if granted immediately. Thus, the Debtor reasonably believes that the granting of this relief *ex parte* is in the best interest of the Related Debtors, their estates and their creditors.

19. The relief sought is in the nature of a "First Day Motion" which is generally recognized as a necessity in large Chapter 11 cases.

WHEREFORE, the Debtor respectfully requests the entry of an order granting this Motion, directing for procedural purposes only the joint administration of the above-captioned Chapter 11 case with the Related Case, and providing for such other and further relief as the Court deems just and proper.

Dated: April 15, 2011

/s/ *Charles A. Postler*
Charles A. Postler (Florida Bar No. 455318)
Daniel R. Fogarty (Florida Bar No. 0017532)
Stichter Riedel Blain & Prosser, P.A.
110 East Madison Street, Suite 200
Tampa, Florida 33602
PH    (813) 229-0144
FAX   (813) 229-1811
cpostler@srbp.com
dfogarty@srbp.com
Attorneys for Debtor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Debtor's *Ex Parte* Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b)** has been furnished on this 15th day of April, 2011, by either the Court's CM/ECF system or by U.S. Mail, to (i) the Office of the United States Trustee for the Middle District of Florida, (ii) the Local 1007-2 Parties in Interest Matrix for the Chapter 11 case of GeoPharma attached hereto, and (iii) the Local 1007-2 Parties in Interest Matrix for the Chapter 11 case of Libi Labs attached hereto.

*/s/ Charles A. Postler*
Charles A. Postler

```
Label Matrix for local noticing          AETNA US HEALTHCARE                      BRIMMER, BUREK, & KEELAN
113A-8                                    P O Box 532430                           5601 Mariner Street
Case 8:11-bk-05210-CED                    Atlanta, GA 30353-2430                   Tampa, FL 33609-3405
Middle District of Florida
Tampa
Fri Apr 15 10:13:17 EDT 2011

Capsugel, Division of Pfizer, Inc.        Denis A. Cohrs, Esq.                     FCC PRODUCTS
c/o Thomas Sciarrino, Esq.                The Cohrs Law Group, P.A.                106 NAYLON AVE
P.O. Box 800                              1901 Ulmerton Rd., Suite 425             Livingston, NJ 07039-1006
Tampa, FL 33601-0800                      Clearwater, FL 33762-2302


FIRST BENEFIT ADMINISTRATORS              Florida Department of Labor              Gencor Pacific, Inc.
13080 BELCHER ROAD S                      Division of Unemployment Compensation    c/o Jason Moyer, Esq.
Suite A                                   Bureau of Tax                            P.O. Box 1438
Largo, FL 33773-1642                      Tallahassee, FL 32399-0233               Tampa, FL 33601-1438


HealthyLife Sciences, LLC                 IDS Sports, Inc.                         IKON Office Solutions
c/o Mark Marani, Esq.                     5707 Dot Com Court, #1079                Recovery & Bankruptcy Group
3350 Riverwood Parkway                    Oviedo, FL 32765-3401                    3920 Arkwright Rd., Suite 400
Suite 1600                                                                         Macon, GA 31210-1748
Atlanta, GA 30339-3359


Ikon Office Solutions                     Internal Revenue Service                 Jack Distribution, LLC
Accounts Receivable Center                P.O. Box 7346                            1501 Green Rd #C
Attn: Bankruptcy Team                     Philadelphia, PA 19101-7346              Pompano Beach, FL 33064-1077
3920 Arkwright Rd., Suite 400
Macon, GA 31210-1748


LaBrada Bodybuilding Nutrition            MDS Chemical, Inc.                       Maximum Human Performance
c/o Robert Lapin, Esq.                    c/o Robert Weltman, Esq.                 c/o Kevin Dempsey, Esq.
500 Jefferson, #2000                      323 Lakeside Ave., #200                  436 Jefferson Ave.
Houston, TX 77002-7337                    Cleveland, OH 44113-1009                 Scranton, PA 18510-2413


Midsummer Investment, Ltd.                Neff Packaging Solutions, Inc.           Office of Reorganization
295 Madison Ave., 38th Floor              c/o Porter Wright Morris & Arthur        U.S. Securities and Exchange Commission
New York, NY 10017-6342                   One South Main St., #1600                c/o David Baddley, Esq.
                                          Dayton, OH 45402-2088                    3475 Lenox Rd, NE Ste 1000
                                                                                   Atlanta, GA 30326-3235


PLATINUM INDUSTRIES PTY LTD               Pinellas County Tax Collector            SHUMAKER LOOP KENDRICK LLP
6/29 Kirkham Rd West                      P O Box 10834                            101 E Kennedy Blvd., #2800
Keysborough, Vic 3173                     Clearwater, FL 33757-8834                Tampa, FL 33602-5153
AUSTRALIA


Shuman, Cani                              U. S. Securities and Exchange Commission University of Florida
2007 N. Keene Road                        c/o David W. Bradley, Esq.               Research Foundation
Clearwater, FL 33755-1372                 3475 Lenox Rd., Northeast #1000          P O Box 115500
                                          Atlanta, GA 30326-3235                   Gainesville, FL 32611-5500


Whitebox Pharmaceutical Growth Fund       Whitebox Pharmaceutical Growth Fund Ltd  Whitebox Pharmaceutical Growth Fund, Ltd.,
3033 Excelsior Blvd., #300                c/o Jason Ward Johnson                   and Bryan Dairy Real Estate Holdings, In
Minneapolis, MN 55416-4675                450 S Orange Ave., Suite 800             c/o Jason Ward Johnson, Esq.
                                          Orlando, FL 32801-3344                   P.O. Box 2809
                                                                                   Orlando FL 32802-2809
```

Yale Mosk & Co,. Interlaken South Inc., Inte
c/o Lynn Welter Sherman
100 S. Ashley Dr. Ste 1500
Tampa, FL 33602-5318

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30

Label Matrix for local noticing
113A-8
Case 8:11-bk-06953-CED
Middle District of Florida
Tampa
Fri Apr 15 09:31:32 EDT 2011

Balpack, Inc.
5200 Saddle Oak Trail
Sarasota, FL 34241-8519

Cintas Corporation
9300 MCI Drive North
Pinellas Park, FL 33782-3944

Covance Labs
P O Box 820511
Philadelphia, PA 19182-0511

Department of Labor and Security
Hartman Building Suite 307
2012 Capital Circle Southeast
Tallahassee FL 32399 0648

Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

GMP Labeling, Inc.
6806 Fallsbrook Court
Granite Bay, CA 95746-6512

General Electric Capital Corporation
4 North Park D., #500
Cockeysville, MD 21030-1810

Interlaken South, Inc.
12397 Belcher Rd S, #270
Largo, FL 33773-3051

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

James R. Betts, Esquire
710 S Blvd.
Tampa, FL 33606-2903

Mettler Toledo, Inc.
P O Box 90632
Charlotte, NC 28290-5632

Office Depot
P O Box 633211
Cincinati, OH 45263-3211

Pinellas County Tax Collector
P.O. Box 10832
Clearwater, FL 33757-8832

End of Label Matrix
Mailable recipients     13
Bypassed recipients      0
Total                   13