# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re  **GeoPharma, Inc.**
_____,
                            Debtor

Case No.  __8:11-bk-5210-CED__

Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 55,900.00 | | |
| B - Personal Property | Yes | 5 | 31,488,707.60 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 7 | | 4,242,768.31 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 51,844.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 66 | | 18,695,625.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 85 | | | |
| Total Assets | | | 31,544,607.60 | | |
| Total Liabilities | | | | 22,990,238.97 | |

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **GeoPharma, Inc.**                                   Case No.    **8:11-bk-5210-CED**

                                        Debtor

Chapter                    **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **GeoPharma, Inc.**                                                          Case No.   **8:11-bk-5210-CED**
_____
                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Condominium located at Park Village Condominiums, 11300 66th St. N., Unit 216, Largo, Florida** | | - | 55,900.00 | 1,610.19 |

|  | | |
|---|---|---|
| Sub-Total > | 55,900.00 | (Total of this page) |
| Total > | 55,900.00 | |
| | | (Report also on Summary of Schedules) |

__0__  continuation sheets attached to the Schedule of Real Property

In re    **GeoPharma, Inc.**                                                                ,    Case No.   **8:11-bk-5210-CED**
                                                                                      Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | - | 79.55 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank Atlantic - operating account** | - | 3,830.91 |
| | | **Bank of America - operating account** | - | 0.00 |
| | | **Bank of America - payroll account** | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposits (FPL, UPS and PayCheck)** | - | 26,628.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total >     30,538.46 |
|---|---|
|  | (Total of this page) |

 __4__  continuation sheets attached to the Schedule of Personal Property

In re    **GeoPharma, Inc.**                        Case No.    **8:11-bk-5210-CED**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% of Class B membership units and redemption rights of Belcher Pharmaceuticals, LLC, f/k/a Belcher Pharmaceuticals Acquisition, LLC | - | Undetermined |
| | | Preferred stock interest in American Antibiotics, Inc. | - | Undetermined |
| | | Investment in Winner Pharma | - | Undetermined |
| | | 100% interest in Belcher Holdings, Inc. f/k/a Belcher Pharmaceuticals, Inc. | - | Undetermined |
| | | 40% interest in Acellis Biosciences, Inc. | - | Undetermined |
| | | 100% interest in Belcher Capital Corporation | - | Undetermined |
| | | 100% interest in Breakthrough Engineered Nutrition, Inc. d/b/a Delmar Labs | - | Undetermined |
| | | 100% interest in Breakthrough Marketing, Inc., d/b/a Bentley Labs | - | Undetermined |
| | | 100% interest in GO2PBM Services, Inc. | - | Undetermined |
| | | 100% interest in Dynamic Health Products, Inc. | - | Undetermined |
| | | 100% interest in EZ-Med Company | - | Undetermined |
| | | 100% interest in IHP Marketing, Inc. d/b/a Archer Stevens Pharmaceuticals | - | Undetermined |
| | | 100% interest in Libi Labs, Inc. | - | Undetermined |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >         0.00<br>(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re   **GeoPharma, Inc.**                                              Case No.   **8:11-bk-5210-CED**

                                Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable (book value listed) | - | 166,572.75 |
| | | Due from Chromadex (book value listed) | - | 10,000.00 |
| | | Due from Belcher Pharmaceutials, LLC (book value listed) | - | 6,744.87 |
| | | Due from American Antibiotics (book value listed) | - | 362,909.72 |
| | | Uncollectible accounts receivable (NSF checks received) (book value is $211,251.75) | - | 0.00 |
| | | Due from Dynamic Health Products, Inc. (book value listed) | - | 3,450,468.26 |
| | | Due from EZ-Med Co. (book value listed) | - | 1,284,797.07 |
| | | Due from Bentley Labs (book value listed) | - | 36,475.56 |
| | | Due from Del Mar Labs (book value listed) | - | 558,480.55 |
| | | Due from Belcher Holdings, Inc. f/k/a Belcher Pharmaceuticals, Inc. (book value listed) | - | 19,854,316.95 |
| | | Due from Belcher Capital (book value listed) | - | 1,185,185.38 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                      Sub-Total >     **26,915,951.11**
                                                           (Total of this page)

Sheet **2** of **4** continuation sheets attached
to the Schedule of Personal Property

In re    **GeoPharma, Inc.**                                    Case No. __8:11-bk-5210-CED__
_____
                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Patents-Trademark (book value listed) | - | 5,979.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Dodge Pickup and box truck (book value listed) | - | 13,823.70 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture and Fixtures (book value listed) | - | 60,701.34 |
| | | Computer Equipment (book value listed) | - | 387,411.74 |
| | | Office Equipment (book value listed) | - | 46,288.39 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery and Equipment (book value listed) | - | 2,240,698.28 |
| 30. Inventory. | | Raw Materials Inventory (book value listed) | - | 466,146.29 |
| | | Container Materials Inventory (book value listed) | - | 103,500.40 |
| | | Packaging Materials Inventory (book value listed) | - | 148,915.10 |
| | | Finished Goods Inventory (book value listed) | - | 637,093.85 |
| 31. Animals. | X | | | |

|  | Sub-Total > | 4,110,558.09 |
|---|---|---|
|  | (Total of this page) | |

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

In re  **GeoPharma, Inc.**                                      Case No. __8:11-bk-5210-CED__
                                   Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Prepaid Expenses | - | 52,525.62 |
| | | Leasehold Improvements - see attached itemization (book value listed) | - | 379,134.32 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 431,659.94 |
| Total > | 31,488,707.60 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **GeoPharma, Inc.**                                   Case No.   **8:11-bk-5210-CED**

                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                  $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                  *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **GeoPharma, Inc.**                                    Case No.   **8:11-bk-5210-CED**
                                                    ,
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | Recorded Judgment | | | | | |
| Jovan Alimpic dba Dentech c/o James Rose, Esq. 1500 Railroad Ave. Saint Helena, CA 94574 | - | | | | | | X | | |
| | | | | Value $        **Undetermined** | | | | 243,308.75 | **Undetermined** |
| Account No. | | | | Judgment Lien Certificate | | | | | |
| BDR Largo Associates, LLC 247 W. 87th St., Suite 8G New York, NY 10024 | - | | | | | | X | | |
| | | | | Value $        **Undetermined** | | | | 2,439,746.65 | **Undetermined** |
| Account No. | | | | Judgment Lien Certificate | | | | | |
| Bell Chem Corp. 1340 Bennett Dr. Longwood, FL 32750 | - | | | | | | X | | |
| | | | | Value $        **Undetermined** | | | | 85,683.02 | **Undetermined** |
| Account No. | | | | Recorded Judgment | | | | | |
| Benard Industries, Inc. dba OTC Pharmaceuticals Products P O Box 161027 Miami, FL 33116 | - | | | | | | X | | |
| | | | | Value $        **Undetermined** | | | | 6,879.00 | **Undetermined** |

| | | |
|---|---|---|
| **5**   continuation sheets attached | Subtotal (Total of this page) | 2,775,617.42 | 0.00 |

In re    **GeoPharma, Inc.**                                                      Case No.   **8:11-bk-5210-CED**
                                        _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Recorded Judgment | | | | | |
| Nathanael Bernstein c/o Dean Kent, Esq. 101 E. Kennedy Blvd., #2700 Tampa, FL 33602 | | - | | | | X | | |
| | | | Value $          **Undetermined** | | | | 14,528.70 | **Undetermined** |
| Account No. | | | Judgment Lien Certificate | | | | | |
| CapsCanada Corp. c/o Jeralyn Leydig, Esq. 2775 Sunny Isles Blvd., #100 North Miami Beach, FL 33160 | | - | | | | X | | |
| | | | Value $          **Undetermined** | | | | 5,991.97 | **Undetermined** |
| Account No. | | | Judgment Lien Certificate | | | | | |
| Champion Performance Products, Inc. c/o Sarah Springer, Esq. 2200 N. Commerce Pkwy. #202 Fort Lauderdale, FL 33326 | X | - | | | | X | | |
| | | | Value $          **Undetermined** | | | | 167,737.04 | **Undetermined** |
| Account No. | | | Additional Notice Purposes | | | | | |
| Champion Performance Products, Inc. 1301 Sawgrass Corporate Pkwy. Fort Lauderdale, FL 33323 | | - | | | | | | |
| | | | Value $          0.00 | | | | 0.00 | 0.00 |
| Account No. | | | Judgment Lien Certificate | | | | | |
| CVS Pharmacy, Inc. c/o Gregg Johnson, Esq. P.O. Box 2873 Orlando, FL 32802 | | - | | | | X | | |
| | | | Value $          **Undetermined** | | | | 353,237.50 | **Undetermined** |

Sheet __1__ of __5__  continuation sheets attached to          Subtotal          | 541,495.21 | 0.00 |
Schedule of Creditors Holding Secured Claims          (Total of this page)

In re    **GeoPharma, Inc.**                                          Case No.    **8:11-bk-5210-CED**
                                                      _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Additional Notice Purposes | | | | | |
| CVS Pharmacy, Inc. One CVS Dr. Woonsocket, RI 02895 | - | | | | | | | | | |
| | | | | | Value $           0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Recorded Judgment | | | | | |
| Delage Landen Financial Services c/o Samuel Fineman, Esq. Five Greentree Centre Suite 104, Route 73 Marlton, NJ 08053 | - | | | | | | | X | | |
| | | | | | Value $    **Undetermined** | | | | 42,296.01 | Undetermined |
| Account No. | | | | | Mortgage | | | | | |
| First Community Bank of America 9001 Belcher Rd. Pinellas Park, FL 33782 | | | | | Condominium located at Park Village Condominiums, 11300 66th St. N., Unit 216, Largo, Florida | | | | | |
| | | | | | Value $        55,900.00 | | | | 1,610.19 | 0.00 |
| Account No. | | | | | Security Interest | | | | | |
| First Community Bank of America 9001 Belcher Rd. Pinellas Park, FL 33782 | - | | | | Equipment and non-debtor assets | | | | | |
| | | | | | Value $    **Undetermined** | | | | 74,284.80 | Undetermined |
| Account No. | | | | | Judgment Lien Certificate | | | | | |
| Fisher Scientific Company,  LLC c/o Scott Leah, Esq. 1500 One PPG Place Pittsburgh, PA 15222 | - | | | | | | | X | | |
| | | | | | Value $    **Undetermined** | | | | 64,864.69 | Undetermined |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      |  183,055.69  |  0.00

In re    GeoPharma, Inc.                                            Case No.   8:11-bk-5210-CED
_____    _____
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. | | | | | Additional Notice Purposes | | | | | |
| Fisher Scientific Company, LLC 2000 Park Lane Pittsburgh, PA 15275 | - | | | | | | | | | |
| | | | | | Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Judgment Lien Certificate | | | | | |
| Harten Corporation c/o Jonathan Bender, Esq. 385 Kings Highway N. Cherry Hill, NJ 08034 | - | | | | | | | X | | |
| | | | | | Value $         Undetermined | | | | 56,800.63 | Undetermined |
| Account No. | | | | | Additional Notice Purposes | | | | | |
| Harten Corporation 18 Commerce Rd., Unit H Fairfield, NJ 07004 | - | | | | | | | | | |
| | | | | | Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Judgment Lien Certificate | | | | | |
| Jack Distribution, LLC 1501 Green Rd #C Pompano Beach, FL 33064 | - | | | | | | | X | | |
| | | | | | Value $         Undetermined | | | | 200,864.60 | Undetermined |
| Account No. | | | | | For informational purposes | | | | | |
| Jack Distribution, LLC c/o Simeon Brier, Esq. 525 Okeechobee Blvd., #1600 West Palm Beach, FL 33401 | - | | | | | | | | | |
| | | | | | Value $              0.00 | | | | 0.00 | 0.00 |

Sheet  3   of  5   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 257,665.23 | 0.00 |

In re    **GeoPharma, Inc.**                                          Case No.   **8:11-bk-5210-CED**
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Judgment Lien Certificate | | | | | |
| Kerry, Inc. c/o Michelle Novick, Esq. 120 S. Riverside Plaza #1200 Chicago, IL 60606 | | - | | | | | | X | | |
| | | | | | Value $          **Undetermined** | | | | 228,095.04 | Undetermined |
| Account No. | | | | | Additional Notice Purposes | | | | | |
| Kerry, Inc. One Millington Rd. Beloit, WI 53511 | | - | | | | | | | | |
| | | | | | Value $          **0.00** | | | | 0.00 | 0.00 |
| Account No. | | | | | Recorded Judgment | | | | | |
| NATUREX, INC. 375 Huyler Street South Hackens, NJ 07606 | | - | | | | | | X | | |
| | | | | | Value $          **Undetermined** | | | | 39,525.00 | Undetermined |
| Account No. | | | | | Recorded Judgment | | | | | |
| Nutracea c/o Richard Ahlquist, Esq. 4509 Bee Ridge Rd., Unit D Sarasota, FL 34233 | | - | | | | | | X | | |
| | | | | | Value $          **Undetermined** | | | | 6,825.00 | Undetermined |
| Account No. | | | | | Judgment Lien Certificate | | | | | |
| Nutrition Distribution, LLC c/o Stacey Fisher, Esq. 2775 Sunny Isles Blvd., #100 North Miami Beach, FL 33160 | X | - | | | | | | X | | |
| | | | | | Value $          **Undetermined** | | | | 39,971.14 | Undetermined |

Sheet __4__ of __5__ continuation sheets attached to                        Subtotal
Schedule of Creditors Holding Secured Claims                        (Total of this page)   |  314,416.18  |  0.00

In re  **GeoPharma, Inc.**                                      Case No.  **8:11-bk-5210-CED**
_____,
                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Judgment Lien Certificate | | | | | |
| Sederma, Inc. 300A Columbus Circle Edison, NJ 08837 | | | - | | | | | X | | |
| | | | | | Value $          Undetermined | | | | 39,723.05 | Undetermined |
| Account No. | | | | | Recorded Judgment | | | | | |
| Source Nutraceutical, Inc. c/o Gilbert Singer, Esq. P.O. Box 800 Tampa, FL 33602 | | | - | | | | | X | | |
| | | | | | Value $          Undetermined | | | | 8,192.50 | Undetermined |
| Account No. | | | | | Judgment Lien Certificate | | | | | |
| Universal Protein Supplements Corp. dba Universal Nutrition c/o Scott Katz, Esq. 777 S. Harbour Island Blvd. #500 Tampa, FL 33602 | X | | - | | | | | X | | |
| | | | | | Value $          Undetermined | | | | 109,235.68 | Undetermined |
| Account No. | | | | | Additional Notice Purposes | | | | | |
| Universal Protein Supplements Corp. dba Universal Nutrition 3 Terminal Rd. New Brunswick, NJ 08901 | | | - | | | | | | | |
| | | | | | Value $          0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | Judgment Lien Certificate | | | | | |
| Wellements LLC 8901 E. Pima Center Pkwy., #215 Scottsdale, AZ 85258 | X | | - | | | | | X | | |
| | | | | | Value $          Undetermined | | | | 13,367.35 | Undetermined |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  |  |
|---|---|
| Subtotal (Total of this page) | 170,518.58 | 0.00 |
| Total (Report on Summary of Schedules) | 4,242,768.31 | 0.00 |

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

**Footnote to Schedule D:**

**For those listed as disputed, the Debtor disputes the validity, extent and priority of their secured claims.**

In re    **GeoPharma, Inc.**                                                                 Case No.    **8:11-bk-5210-CED**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_____

*  _Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                    1  _____   continuation sheets attached

In re   **GeoPharma, Inc.**                                    Case No.   **8:11-bk-5210-CED**
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Internal Revenue Service** **Centralized Insolvency Operations** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | - | | | | | | Undetermined | | Undetermined |
| Account No. | | | For informational purposes | | | | | | |
| **Internal Revenue Service** **Attn: Sherri Miller** **3848 W. Columbus Dr** **Mail Stop 5301** **Tampa, FL 33607** | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| **Pinellas County Tax Collector** **P.O. Box 10832** **Clearwater, FL 33757** | - | | | | | | 51,844.70 | 0.00 | 51,844.70 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **1**  of  **1**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 51,844.70 | 51,844.70 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 51,844.70 | 51,844.70 |

In re  **GeoPharma, Inc.**
_____
Debtor

Case No. **8:11-bk-5210-CED**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **A BEACON ELECTRIC SERVICE INC.** P O Box 86427 Madeira Beach, FL 33738 | - | | | | | X | **Undetermined** |
| Account No. | | | | | | | |
| **ADAMS AND REESE LLP** P O Box 2153, Dept 5208 Birmingham, AL 35287 | - | | | | | | **36,534.74** |
| Account No. | | | | | | | |
| **AETNA** P O Box 415622 Boston, MA 02241-5622 | - | | | | | | **25,958.89** |
| Account No. | | | | | | | |
| **AETNA COBRA SPECIAL PLANS** P O Box 13050 Secaucuc, NJ 07188 | - | | | | | | **257.50** |
| | | | | | Subtotal (Total of this page) | | **62,751.13** |

___65___  continuation sheets attached

In re    **GeoPharma, Inc.**                                    Case No.   **8:11-bk-5210-CED**
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **AETNA US HEALTHCARE** P O Box 532430 Atlanta, GA 30353-2430 | - | | | | | | 137,529.36 |
| Account No. | | | | | | | |
| **Alampally, Saraseeruha** 500 Peconic St., Apt 181B Ronkonkoma, NY 11779 | | | | | | | 14,224.54 |
| Account No. | | | | | | | |
| **Alampally, Saraseeruha** 500 Peconic St., Apt 181B Ronkonkoma, NY 11779 | - | | | | | | 1,542.32 |
| Account No. | | | | | | | |
| **Aldrich Construction** 1765 Carnegie Ave Clearwater, FL 33756 | - | | | | | X | Undetermined |
| Account No. | | | | | | | |
| **Alicea, Leida** 3303 N Lakeview Dr Apt 2515 Tampa, FL 33618 | - | | | | | | Undetermined |

Sheet no.  **1**  of  **65**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    153,296.22

In re  **GeoPharma, Inc.**                                           Case No.  **8:11-bk-5210-CED**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| All American Containers, Inc.<br>4917 Oak Fair Blvd<br>Tampa, FL 33610 | | - | | | | | | 26,194.99 |
| **Account No.** | | | | | | | | |
| All Grass & Lawn Maintenance<br>3030 Cedar Trace<br>Tarpon Springs, FL 34688 | | | | | | | | 8,460.00 |
| **Account No.** | | | | | | | | |
| Allen Dyer Doppeta<br>255 S Orange Ave #1401<br>Orlando, FL 32802 | | - | | | | | X | Undetermined |
| **Account No.** | | | | | | | | |
| ALLTECH, INC.<br>P O Box 404569<br>Atlanta, GA 30384-4569 | | - | | | | | | 126.25 |
| **Account No.** | | | | | | | | |
| ALZO INTERNATIONAL, INC.<br>650 Jernee Mill Road<br>Sayreville, NJ 08872 | | - | | | | | | 488.34 |

Sheet no. __2__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

35,269.58

In re    **GeoPharma, Inc.**

_____,
Debtor

Case No.   **8:11-bk-5210-CED**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **AMERICAN EXPRESS** P O Box 360001 Ft Lauderdale, FL 33336 | | - | | | | | 1,642.64 |
| Account No. **American General Finance** c/o Daniel Consuegra, Esq. 9204 King Palm Dr. Tampa, FL 33619 | | | For informational purposes | | | | 0.00 |
| Account No. **American International Chemical, Inc.** P O Box 845790 Boston, MA 02284-5790 | | - | | | | | 4,198.50 |
| Account No. **American International Chemical, Inc.** c/o McKenzie, Becker & Stevens P.O. Box 1967 Lakeville, CT 06039 | | - | For informational purposes | | | | 0.00 |
| Account No. **Ameritech Laboratories** 128 17 20th Ave College Point, NY 11356 | | - | | | | X | **Undetermined** |

Sheet no. __3__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 5,841.14 |
|---|

In re    **GeoPharma, Inc.**                                                    Case No.   **8:11-bk-5210-CED**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **AMITCO INTERNATIONAL** 110 Pennsylavania Ave Paterson, NJ 007503 | - | | | | | | | 1,176.67 |
| Account No. | | | | | | | | |
| **AMTRUST NORTH AMERICA INC** P O Box 318004 Cleveland, OH 44131-0480 | - | | | | | | | 969.20 |
| Account No. | | | | | | | | |
| **ASAP PROGRAMS** 4920 West Cyress St Tampa, FL 33607 | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| **Avdic, Amer** 637 89th Ave N St Petersburg, FL 33702 | - | | | | | | | 674.62 |
| Account No. | | | | | | | | |
| **AXSA-DANWOOD AMERICA INC** 8010 SUNPORT DRIVE Stuite 110 Orlando, FL 32809 | - | | | | | | | 18.02 |

Sheet no. __4__ of __65__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          2,938.51

In re    GeoPharma, Inc.                                                    Case No.    8:11-bk-5210-CED
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| B & D NUTRITIONAL INGREDIENTS 961 PARK CENTER DRIVE Vista, CA 92081 | | - | | | | | | 2,340.00 |
| Account No. | | | | | | | | |
| BALPACK INC 8290 BLAIKIE COURT Sarasota, FL 34240 | | | | | | | | 14,643.35 |
| Account No. | | | | | | | | |
| Bardhi, Nurie 829 4th Ave NW Largo, FL 33770 | | - | | | | | | 1,178.01 |
| Account No. | | | | | | | | |
| Sean Barnard 8062 120th St. N. Seminole, FL 33772 | | - | | | | | | Undetermined |
| Account No. | | | | | | | | |
| BAY TACT CORP 440 Route 198 Woodstock Valley, CT 06282-9976 | | - | | | | | | 1,347.70 |

Sheet no.   5    of   65    sheets attached to Schedule of          Subtotal          19,509.06
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

In re   **GeoPharma, Inc.**                                                    Case No.   **8:11-bk-5210-CED**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bayfront Convenient Care** <br> **7601 Seminole Blvd** <br> **Seminole, FL 33772** | - | | | | | X | **Undetermined** |
| Account No. <br><br> **BDR Largo Associates, LLC** <br> **c/o Ronald W. Gregory, Esq.** <br> **721 First Ave. N.** <br> **Saint Petersburg, FL 33701** | | | For informational purposes | | | | **0.00** |
| Account No. <br><br> **Bedi, Harry** <br> **13728 Antler Point Dr** <br> **Tampa, FL 33626** | - | | | | | | **9,130.11** |
| Account No. <br><br> **Beganovic, Ajla** <br> **3074 Highland St N** <br> **St Petersburg, FL 33704** | - | | | | | | **485.75** |
| Account No. <br><br> **Beganovic, Mediha** <br> **3074 Highland St N** <br> **St Petersburg, FL 33704** | - | | | | | | **Undetermined** |

Sheet no. __6__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **9,615.86**

In re    **GeoPharma, Inc.**                 Case No.   **8:11-bk-5210-CED**

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | For informational purposes | | | | |
| Bell Chem Corp. c/o Austin Aaronson, Esq. 1801 Lee Rd., #241 Winter Park, FL 32789 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Berry, Susan 82179 E. Street Pinellas Park, FL 33781 | - | | | | | | | 464.00 |
| Account No. | | | | | | | | |
| BLANVER 1515 S FEDERAL HWY STE 105 Boca Raton, FL 33432 | - | | | | | | | 1,814.47 |
| Account No. | | | | | | | | |
| Blatt, Surbhi 27725 Kirkwood Circle Wesley Chapel, FL 33543 | - | | | | | | | 290.00 |
| Account No. | | | | | | | | |
| Blue California Co. c/o Joseph Graziano, Esq. f18757 Burbank Blvd. #300 Tarzana, CA 91356 | - | | | | | | | 24,819.03 |

Sheet no. __7__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal          **27,387.50**
(Total of this page)

In re    **GeoPharma, Inc.**                                                    Case No.   **8:11-bk-5210-CED**
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Breakthrough Engineered Nutrition 6950 Bryan Dairy Rd. Seminole, FL 33777 | - | | | | | | 1,236,599.94 |
| Account No. | | | | | | | |
| BRENNTAG MID-SOUTH, INC. 3796 RELIABLE PARKWAY Chicago, IL 60686-0037 | | | | | | | 1,365.00 |
| Account No. | | | | | | | |
| Bridges, Betty 757 182nd Ave East Redington Shores, FL 33708 | - | | | | | | 4,530.78 |
| Account No. | | | | | | | |
| BRIMMER, BUREK, & KEELAN 5601 Mariner Street Tampa, FL 33609 | - | | | | | | 179,561.12 |
| Account No. | | | | | | | |
| Brnada, Boris 2933 57th Ave North St. Petersburg, FL 33714 | - | | | | | | 624.25 |

Sheet no. __8__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **1,422,681.09**

In re   GeoPharma, Inc.                                    Case No.   8:11-bk-5210-CED
_____                  _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Brnada, Boris 2933 57th Ave North St Petersburg, FL 33714 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Bryan Dairy Real Estate Holdings, Inc. c/o Jay Cook, Esq. 5150 N. Tamiami Trail #201 Naples, FL 34103 | | | | | | | | | Undetermined |
| Account No. | | | | | Additional notice purposes | | | | |
| Bryan Dairy Real Estate Holdings, Inc. 3033 Excelsior Blvd., #300 Minneapolis, MN 55416 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Budhram, Ramish 8228 Summer Wood Lane River View, FL 33578 | - | | | | | | | | 286.38 |
| Account No. | | | | | | | | | |
| Bulut, Slavica 6100 21st St. N. Apt 15A St. Petersburg, FL 33714 | - | | | | | | | | 1,490.12 |

Sheet no. __9__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,776.50

In re    **GeoPharma, Inc.**                                        Case No.    **8:11-bk-5210-CED**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Bulut, Slavica** 6100 21st St N Apt 15A St Petersburg, FL 33714 | | - | | | | | 125.06 |
| Account No. | | | | | | | |
| **BUSINESS & LEGAL REPORTS** 141 MILL ROCK ROAD EAST Old Saybrook, CT 06475 | | | | | | | 330.93 |
| Account No. | | | | | | | |
| **Business Wire, Inc.** c/o Coface Collections North America P.O. Box 8510 Metairie, LA 70011 | | - | | | | | 1,770.00 |
| Account No. | | | | | | | |
| **BUSIREDDY, SHYAM** 2014 SUNSET MEADOW DRIVE CLEARWATER, FL 33763 | | - | | | | | 2,112.72 |
| Account No. | | | | | | | |
| **CANON COMMUNICATIONS LLC** Sept LA 22178 Pasadena, CA 91185-2178 | | - | | | | | 2,000.00 |

Sheet no.  **10**  of  **65**  sheets attached to Schedule of          Subtotal                    6,338.71
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

In re __GeoPharma, Inc.__ , Case No. __8:11-bk-5210-CED__

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Capsugel, Division of Pfizer, Inc. c/o Thomas Sciarrino, Esq. P.O. Box 800 Tampa, FL 33601 | - | | | | | | | 160,028.76 |
| Account No. | | | | | | | | |
| CARLWOOD SAFETY, INC. P O Box 1528 Largo, FL 33779 | | | | | | | | 361.89 |
| Account No. | | | | | | | | |
| Ceco Sales P O Box 4237 Ft Worth, TX 76164 | - | | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| Centerchem, Inc. c/o Steven Sprechman, Esq. 2775 Sunny Isles Blvd., #100 North Miami Beach, FL 33160 | - | | | | | | | 9,720.00 |
| Account No. | | | | | | | | |
| Centric Business P O Box 75222 Baltimore, MD 21275-5222 | - | | | | | | X | Undetermined |

Sheet no. __11__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

170,110.65

In re    **GeoPharma, Inc.**                                   Case No.   **8:11-bk-5210-CED**

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **CHEMICAL SOLUTIONS LTD PO BOX 2428 Mechanicsburg, PA 17055** | - | | | | | | 475.00 |
| Account No. | | | | | | | |
| **CINTAS CORP 9300  MCI DRIVE NORTH Pinellas Park, FL 33782** | - | | | | | | 8,481.66 |
| Account No. | | | | | | | |
| **CINTAS FIRST AID & SAFETY Location F48 P O Box 636525 Cincinnati, OH 45263-6525** | - | | | | | | 583.11 |
| Account No. | | | | | | | |
| **CIT Technology Financing Services c/o Diane Wells, Esq. 777 Brickell Ave., #850 Miami, FL 33131** | - | | | | | | Undetermined |
| Account No. | | | Additional notice purposes | | | | |
| **CIT Technology Financing Services 21146 Network Place Chicago, IL 60673-1211** | - | | | | | | 0.00 |

Sheet no. __12__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal                   | 9,539.77 |

(Total of this page)

In re   **GeoPharma, Inc.**                                         Case No.   __8:11-bk-5210-CED__
_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CITI CARDS** P O BOX 8115 South Hackensack, NJ 07606 | - | | | | | | 5,756.48 |
| Account No. **CITY OF PINELLAS PARK** P.O. BOX 1337 Pinellas Park, FL 33780-1337 | | | | | | | **Undetermined** |
| Account No. **COHRS LAW GROUP** 1901 Ulmerton Rd Unit 425 Clearwater, FL 33762 | - | | | | | | 18,034.33 |
| Account No. **Cole Palmer** 13927 Collections Center Dr Chicago, IL 60693 | - | | | | | X | **Undetermined** |
| Account No. **COLONIAL MECHANICAL** 1765 CARNEGIE AVE Clearwater, FL 33756 | - | | | | | | 5,798.54 |

Sheet no. __13__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       29,589.35

In re    GeoPharma, Inc.                                    Case No.    8:11-bk-5210-CED
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | | | | | | |
| Colonial Scientific P O Box 71508 Richmond, VA 32355 | | - | | | | X | Undetermined |
| Account No. | | | | | | | |
| Compressed Air Systems 9303 Stannum St. Tampa, FL 33619 | | - | | | | | 854.80 |
| Account No. | | | | | | | |
| CON-WAY FREIGHT INC. PO BOX 5160 Portland, OR 97208-5160 | | - | | | | | 1,785.80 |
| Account No. | | | | | | | |
| Connelly Group, The c/o MHG, LLC 1040 S. Federal Hwy., #100 Delray Beach, FL 33483 | X | - | | | | | 1,250.00 |
| Account No. | | | | | | | |
| CONNEX INTERNATIONAL 50 Federal Road Danbury, CT 06810 | | - | | | | | 76.09 |

Sheet no. __14__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,966.69

In re    **GeoPharma, Inc.**                                                      Case No.   **8:11-bk-5210-CED**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Consolidated Pharmaceutical Group, Inc. c/o Charles Schaller, Esq. One Park Place, #585 Annapolis, MD 21401 | X | - | | | | | | | Undetermined |
| Account No. | | | | | | | | | |
| Creative Compounds, Inc. c/o Revenue Assurance Partners 19399 Helenberg Rd. Covington, LA 70433 | | - | | | | | | | 27,450.00 |
| Account No. | | | | | | | | | |
| CROWN CREDIT COMPANY PO BOX 640352 Cincinnati, OH 45264-0352 | | - | | | | | | | Undetermined |
| Account No. | | | | | | | | | |
| Culbertson, Richard 6409 Golden Drive Tampa, FL  33634 | | - | | | | | | | 245.00 |
| Account No. | | | | | | | | | |
| Culesker, Esad 250 SW Jefferson Circle N St Petersburg, FL 33703 | | - | | | | | | | 747.40 |

Sheet no.  **15**  of  **65**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **28,442.40**

In re   **GeoPharma, Inc.**                                      ,        Case No.   **8:11-bk-5210-CED**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | For informational purposes | | | | | |
| **CVS Realty** **P O Box 1525** **Woonsocket, RI 02895** | - | | | | | | | | **Undetermined** |
| Account No. | | | | | | | | | |
| **Dart Electronics Inc.** **5390 Park Blvd.** **Pinellas Park, FL 33781** | - | | | | | | | | **Undetermined** |
| Account No. | | | | | | | | | |
| **DELTA LABORATORIES, INC** **410 W. 1ST AVE** **Rosell, NJ 07203** | - | | | | | | | | **4,620.00** |
| Account No. | | | | | | | | | |
| **DELTACOM** **P O Box 2252** **Birmingham, AL 35246** | - | | | | | | | | **22,994.33** |
| Account No. | | | | | | | | | |
| **Department of Labor** **c/o Diversified Collection Services** **P.O. Box 9046** **Pleasanton, CA 94566** | - | | | | | | | | **58,681.60** |

Sheet no. __16__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **86,295.93**

In re __GeoPharma, Inc.__ , Case No. __8:11-bk-5210-CED__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DEPOSITORY TRUST CO** <br> P O Box 27590 <br> New York, NY 10087-7590 | - | | | | | | 50.00 |
| Account No. <br><br> **DI CENTRAL** <br> 1199 NASA PARKWAY Ste 101 <br> Houston, TX 77058 | - | | | | | | 190.00 |
| Account No. <br><br> **DICKENSON, PEATMAN & FOGARTY** <br> 809 COOMBS STREET <br> Napa, CA 94559 | - | | | | | | 45,359.79 |
| Account No. <br><br> **Djuric, Mira** <br> 820 74th Ave North <br> St Petesburg, FL 33702 | - | | | | | | 0.00 |
| Account No. <br><br> **Dore-Falcone, Carol** <br> 3030 Cedar Trace <br> Tarpon Springs, FL  34688 | - | | | | | | 315.51 |

Sheet no. __17__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          45,915.30

In re    **GeoPharma, Inc.**                                              Case No.   **8:11-bk-5210-CED**
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **DR. SCHLEUNIGER PHARMATRON** **1 SUNDIAL AVE  Suite 214** **Manchester, NH 03103** | - | | | | | | 121.87 |
| Account No. | | | | | | | |
| **Dynamic Health Products, Inc.** **6950 Bryan Dairy Rd.** **Seminole, FL 33777** | - | | | | | | 23,908.28 |
| Account No. | | | | | | | |
| **DYNATEK INDUSTRIES, INC.** **P.O. BOX 800729** **Santa Clara, CA 91380-0729** | - | | | | | | 80.10 |
| Account No. | | | | | | | |
| **E-STOCK QUOTES INC.** **1800 Camden Road Suite 107-48** **Charlotte, NC 28203** | - | | | | | | 499.00 |
| Account No. | | | | | | | |
| **Edwards Angell Palmer & Dodge, LLP** **P O Box 40956** **Hartford, CT 60615-0956** | - | | | | | | 5,850.91 |

Sheet no. __18__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ................................ **30,460.16**

In re    **GeoPharma, Inc.**
                                                          Case No.    **8:11-bk-5210-CED**
_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Edwards,Vernice 911 40th St N St Petersburg, FL 33711 | - | | | | | | | 286.38 |
| Account No. | | | | | | | | |
| Environment Express 490 Wando Park Blvd Mt Pleasant, SC 29464 | - | | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| Esbri, Virgil 2207 S Carolina Ave #35 Tampa, FL 33629 | - | | | | | | | Undetermined |
| Account No. | | | | | | | | |
| ESQUIRE - PALM BEACH 101 Marietta St, #2700 Atlanta, GA 30303 | - | | | | | | | 1,257.56 |
| Account No. | | | | | | | | |
| ESSENTIAL INGREDIENTS 2408 Tech Center Pkwy #200 Lawrenceville, GA 30043 | - | | | | | | | 9,652.17 |

Sheet no. __19__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **11,196.11**

In re     GeoPharma, Inc.
_____,
                    Debtor

Case No.   8:11-bk-5210-CED
          _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| ESTES EXPRESS LINES P O Box 25612 Richmond, VA 23205 | - | | | | | | 808.80 |
| Account No. | | | | | | | |
| Evergreen Shipping Agency (America) Corp 16000 N DALLAS PKWY, SUITE 400 Dallas, TX 75248 | | | | | | | 290.00 |
| Account No. | | | | | | | |
| FCC PRODUCTS 106 NAYLON AVE Livingston, NJ 07039 | - | | | | | | 122,537.25 |
| Account No. | | | | | | | |
| Federal Express PO BOX 660481 Dallas, TX 75266-0481 | - | | | | | | Undetermined |
| Account No. | | | | | | | |
| FedEx Freight East c/o Richard Ahlquist, Esq. 4509 Bee Ridge Rd., Unit D Sarasota, FL 34233 | - | | | | | | 51,868.82 |

Sheet no.  20   of  65   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

175,504.87

In re     GeoPharma, Inc.                                                Case No.  __8:11-bk-5210-CED__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| FedEx National LtL PO BOX 95001 Lakeland, FL 33804 | - | | | | | | | Undetermined |
| Account No. | | | | | | | | |
| FELLOWS JOHNSON & LABRIOLA 225 PEACHTREEE ST NE SUITE 2300 SOUTH TOWER Atlanta, GA 30303 | - | | | | | | | 562.54 |
| Account No. | | | | | | | | |
| Fernandes, Rudi 441 Denise St Tarpon Springs, FL 34689 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Fernandes, Rudolph 441 Denise St. Tarpon Springs, FL 34689 | - | | | | | | | 631.17 |
| Account No. | | | | | | | | |
| FIRST BENEFIT ADMINISTRATORS 13080 BELCHER ROAD S Suite A Largo, FL 33773 | - | | | | | | | 164,304.89 |

Sheet no. __21__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      165,498.60

In re    GeoPharma, Inc.                                        Case No.    8:11-bk-5210-CED
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Flaster Greenberg c/o Jeffrey Cohen, Esq. 1810 Chapel Ave. W. Cherry Hill, NJ 08002 | X | - | | | | | | 9,569.59 |
| Account No. | | | | | | | | |
| Florida Department of Labor Division of Unemployment Compensation Bureau of Tax Tallahassee, FL 32399-0233 | | - | | | | | | 221,964.36 |
| Account No. | | | | | | | | |
| FLORIDA MARKING PRODUCTS 555 DOG TRACK ROAD Longwood, FA 32750-6547 | | - | | | | | | 1,734.54 |
| Account No. | | | | | | | | |
| Foley & Lardner LLP 3000 K St W St 500 Washington, DC 20007-5143 | | - | | | X | | X | Undetermined |
| Account No. | | | | | | | | |
| FRF SIF P O BOX 32034 Lakeland, FL 33802 | | - | | | | | | 7,163.13 |

Sheet no.   22   of   65   sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    240,431.62

In re     GeoPharma, Inc.                                          Case No.   8:11-bk-5210-CED
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GAM Realty, LLC c/o Cohn Dussi & Bilodeau, LLC 931 Jefferson Blvd. #1003 Warwick, RI 02886 | | - | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| Gencor Pacific, Inc. c/o Jason Moyer, Esq. P.O. Box 1438 Tampa, FL 33601 | X | - | | | | | | 82,424.10 |
| Account No. | | | | | | | | |
| General Electric Capital Corp. c/o Alicia Schumacher, Esq. and Keith Skorewicz, Esq. P.O. Box 3913 Tampa, FL 33601 | X | - | | | | | | Undetermined |
| Account No. | | | | | | | | |
| GEORGE STUART 916 Valencia Ave Orlando, FL 32804 | | - | | | | | | 9,716.01 |
| Account No. | | | | | | | | |
| Gifford, Liz 801 64th St St Petesburg, FL 33710 | | - | | | | | | 3,116.22 |

Sheet no.   23   of   65   sheets attached to Schedule of                        Subtotal         95,256.33
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

In re    GeoPharma, Inc.                                    Case No.    8:11-bk-5210-CED
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| GILMAN NUTRITION DISTRIBUTORS, INC 333 Falkenburg Road N D 403 Tampa, FL 33619 | - | | | | | | | 8,480.00 |
| Account No. | | | | | | | | |
| Gjervold, Colin 8221 Dunham Station Drive Tampa, FL 33647 | - | | | | | | | 432.20 |
| Account No. | | | | | | | | |
| Gjervold, Colin 8221 Dunham Station Dr Tampa, FL 33647 | - | | | | | | | 1,604.07 |
| Account No. | | | | | | | | |
| Global Express 33 Elizabeth St Derby, CT 06418 | - | | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| GLOBE NEWSWIRE P O Box 8500, Lockbox 40200 Philadelphia, PA 19178 | - | | | | | | | 360.00 |

Sheet no.  24  of  65  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,876.27

In re     **GeoPharma, Inc.**                                                    Case No.   **8:11-bk-5210-CED**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **Go2 PBM Services** 6950 Bryan Dairy Rd. Seminole, FL 33777 | - | | | | | | | 758,284.55 |
| **Account No.** | | | | | | | | |
| **Godwin Cynthia** 3866 13th Ave South St Petesburg, FL 33711 | | | | | | | | 0.00 |
| **Account No.** | | | | | | | | |
| **GOLD COAST INGREDIENTS, INC.** 2429 Yates Ave Commerce, CA 90040-1917 | - | | | | | | | 1,000.00 |
| **Account No.** | | | | | | | | |
| **Gordic, Anica** 8542 10th St N Apt C St Petersburg, FL 33702 | - | | | | | | | 290.00 |
| **Account No.** | | | | | | | | |
| **Gozdecki, Del Giudice, Americus, Farkas** One East Wacker Suite 1700 Chicago, IL 60601 | - | | | | | | | 6,068.00 |

Sheet no. __25__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    765,642.55

In re    **GeoPharma, Inc.**                                      Case No.    **8:11-bk-5210-CED**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Gravity Court Reporting 101 S Franklin St Suite 100 Tampa, FL 33602 | - | | | | | | 220.00 |
| Account No. | | | | | | | |
| GRAY ROBINSON P O Box 3068 Orlando, FL 32802 | - | | | | | | 3,436.60 |
| Account No. | | | | | | | |
| Haigley, Linda 501 Whitcomb Blvd Tarpon Springs, FL  34689 | - | | | | | | 663.87 |
| Account No. | | | | | | | |
| Haigley, Linda 501 Whitcomb Blvd Tarpon Springs, FL  34689 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Halperin Battalia LLP 555 Madison Ave 9th Floor New York, NY 10022 | - | | | | | X | Undetermined |

Sheet no. __26__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,320.47**

In re     GeoPharma, Inc.                                  Case No.   8:11-bk-5210-CED
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Hannaman, Evonne 10427 65th Ave N. Seminole, FL 33772 | | - | | | | | 1,328.00 |
| Account No. | | | | | | | |
| Hartley, Marshall 5305 McCranie St. Seffner, FL 33584 | | | | | | | 2,500.00 |
| Account No. | | | | | | | |
| Holdsworth Industrial Controls, Inc. 13151A 92nd St N., Unit 606A Largo, FL 33773 | | - | | | | | 500.00 |
| Account No. | | | | | | | |
| HOLT FILTERS 1672 N Hercules Ave Unit G Clearwater, FL 33765 | | - | | | | | 1,462.96 |
| Account No. | | | | | | | |
| Husch Blackwell Sanders LLC 120 S Riverside Plaza St 2200 Chicago, IL 60606 | | - | | | | X | Undetermined |

Sheet no. __27__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          5,790.96

In re     **GeoPharma, Inc.**                                          Case No.   **8:11-bk-5210-CED**
                          _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **IDS Sports, Inc.** 5707 Dot Com Court, #1079 Oviedo, FL 32765 | | - | | | | | 191,918.00 |
| Account No. **IDS Sports, Inc.** c/o Thomas Redburn, Esq. 65 Livingston Ave. Roseland, NJ 07068 | | | For informational purposes | | | | 0.00 |
| Account No. **IHP Marketing dba Archer Stevens** 6950 Bryan Dairy Rd. Seminole, FL 33777 | | - | | | | | 165,442.01 |
| Account No. **Ijacic, Ljilana** 4900 8th St N #303 St Petersburg, FL 33703 | | - | | | | | 250.13 |
| Account No. **IKON OFFICE SOLUTIONS** P O Box 31001-0850 Pasadena, CA 91110-0850 | | - | | | | | 1,431.07 |

Sheet no. __28__ of __65__ sheets attached to Schedule of          Subtotal          359,041.21
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

In re   **GeoPharma, Inc.**                                    Case No.   **8:11-bk-5210-CED**
                                                    ,
                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Iltcheva, Vessellina** **1828 76th Place N.** **St. Petersburgh, FL 33702** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **IMA NORTH AMERICA, INC.** **7 New Lancaster Rd** **Leominster, MA 01453** | - | | | | | | 3,436.01 |
| Account No. | | | | | | | |
| **INFINTY IND CONTROLS** **2013 Weaver Park Drive** **Clearwater, FL 33765** | - | | | | | | 150.00 |
| Account No. | | | | | | | |
| **INLINE FILLING SYSTEMS, INC** **216 Seaboard Ave** **Venice, FL 34285** | - | | | | | | 1,432.90 |
| Account No. | | | | | | | |
| **INTEGRITY COFFEE SERVICE, LLC.** **14100 Walsingham Rd Suite 36 #23** **Largo, FL 33774** | - | | | | | | 419.14 |

Sheet no.  __29__  of __65__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,438.05

In re    **GeoPharma, Inc.**                                    Case No.    **8:11-bk-5210-CED**
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Interlaken Fortune 2000 12397 S Belcher Rd #270 Largo, FL 33773 | X | - | | | X | | X | Undetermined |
| Account No. | | | | | | | | |
| INTERLAKEN SOUTH INC 12397 Belcher Road S Suite 270 Largo, FL 33773 | | - | | | | | | Undetermined |
| Account No. | | | | | | | | |
| International Sourcing, Inc. c/o Daniel Day, Esq. 5858 Westheimer Rd., #500 Houston, TX 77057 | | - | | | | | | 4,760.00 |
| Account No. | | | | | | | | |
| Ironman Publishing, Inc. c/o Gilbert Singer, Esq. P.O. Box 800 Tampa, FL 33601 | | - | | | | | | Undetermined |
| Account No. | | | | | | | | |
| James R Betts 710 S Blvd Tampa, FL 33606 | | - | | | | | X | Undetermined |

Sheet no. __30__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            4,760.00

In re   **GeoPharma, Inc.**                                    Case No.   **8:11-bk-5210-CED**
                                                                    _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Jobe & Co. c/o MHG, LLC 1040 S. Federal Hwy., #100 Delray Beach, FL 33483 | X | - | | | | | | 1,447.08 |
| Account No. | | | | | | | | |
| JOST CHEMICAL 8150 Lackland St Louis, MO 63114 | | - | | | | | | 714.08 |
| Account No. | | | | | | | | |
| Kalem, Jozo 8221 7th St North St Petersburg, FL 33702 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Kapo, Buhruda 1600 Gandy Blvd #1009 St Petersburg, FL 33702 | | - | | | | | | 101.50 |
| Account No. | | | | | | | | |
| Kapo, Zahida 4471 85th Ave N Pinellas Park, FL 33781 | | - | | | | | | 336.26 |

Sheet no. __31__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,598.92

In re    **GeoPharma, Inc.**                                                                      Case No.   **8:11-bk-5210-CED**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kapoor, Arun (Commission)** <br> **12948 Terrace Springs Dr** <br> **Temple Terrace, FL 33637** | - | | | | | | **Undetermined** |
| Account No. <br><br> **KASIREDDY, CHANDRA** <br> **64 GLADES CIRCLE** <br> **LARGO, FL 33771** | - | | | | | | 1,710.32 |
| Account No. <br><br> **Kasireddy, Charitha** <br> **64 Glades Circle** <br> **Largo, FL 33771** | - | | | | | | 4,932.00 |
| Account No. <br><br> **KATHUROJU, RAM MOHAN** <br> **7501 ULMERTON RD LOT # 516** <br> **LARGO, FL 33771** | - | | | | | | 2,119.92 |
| Account No. <br><br> **KELATRON CORPORATION** <br> **1675 West 2750 South** <br> **Ogden, UT** | - | | | | | | 103.97 |

Sheet no. __32__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      8,866.21

In re    GeoPharma, Inc.                                          Case No.    8:11-bk-5210-CED
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kim, Tae**<br>**4381 70th Ave North**<br>**Pinellas Park, FL 33781** | | - | | | | | | | 915.12 |
| Account No.<br><br>**Kim, Tae**<br>**4381 70th Ave North**<br>**Pinellas Park, FL 33781** | | - | | | | | | | 0.00 |
| Account No.<br><br>**Klisura, Terezija**<br>**8543 10th St N Apt D**<br>**St Petersburg, FL 33702** | | - | | | | | | | 290.00 |
| Account No.<br><br>**KOPCO GRAPHICS, INC**<br>**P O Box 633712**<br>**Cincinnati, OH 45263-3712** | | - | | | | | | | 8,715.70 |
| Account No.<br><br>**Kosarac, Samira**<br>**6301 23rd Street North**<br>**St. Petersburg, FL 33702** | | - | | | | | | | 6,133.66 |

Sheet no.  33  of  65  sheets attached to Schedule of            Subtotal                16,054.48
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

In re    GeoPharma, Inc.                                          Case No.   8:11-bk-5210-CED
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Kosarac, Samira 6301 23rd St N St. Petersburg, FL 33702 | | - | | | | | | 4,629.77 |
| Account No. | | | | | | | | |
| KOTE, MAHESH 2481 N.E. COACHMAN ROAD LARGO, FL 33771 | | - | | | | | | 771.16 |
| Account No. | | | | | | | | |
| Kovalik, Steve 6601 17th Lane N St Petersburg, FL 33702 | | - | | | | | | 10,362.96 |
| Account No. | | | | | | | | |
| Kreder Brooks Hailstone, LLP P O Box 956 Scranton, PA 18501 | | - | | | | | | 2,606.94 |
| Account No. | | | | | | | | |
| Kumar, Ashok 13566 Foresdt Lake Drive Largo, FL 337771 | | - | | | | | | Undetermined |

Sheet no.  34  of  65  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          18,370.83

In re    **GeoPharma, Inc.**                                              Case No.    **8:11-bk-5210-CED**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **LaBrada Bodybuilding Nutrition c/o Robert Lapin, Esq. 500 Jefferson, #2000 Houston, TX 77002** | X | - | | X | | | 92,296.36 |
| Account No. | | | | | | | |
| **Lanke, Glen 1250 S. Pinellas Ave # 503 Tarpon Springs, FL 34689** | | - | | | | | 562.93 |
| Account No. | | | | | | | |
| **Law Office of Cynthia N. Sass, P.A. 601 W Martin Luther King Jr Blvd Tampa, FL 33603** | | - | | | | | 19,167.31 |
| Account No. | | | | | | | |
| **Lazic, Bojana 8500 13th St #D St Petersurg, FL 33702** | | - | | | | | 290.00 |
| Account No. | | | | | | | |
| **Lewis, Monica P.O. Box 761 Largo, FL 33773** | | - | | | | | 1,696.37 |

Sheet no. __35__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          114,012.97

In re  **GeoPharma, Inc.**                                    Case No.   **8:11-bk-5210-CED**
_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Lewis, Monica<br>P O Box 761<br>Largo, FL 33773 | - | | | | | | 282.75 |
| Account No. | | | | | | | |
| Libi Labs, Inc.<br>6950 Bryan Dairy Rd.<br>Seminole, FL 33777 | - | | | | | | 4,735,186.51 |
| Account No. | | | | | | | |
| LoJo Production, Inc.<br>841 Braemar Lane<br>Deland, FL 32724 | - | | | | | | 11,000.00 |
| Account No. | | | For informational purposes | | | | |
| LoJo Production, Inc.<br>c/o John Samaan, Esq.<br>1220 Douglas Ave., #207<br>Longwood, FL 32779 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| LONZA<br>90 Boroline Road<br>Allendale, NJ 07401 | - | | | | | | 1,023.40 |

Sheet no. __36__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **4,747,492.66**

In re    GeoPharma, Inc.                                         Case No.   8:11-bk-5210-CED
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Lozano, Noridia <br> 109 North Decker Ave <br> Baltimore, MD 21224 | - | | | | | | 1,425.37 |
| Account No. <br><br> MAMIDALA, VINAY <br> 401 ROSERY ROAD NE #314 <br> LARGO, FL 33770 | - | | | | | | 1,542.32 |
| Account No. <br><br> Mannam & Associates <br> 3651 Peachtree Pkwy Ste 360 <br> Suwanee, GA 30024 | - | | | | | X | Undetermined |
| Account No. <br><br> MARBURG IND <br> 2317 Chermoya Drive <br> Vista, CA 92084 | - | | | | | | 18,472.00 |
| Account No. <br><br> Mastertaste, Inc. <br> c/o Thomas Sciarrino, Esq. <br> P.O. Box 800 <br> Tampa, FL 33601 | - | | | | | | 9,527.64 |

Sheet no.   37   of   65   sheets attached to Schedule of          Subtotal                    30,967.33
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

In re    GeoPharma, Inc.                                              Case No.    8:11-bk-5210-CED
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Maximum Human Performance c/o Kevin Dempsey, Esq. 436 Jefferson Ave. Scranton, PA 18510 | X | - | | | | | | 109,267.50 |
| Account No. | | | | | | | | |
| MDS Chemical, Inc. c/o Robert Weltman, Esq. 323 Lakeside Ave., #200 Cleveland, OH 44113 | | - | | | | | | 668,900.00 |
| Account No. | | | | | | | | |
| MERCEDES-BENZ FINANCIAL P O Box 9001680 Louisville, KY 40290-1680 | | - | | | | | | 3,903.39 |
| Account No. | | | | | | | | |
| Mettler Toledo c/o Receivable Management Corp. P.O. Box 2471 Woburn, MA 01888 | | - | | | | | | 5,899.77 |
| Account No. | | | | | | | | |
| Midsummer Investment, Ltd. 295 Madison Ave., 38th Floor New York, NY 10017 | | - | | | | | | 3,000,000.00 |

Sheet no.    38    of    65    sheets attached to Schedule of          Subtotal          3,787,970.66
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

In re     GeoPharma, Inc.                                        Case No.    8:11-bk-5210-CED
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Miklusev, Pat 6061 Bahia Del Mar Blvd. #211 St. Petersburg, FL 33715 | | - | | | | | | 2,539.35 |
| Account No. | | | | | | | | |
| Milisav, Sofija 766 Lynndale St N St Petersburg, FL 33703 | | - | | | | | | 1,464.29 |
| Account No. | | | | | | | | |
| Milosevic, Dejan 2890 pines Dr Apt 119 Largo, FL 33771 | | - | | | | | | 1,047.19 |
| Account No. | | | | | | | | |
| Mizic, Sanja 1160 84th Ave N St Petesburg, FL 33702 | | - | | | | | | 529.25 |
| Account No. | | | | | | | | |
| Moyer, Michael 4716 Wolfran Lane New Port Richey, FL 34653 | | - | | | | | | 1,515.25 |

Sheet no.  39  of  65   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            7,095.33

In re    **GeoPharma, Inc.**                                            Case No.   **8:11-bk-5210-CED**
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mrsic, Elvis** **638 79th Terrace N Apt 202** **St Petersdburg, FL 33702** | | - | | | | | 505.69 |
| Account No. | | | | | | | |
| **Mullen, Jackie** **12140 Lacey Drive** **New Port Richey, FL 34654** | | - | | | | | 993.78 |
| Account No. | | | | | | | |
| **Mullen, Jacqueline** **12140 Lacey Drive** **New Port Richey, FL 34654** | | - | | | | | 3,288.94 |
| Account No. | | | | | | | |
| **Muminovic, Dennis** **1245 84th Ave N #B** **St Petersburg, FL 33702** | | - | | | | | 1,260.02 |
| Account No. | | | | | | | |
| **Muminovic, Ruzica** **142 NW Monroe Circle N** **St Petersburg, FL  33702** | | - | | | | | 59.93 |

Sheet no. __40__ of __65__ sheets attached to Schedule of          Subtotal          
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)     6,108.36

In re   **GeoPharma, Inc.**                                              Case No.   **8:11-bk-5210-CED**
                                                                    ,
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Muminovic, Ruzica 142 NW Monroe Circle N St Petersburg, FL 33702 | - | | | | | | 973.32 |
| Account No. | | | | | | | |
| Muscle Group LLC c/o Eric Ludin, Esq. 13577 Feather Sound Dr. #300 Clearwater, FL 33762 | - | | | | | X | Undetermined |
| Account No. | | | | | | | |
| NASDAQ STOCK MARKET, INC P O Box 8500, Lockbox 20200 Philadelphia, PA 19178-0200 | - | | | | | | 20,899.82 |
| Account No. | | | | | | | |
| NATOLI ENGINEERING P O Box 66971 St Louis, MO 63166 | - | | | | | | 4,026.00 |
| Account No. | | | | | | | |
| Neff Packaging Solutions, Inc. c/o Porter Wright Morris & Arthur One South Main St., #1600 Dayton, OH 45402 | - | | | | | | 75,032.52 |

Sheet no. __41__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **100,931.66**

In re    **GeoPharma, Inc.**                                          Case No. __8:11-bk-5210-CED__
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **NEW ENGLAND MACHINERY, INC** P O Box 20299 Bradenton, FL 34204 | - | | | | | | | 713.85 |
| Account No. | | | | | | | | |
| **Neziri, Nazmi** Midtown Plaza Apt 11 575 Clw Largo Rd Largo, FL 33770 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Neziri, Sadbere** Midtown Plaza Apt 11 575 Clw Largo Rd Largo, FL 33770 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **NOVEL INGREDIENT SERVICES LLC** 10 Henderson Drive West Caldwell, NJ 07006 | - | | | | | | | 2,500.00 |
| Account No. | | | | | | | | |
| **OFFICE DEPOT** P O Box 633211 Cincinnati, OH 45263 | - | | | | | | | Undetermined |

Sheet no. __42__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          3,213.85

In re    **GeoPharma, Inc.**                                                   Case No.   **8:11-bk-5210-CED**
                                                    ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **ORKIN PEST CONTROL** 3755 68th Ave North Pinellas Park, FL 33781 | - | | | | | | 1,773.20 |
| Account No. | | | | | | | |
| **OSF FLAVORS, INC.** 40 Baker Hollow Road P O Box 591 Windsor, CT 06095 | - | | | | | | 3,705.00 |
| Account No. | | | | | | | |
| **Pacific Rainbow Intl., Inc.** c/o Kosto & Rotella PA P.O. Box 113 Orlando, FL 32802 | - | | | | | | 20,600.00 |
| Account No. | | | | | | | |
| **PALIVELA, NAGA ADITYA** THREE CHELSEA PKWY, STE 305 BOOTHWYN, PA 19061 | - | | | | | | 1,710.20 |
| Account No. | | | | | | | |
| **PAM USA LLC** 229 Durham Ave South Plainfield, NJ 07080 | - | | | | | | 3,362.50 |

Sheet no. __43__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **31,150.90**

In re    GeoPharma, Inc.                                         Case No.    8:11-bk-5210-CED
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **PAT VITAMINS INC** **17181 Gale Ave Unit C** **City of Industry, CA 91745** | | - | | | | | 1,132.50 |
| Account No. **PATEL, PATHIKKUMAR** **601 ROSERY ROAD NE #753** **LARGO, FL 33770** | | - | | | | | 1,608.74 |
| Account No. **Peesapati, Chandra** **21227 US Hwy 19N, Apt 125B** **Clearwater, FL 33765** | | - | | | | | 302.20 |
| Account No. **Peesapati, Chandra** **21227 US Hwy 19N, Apt 125B** **Clearwater, FL 33765** | | - | | | | | 784.56 |
| Account No. **PEESAPATI, PRABHU** **21227 US HWY 19N APT 125B** **CLEARWATER, FL 33765** | | - | | | | | 1,608.74 |

Sheet no. __44__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          5,436.74

In re    **GeoPharma, Inc.**                                                                      Case No.  **8:11-bk-5210-CED**
                                                               ,
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **PENTASYS CORPORATION** 3119 Valemoor Dr Palm Harbor, FL 34685 | | - | | | | | 6,045.68 |
| Account No. | | | | | | | |
| **People of the State of California** c/o David Paulson, Esq. 675 Texas St., #4500 Fairfield, CA 94533 | X | - | | | | | Undetermined |
| Account No. | | | | | | | |
| **Pestrikoff, Leon** 1424 Pine St. Clearwater, FL 33756 | | - | | | | | 464.00 |
| Account No. | | | | | | | |
| **Pharmline, Inc.** c/o Jay Zeiger, Esq. P.O. Box 30 Woodbourne, NY 12788 | | - | | | | | 7,552.72 |
| Account No. | | | | | | | |
| **Phytochem, Inc.** c/o Collection at Law, Inc. 31200 Via Colinas, #101 Thousand Oaks, CA 91362 | | - | | | | | 1,900.00 |

Sheet no. __45__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          15,962.40

In re  **GeoPharma, Inc.**                                                    Case No. __8:11-bk-5210-CED__

_____
                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **PILLARYSHETTY, VAMSHIDHAR** 1480 us 46, Apt 257 B Parsippany, NJ 07054 | - | | | | | | | 1,710.32 |
| Account No. | | | | | | | | |
| **PLATINUM INDUSTRIES PTY LTD** 6/29 Kirkham Rd West Keysborough, Vic 3173 **AUSTRALIA** | - | | | | | | | 70,154.78 |
| Account No. | | | | | | | | |
| **Plemons, Cheryl** 801 64th St. N St. Petersburg, FL  33710 | - | | | | | | | 45.70 |
| Account No. | | | | | | | | |
| **PR NEWSWIRE** G.P. O Box 5897 New York, NY 10087-5897 | - | | | | | | | 437.00 |
| Account No. | | | | | | | | |
| **PRECISION IR , INC** P O Box 8500, Lockbox 7391 Philadelphia, PA 19178-0200 | - | | | | | | | 1,094.20 |

Sheet no. __46__ of __65__ sheets attached to Schedule of                     Subtotal                          73,442.00
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

In re      **GeoPharma, Inc.**                                                            Case No.   **8:11-bk-5210-CED**
                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Progress Energy Florida, Inc.** P.O. BOX 33199 St Petersburg, FL 33733-8199 | | - | | | | | | **Undetermined** |
| Account No. | | | | | | | | |
| **PROLIANT, INC.** 13345 Collections Center Drive Chicago, IL 60693 | | - | | | | | | **728.00** |
| Account No. | | | | | | | | |
| **Promax Nutrition Corporation** c/o Stacey Fisher, Esq. 2775 Sunny Isles Blvd., #100 North Miami Beach, FL 33160 | X | - | | | | | | **Undetermined** |
| Account No. | | | | | | | | |
| **R & L CARRIERS, INC.** Attn Ar Dept P O Box 271 Wilmington, OH 45177 | | - | | | | | | **2,852.55** |
| Account No. | | | | | | | | |
| **R.R. Donnelley & Sons Company** c/o AG Adjustments 740 Walt Whitman Rd. Melville, NY 11747 | | - | | | | | | **14,729.60** |

Sheet no. __47__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**18,310.15**

In re    **GeoPharma, Inc.**                                    Case No.    **8:11-bk-5210-CED**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. | | | | | | | | |
| **Ralph Davis & Associates** **1717 St James Place** **St 460** **Houston, TX 77056** | - | | | | | | X | **Undetermined** |
| Account No. | | | | | | | | |
| **Raymond Handling Consultants** **4925 Raymond Industrial Dr** **Lakeland, FL 33815** | - | | | | | | | **1,076.56** |
| Account No. | | | | | | | | |
| **Raymond Leasing Corporation** **c/o Joseph Kincaid, Esq.** **330 N. Wabash** **Chicago, IL 60611** | - | | | | | | | **Undetermined** |
| Account No. | | | | | | | | |
| **REGISTRAR AND TRANSFER CO** **10 Commerce Drive** **Cranford, NJ 07016-3572** | - | | | | | | | **5,259.33** |
| Account No. | | | | | | | | |
| **Restrepo, Ana** **4716 Wolfram Lane** **New Port Richey, FL 34653** | - | | | | | | | **395.37** |

Sheet no. __48__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **6,731.26**

In re  GeoPharma, Inc.                                          Case No.  8:11-bk-5210-CED
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Restrepo, Ana Maria <br> 4716 Wolfram Lane <br> New Port Richey, FL 34653 | | - | | | | | | 0.00 |
| Account No. <br><br> REX CORPORATION <br> 136 Eastport Rd <br> Jacksonville, FL 32218 | | - | | | | | | 5,000.00 |
| Account No. <br><br> Rockmore Investment Master Fund, Ltd. <br> 150 E. 58th St., 28th Floor <br> New York, NY 10155 | | - | | | | | | Undetermined |
| Account No. <br><br> RUGER CHEMICAL <br> P O Box 15028 <br> Newark, NJ 07192 | | - | | | | | | 365.00 |
| Account No. <br><br> Rutter Hobbs <br> 1901 Ave of the Star5s St 1700 <br> Los Angeles, CA 90067 | | - | | | | | X | Undetermined |

Sheet no. __49__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br> (Total of this page)    5,365.00

In re    **GeoPharma, Inc.**                                                      Case No.   **8:11-bk-5210-CED**
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **SAIA FREIGHT LINE** P O Box A Station 1 Houma, LA 70363 | - | | | | | | 718.02 |
| Account No. | | | | | | | |
| Savinon, Carlos 6512 Alta Monte Dr Tampa, FL 33634 | - | | | | | | 286.38 |
| Account No. | | | | | | | |
| **SCLAFANI WILLIAMS** P O Box 24510 Lakeland, FL 33802 | - | | | | | | 1,362.20 |
| Account No. | | | | | | | |
| **SCRIPT LOGIC** 6000 Broken Sound Pkwy Boca Raton, FL 33487 | - | | | | | | 487.50 |
| Account No. | | | | | | | |
| Seaboard Tampa Terminals, Inc. 6708 Harney Road Tampa, FL 33610 | - | | | X | | | 34,263.11 |

Sheet no. __50__ of __65__ sheets attached to Schedule of                    Subtotal                              37,117.21
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

In re    **GeoPharma, Inc.**                             Case No.   **8:11-bk-5210-CED**

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For informational purposes | | | | |
| Seatech Bioproducts c/o Transworld Systems, Inc. P.O. Box 4903 Trenton, NJ 08650 | X | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Sekharam, Kotha 9702 Treetops Lake Rd Tampa, FL 33626 | | - | | | | | 580.00 |
| Account No. | | | | | | | |
| Sekharam, Madhavi 9702 Treetops Lake Road Tampa, FL 33626 | | - | | | | | 480.00 |
| Account No. | | | | | | | |
| SENSIENT COLORS P O Box 934709 Atlanta, GA 31193 | | - | | | | | 781.73 |
| Account No. | | | | | | | |
| SGS Life Science P O Box 2502 Carol Stream, IL 60132-2502 | | - | | | | | Undetermined |

Sheet no. __51__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal           **1,841.73**
                       (Total of this page)

In re    **GeoPharma, Inc.**                                          Case No.    **8:11-bk-5210-CED**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| SGS North America, Inc. c/o Steven Srenaski, Esq. 235 Frost Ave. Phillipsburg, NJ 08865 | - | | | | | | 22,160.00 |
| Account No. | | | | | | | |
| SHAREHOLDER.COM P O Box 8500, Lockbox 30200 Philadelphia, PA 19178-0200 | - | | | | | | 7,460.06 |
| Account No. | | | | | | | |
| SHUMAKER LOOP KENDRICK LLP 101 E Kennedy Blvd., #2800 Tampa, FL 33602-5151 | - | | | | | | 100,909.19 |
| Account No. | | | | | | | |
| Shuman, Cani 2007 N. Keene Road Clearwater, FL 33755-1372 | - | | | | | | 170,117.78 |
| Account No. | | | | | | | |
| Sichenzia, Ross & Friedman, LLP 61 Broadway 32nd Floor New York, NY 10006 | - | | | | | | 22,649.15 |

Sheet no.   **52**   of   **65**   sheets attached to Schedule of                          Subtotal            | 323,296.18
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

In re    **GeoPharma, Inc.**                               Case No.   **8:11-bk-5210-CED**

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SIGNATURE BENEFIT SOLUTIONS** <br> **18844 N Dale Mabry Hwy** <br> **Lutz, FL 33548** | - | | | | | | 13,389.00 |
| Account No. <br><br> **SINGH, ABHISHEK** <br> **6911 BRYAN DAIRY ROAD** <br> **LARGO, FL 33777** | - | | | | | | 1,542.32 |
| Account No. <br><br> **Sokolova, Zlatka** <br> **1310 Bay Harbor Dr** <br> **Palm Harbor, FL 34685** | - | | | | | | 866.93 |
| Account No. <br><br> **SOUTHEASTERN FREIGHT LINES** <br> **P O Box 100104** <br> **Columbia, SC 29202** | - | | | | | | 60.00 |
| Account No. <br><br> **Spectrum Chemical & Laboratory Product** <br> **c/o Hatmaker & Associates** <br> **1156 S. US Hwy. 1** <br> **Vero Beach, FL 32962** | - | | | | | | 24,044.41 |

Sheet no. __53__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal               **39,902.66**
(Total of this page)

In re    GeoPharma, Inc.                                          Case No.   8:11-bk-5210-CED
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| SPI PHARMA INC P O Box 601304 Charlotte, NC 28260 | | - | | | | | | 4,812.00 |
| Account No. | | | | | | | | |
| Sruthi, Gajjala 14397 Pablo Circle Largo, FL 33771 | | - | | | | | | 1,437.12 |
| Account No. | | | | | | | | |
| STAPLES BUSINESS ADVANTAGE Dept Atl P O Box 405386 Atlanta, GA 30384 | | - | | | | | | 2,869.75 |
| Account No. | | | | | | | | |
| Steris Corp. P O Box 676548 Dallas, TX 75267-6548 | | - | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| STRYKA P O Box 35408 Newark, NJ 07193 | | - | | | | | | 35,965.00 |

Sheet no. __54__ of __65__ sheets attached to Schedule of          Subtotal          45,083.87
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

In re    **GeoPharma, Inc.**                              Case No.    **8:11-bk-5210-CED**
                                                    ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Suan Farma, Inc. c/o Kosto & Rotella, PA P.O. Box 113 Orlando, FL 32802 | | - | | | | | | 5,200.00 |
| Account No. | | | | | | | | |
| SUN BAY MFG 6741 102nd Ave North Unit 13-14 Pinellas Park, FL 33782 | | - | | | | | | 65.00 |
| Account No. | | | | | | | | |
| SUPERIOR FENCE AND RAIL INC 1400 Starkey Road Largo, FL 33771 | | - | | | | | | 2,241.65 |
| Account No. | | | | | | | | |
| Sweco Div M LLC P O Box 200132 Dallax, TX 75320-0132 | | - | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| Jugal Taneja 3507 Bayshore Blvd., #1800 Tampa, FL 33629 | | - | | | | | | 682,887.43 |

Sheet no. __55__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                690,394.08

In re    **GeoPharma, Inc.**                                          Case No.   **8:11-bk-5210-CED**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Taneja, Mandeep 450 Knights Run Ave Unit 1702 Tampa, FL 33602 | - | | | | | | | 5,402.86 |
| Account No. | | | | | | | | |
| Mihir Taneja 6950 Bryan Dairy Rd. Seminole, FL 33777 | | | | | | | | 424,160.23 |
| Account No. | | | | | | | | |
| TEN STAR SUPPLY COMPANY, INC. P O Box 4526 Tampa, FL 33677 | - | | | | | | | 2,176.37 |
| Account No. | | | | | | | | |
| Thomson Financial Corporate Group P O Box 5136 Carol Stream, IL 60197-5136 | - | | | | | | | 8,411.92 |
| Account No. | | | | | | | | |
| Travers, William 1925 Oak St. NE St. Petersburg, FL 33704 | - | | | | | | | 4,039.36 |

Sheet no.  **56**  of  **65**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    444,190.74

In re    **GeoPharma, Inc.**                                              Case No.   **8:11-bk-5210-CED**
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **TRI AG SUPPLY INC** <br> **PO Box 606** <br> **Harvard, IL 60033** | - | | | | | | 3,744.97 |
| Account No. | | | | | | | |
| **TUCKER ELLIS & WEST LLP** <br> **925 Euclid Ave, #1150** <br> **Cleveland, OH 44115-1414** | - | | | | | | 6,216.33 |
| Account No. | | | | | | | |
| **U.S. Department of Labor** <br> **Wage and Hour Division** <br> **4905 W. Laurel St., #300** <br> **Tampa, FL 33607** | - | | | | | | **Undetermined** |
| Account No. | | | For informational purposes | | | | |
| **U.S. Department of Labor** <br> **Wage and Hour Division** <br> **200 Constitution Ave. NW, #S-3510** <br> **Washington, DC 20210** | - | | | | | | 0.00 |
| Account No. | | | OSHA Fine | | | | |
| **U.S. Department of Labor/OSHA** <br> **c/o Pioneer Credit Recovery** <br> **P.O. Box 189** <br> **Arcade, NY 14009** | - | | | | | | 2,371.84 |

Sheet no. __57__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **12,333.14**

In re  **GeoPharma, Inc.**                                    Case No.  **8:11-bk-5210-CED**
_____ ,
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Ucukalo, Anica 554 48th Ave North St Petersburg, FL 33703 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Ucukalo, Ruza 839 76th Ave North St Petersburg, FL 33702 | | - | | | | | 1,442.13 |
| Account No. | | | | | | | |
| ULINE 2200 S Lakeside Drive Waukegan, IL 60085 | | - | | | | | 987.43 |
| Account No. | | | | | | | |
| United Parcel Service c/o Lee Gartner, Esq. 5561 N. University Dr., #103 Pompano Beach, FL 33067 | | - | | | | | 28,495.44 |
| Account No. | | | | | | | |
| Universal Capsules, LLC c/o Marcadis & Associates 5104 S. Westshore Blvd. Tampa, FL 33611 | | - | | | | | 36,715.18 |

Sheet no. __58__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                67,640.18
(Total of this page)

In re    **GeoPharma, Inc.**                                                Case No.   **8:11-bk-5210-CED**
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| UNIVERSAL PRESERV-A-CHEM, INC. 60 Jiffy Road Somerset, NJ 08873 | - | | | | | | 176.32 |
| Account No. | | | | | | | |
| University of Florida Research Foundation P O Box 115500 Gainesville, FL 32611 | - | | | | | | 108,634.00 |
| Account No. | | | | | | | |
| UPS Freight Ground Freight c/o Scott Modlin, Esq. 2775 Sunny Isles Blvd., #100 North Miami Beach, FL 33160 | - | | | | | | 9,818.04 |
| Account No. | | | | | | | |
| UPS SUPPLY CHAIN SOLUTIONS, INC. 28013 Network Place Chicago, IL 60673 | - | | | | | | 3,500.00 |
| Account No. | | | | | | | |
| VERITEXT FLORIDA REPORTING CO. One East Broward Blvd., #1101 Ft Lauderdale, FL 33301 | - | | | | | | 2,005.10 |

Sheet no. __59__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

124,133.46

In re     **GeoPharma, Inc.**                                          Case No.   **8:11-bk-5210-CED**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **VERSATILE PACKAGERS** 6422 C Harney Roa Tampa, FL 33610 | | - | | | | | 2,969.11 |
| Account No. Vibhuthi, Gouri 500 Peconic St., Apt 181B Ronkonkoma, NY 11779 | | - | | | | | 206.62 |
| Account No. Vibhuthi, Gouri 500 PCONIC ST. APT 181 B RONKONKOMAN, NY 11779 | | - | | | | | 1,915.92 |
| Account No. Videojet Technologies, Inc. c/o Biehl & Biehl, Inc. 325 E. Fullerton Ave. Carol Stream, IL 60188 | | - | | | | | 20,914.95 |
| Account No. Vital Pharmaceuticals, Inc./VPX c/o Luis Ugaz, Esq. 1600 N. Park Dr. Fort Lauderdale, FL 33326 | | - | | | | | Undetermined |

Sheet no. __60__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)              26,006.60

In re    **GeoPharma, Inc.**    Case No. __8:11-bk-5210-CED__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vobulapu, Sudheera** <br> **64 Glades Circle** <br> **Largo, FL 33771** | - | | | | | | 3,030.00 |
| Account No. <br><br> **Vukovich, Christine** <br> **1234 Petit St.** <br> **Dickson, PA** | - | | | | | | 162.78 |
| Account No. <br><br> **VWR International, LLC** <br> **P O Box 2078** <br> **West Chester, PA 19380** | - | | | | | | 10,818.20 |
| Account No. <br><br> **VWR International, LLC** <br> **c/o Marcadis & Associates** <br> **5104 S. Westshore Blvd.** <br> **Tampa, FL 33611** | - | | For informational purposes | | | | 0.00 |
| Account No. **xxxxxx0125** <br><br> **Wachovia Bank** <br> **Commercial Loan Department** <br> **P.O. Box 740502** <br> **Atlanta, GA 30374** | - | | | | | | 834,490.13 |

Sheet no. __61__ of __65__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    848,501.11

In re    GeoPharma, Inc.                                    Case No.  8:11-bk-5210-CED
_____          _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Wade, Shannon 12121 Fred Drive Riverview, FL 33578 | - | | | | | | | 1,078.19 |
| Account No. | | | | | | | | |
| Walgreens 200 Wilmot Rd Deerfield, IL 60015 | - | | | | | | X | Undetermined |
| Account No. | | | | | | | | |
| Jeffrey and Ramona Warfield c/o Thomas Dubois, Esq. P.O. Box 339 Columbia, TN 38402 | - | | | | | | | Undetermined |
| Account No. | | | | | | | | |
| Waste Management of Pinellas P O Box 105433 Atlanta, GA 30348 | - | | | | | | | 158.46 |
| Account No. | | | | | | | | |
| WATERBOY 4454 19th St Sourt East Brandenton, FL 34203 | - | | | | | | | 35.31 |

Sheet no.  62  of  65   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         1,271.96

In re    GeoPharma, Inc.                                                    Case No.   8:11-bk-5210-CED
                                  ,
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | For informational purposes | | | | |
| Wellements LLC c/o Kevin Wilkins. Esq. P.O. Box 270602 Tampa, FL 33688 | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| Westwood One Radio Networks, Inc. c/o Martin Cole, Esq. 110 Wall St., 11th Floor New York, NY 10005 | X | - | | X | | | Undetermined |
| Account No. | | | | | | | |
| Whitebox Pharmaceutical Growth Fund 3033 Excelsior Blvd., #300 Minneapolis, MN 55416 | | - | | | | | 3,000,000.00 |
| Account No. | | | | | | | |
| Williams Schifino Mangione & Steady PA c/o William Schifino, Esq. P.O. Box 380 Tampa, FL 33601 | | - | | | | | 30,688.00 |
| Account No. | | | | | | | |
| Williams, Julius 2516 Elderberry Dr Clearwaater, FL 33761 | | - | | | | | 2,609.13 |

Sheet no.   63   of   65   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,033,297.13

In re    **GeoPharma, Inc.**                                           Case No.  **8:11-bk-5210-CED**
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Wippo, Gladys 404 Rose Ave Glen Burnie, MD 21061 | | - | | | | | 288.53 |
| Account No. | | | | | | | |
| Yale Mosk & Co 12397 S. Belcher Rd Suite 270 Largo, FL 33773 | X | - | | X | | X | Undetermined |
| Account No. | | | | | | | |
| YENUMULA, CHINANAGI 2690 DREW ST. # 605 CLEARWATER, FL 33759 | | - | | | | | 1,542.32 |
| Account No. | | | | | | | |
| Yun, Moon 5856 116th Ave North Pinellas Park, FL 33782 | | - | | | | | 1,432.76 |
| Account No. | | | | | | | |
| Yun, Moon 5856 116th Ave North Pinellas Park, FL 33782 | | - | | | | | 1,135.50 |

Sheet no. __64__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,399.11

In re  **GeoPharma, Inc.**                                    Case No. __8:11-bk-5210-CED__
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | | | |
| Account No. | | | | | | | | | |
| **Zambrana, Moises** **6371 71st St. N.** **Pinellas Park, FL 33781** | - | | | | | | | | 652.50 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __65__ of __65__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 652.50 |
| Total (Report on Summary of Schedules) | | 18,695,625.96 |

In re    **GeoPharma, Inc.**              Case No.   __8:11-bk-5210-CED__

                               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bryan Dairy Real Estate Holdings, Inc.**<br>**3033 Excelsior Blvd., #300**<br>**Minneapolis, MN 55416** | **Lease of premises located at 6950 Bryan Dairy Road, Largo, Florida** |
| **CIT Technology Financing Services**<br>**21146 Network Place**<br>**Chicago, IL 60673-1211** | **Lease of equipment** |
| **Interlaken South, Inc.**<br>**12397 Belcher Road S Suite 270**<br>**Largo, FL 33773** | **Lease Repayment Agreement on premises located at 6901 Bryan Dairy Rd., Largo, Florida 33773** |

0
____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **GeoPharma, Inc.**                                          Case No.   **8:11-bk-5210-CED**

                                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **American Antibiotics, Inc.** | **Consolidated Pharmaceutical Group, Inc.**<br>**c/o Charles Schaller, Esq.**<br>**One Park Place, #585**<br>**Annapolis, MD 21401** |
| **American Antibiotics, LLC** | **Jobe & Co.**<br>**c/o MHG, LLC**<br>**1040 S. Federal Hwy., #100**<br>**Delray Beach, FL 33483** |
| **American Antibiotics, LLC** | **Connelly Group, The**<br>**c/o MHG, LLC**<br>**1040 S. Federal Hwy., #100**<br>**Delray Beach, FL 33483** |
| **American Antibiotics, LLC, Breakthrough**<br>**Engineered Nutrition, Inc., Belcher**<br>**Pharmaceuticals and Libi Labs, Inc.** | **General Electric Capital Corp.**<br>**c/o Alicia Schumacher, Esq.**<br>**and Keith Skorewicz, Esq.**<br>**P.O. Box 3913**<br>**Tampa, FL 33601** |
| **Belcher Holdings, Inc.** | **Flaster Greenberg**<br>**c/o Jeffrey Cohen, Esq.**<br>**1810 Chapel Ave. W.**<br>**Cherry Hill, NJ 08002** |
| **Belcher Holdings, Inc.** | **Yale Mosk & Co**<br>**12397 S. Belcher Rd Suite 270**<br>**Largo, FL 33773** |
| **Belcher Holdings, Inc.** | **Interlaken Fortune 2000**<br>**12397 S  Belcher Rd #270**<br>**Largo, FL 33773** |
| **Breakthrough Engineered Nutrition, Inc.** | **People of the State of California**<br>**c/o David Paulson, Esq.**<br>**675 Texas St., #4500**<br>**Fairfield, CA 94533** |
| **Breakthrough Engineered Nutrition, Inc.** | **Gencor Pacific, Inc.**<br>**c/o Jason Moyer, Esq.**<br>**P.O. Box 1438**<br>**Tampa, FL 33601** |

---

1

_____ continuation sheets attached to Schedule of Codebtors

In re      **GeoPharma, Inc.**                                          Case No.   8:11-bk-5210-CED
_____,
                              Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Breakthrough Engineered Nutrition, Inc. | Westwood One Radio Networks, Inc.<br>c/o Martin Cole, Esq.<br>110 Wall St., 11th Floor<br>New York, NY 10005 |
| Dynamic Health Products, Inc. | Promax Nutrition Corporation<br>c/o Stacey Fisher, Esq.<br>2775 Sunny Isles Blvd., #100<br>North Miami Beach, FL 33160 |
| Dynamic Health Products, Inc. | Wellements LLC<br>8901 E. Pima Center Pkwy., #215<br>Scottsdale, AZ 85258 |
| Dynamic Health Products, Inc. | Champion Performance Products, Inc.<br>c/o Sarah Springer, Esq.<br>2200 N. Commerce Pkwy. #202<br>Fort Lauderdale, FL 33326 |
| Dynamic Health Products, Inc. | LaBrada Bodybuilding Nutrition<br>c/o Robert Lapin, Esq.<br>500 Jefferson, #2000<br>Houston, TX 77002 |
| Dynamic Health Products, Inc. | Maximum Human Performance<br>c/o Kevin Dempsey, Esq.<br>436 Jefferson Ave.<br>Scranton, PA 18510 |
| Dynamic Health Products, Inc. | Nutrition Distribution, LLC<br>c/o Stacey Fisher, Esq.<br>2775 Sunny Isles Blvd., #100<br>North Miami Beach, FL 33160 |
| Dynamic Health Products, Inc. | Universal Protein Supplements Corp.<br>dba Universal Nutrition<br>c/o Scott Katz, Esq.<br>777 S. Harbour Island Blvd. #500<br>Tampa, FL 33602 |
| EZ Med Company | Seatech Bioproducts<br>c/o Transworld Systems, Inc.<br>P.O. Box 4903<br>Trenton, NJ 08650 |

Sheet   1   of   1   continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re   **GeoPharma, Inc.**
_____         Case No.   **8:11-bk-5210-CED**
                                    Debtor(s)              Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President/CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___82___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **4-15-2011**          Signature   _George Stuart (signature)_

                                          George Stuart
                                          President/CEO

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re __GeoPharma, Inc.__          Case No. __8:11-bk-5210-CED__

Debtor(s)     Chapter __11__

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $3,183,007.85 | 2011 YTD: Gross Revenues |
| $10,493,027.85 | 2010: Gross Revenues |
| $16,961,783.94 | 2009: Gross Revenues |

---

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

### 3. Payments to creditors

None


*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached check register** | | **$0.00** | **$0.00** |

None


    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **See attached** | | | |

None


    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

# INNOVATIVE HEALTH PRODUCTS
## Check Register
### For the Period From Jan 1, 2011 to Mar 31, 2011

Filter Criteria includes: Report order is by Date.

| Check # | Date | Payee | Cash Account | Amount |
|---------|------|-------|--------------|--------|
| 10424 | 1/3/11 | TAX COLLECTOR, PIN | 10370 | 86.40 |
| 10425 | 1/3/11 | VERIZON FLORIDA, IN | 10370 | 112.42 |
| 10426 | 1/3/11 | AMTRUST NORTH AM | 10370 | 1,172.18 |
| 10427 | 1/5/11 | LIBERTY NATIONAL | 10370 | 60.12 |
| WIRE | 1/10/11 | DEPARTMENT OF REV | 10370 | 71.40 |
| ACH | 1/12/11 | AFLAC | 10370 | 214.38 |
| 10428 | 1/12/11 | PAT FALCONE | 10370 | 51.76 |
| 10429 | 1/12/11 | ROSE GARDEN FLOWE | 10370 | 64.15 |
| 10430 | 1/12/11 | T-MOBILE | 10370 | 391.30 |
| 10431 | 1/12/11 | PROGRESS ENERGY FL | 10370 | 5,308.18 |
| 10432 | 1/12/11 | VERIZON WIRELESS | 10370 | 395.58 |
| 10433 | 1/12/11 | CITY OF PINELLAS PA | 10370 | 2,069.67 |
| 10434 | 1/13/11 | W.W. GRAINGER, INC. | 10370 | 143.22 |
| WIRE | 1/13/11 | AFLAC | 10370 | 214.38 |
| 10435 | 1/13/11 | SAMS CLUB | 10370 | 105.86 |
| 10436 | 1/17/11 | MAFCO WORLDWIDE | 10370 | 395.00 |
| ACH | 1/19/11 | AFLAC | 10370 | 214.38 |
| ACH | 1/24/11 | DEPARTMENT OF REV | 10370 | 2.24 |
| 10437 | 1/26/11 | SAMS CLUB | 10370 | 35.02 |
| 10438 | 1/31/11 | AFLAC | 10370 | 428.76 |
| 10439 | 2/7/11 | SOUTHEASTERN FREI | 10370 | 74.70 |
| 10439V | 2/7/11 | SOUTHEASTERN FREI | 10370 | -74.70 |
| ACHV | 2/9/11 | AFLAC | 10370 | -214.38 |
| ACH | 2/21/11 | AFLAC | 10370 | 214.38 |
| ACH | 2/24/11 | AFLAC | 10370 | 214.38 |
| ACH | 3/1/11 | AFLAC | 10370 | 214.38 |
| 10440 | 3/7/11 | ESTES EXPRESS LINES | 10370 | 128.25 |
| 10441 | 3/7/11 | FL DEPT AGRICULTUR | 10370 | 45.00 |
| 10442 | 3/7/11 | VERIZON FLORIDA, IN | 10370 | 105.80 |
| ACH | 3/8/11 | DEPARTMENT OF REV | 10370 | 230.88 |
| 10443 | 3/14/11 | PROGRESS ENERGY FL | 10370 | 356.41 |
| ACH | 3/14/11 | AFLAC | 10370 | 214.38 |
| 10444 | 3/16/11 | SAMS CLUB | 10370 | 153.04 |
| Total | | | | 13,198.92 |

IN THE COUNTY COURT IN AND FOR PINELLAS COUNTY, FLORIDA

CAPSCANADA CORPORATION

     Plaintiff,

vs.                            Case No. 10-6274-CO-54

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

BREAKTHROUGH ENGINEERED
NUTRITION, INC.

     Plaintiff,

vs.                              Case No. 2009-CA-4181-CI

NATHANEL BERNSTEIN and
RIGHT WAY NATURALS, INC.

     Defendants.
_____/
NATHANEL BERNSTEIN

     Third Party Plaintiff,

vs.

GEOPHARMA, INC.,

     Third Party Defendant.
_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Third Party Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
## IN AND FOR PINELLAS COUNTY, FLORIDA

CAPSUGEL, A DIVISION OF
PFIZER, INC.

      Plaintiff,

vs.                                  Case No. 11-00235-CI-19

GEOPHARMA, INC.,

      Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

(1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

BELL CHEM CORP., INC.

      Plaintiff,

vs.                              Case No. 09-CA-6166-15-L

GEOPHARMA, INC.,

      Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED
## STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States

Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on

March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United

States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court

for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] …
operates as a stay, applicable to all entities, of—

(1)    the commencement or continuation, including the issuance
or employment of process, of a judicial, administrative, or other
proceeding against the debtor that was or could have been commenced
before the commencement of the case under this title, or to recover a claim
against the debtor that arose before the commencement of the case under
this title;

(2)    the enforcement, against the debtor or against property of
the estate, of a judgment obtained before the commencement of the case
under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

DE LAGE LANDEN FINANCIAL
SERVICES, INC.

    Plaintiff,

vs.                  Case No. 11-1668-CI-H50

GEOPHARMA, INC.,

    Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CHAMPION PERFORMANCE
PRODUCTS, INC.

     Plaintiff,

vs.                          Case No. 09-054704-08

GEOPHARMA, INC., et al.,

     Defendants.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

     The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

     Section 362(a) of the Bankruptcy Code provides as follows:

     [A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

          (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

CVS PHARMACY, INC.,

     Plaintiff,

vs.                      Case No. 09-12987-CJ-11

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE COURT OF COMMON PLEAS
ALLEGHENY COUNTY, PENNSYLVANIA
CIVIL DIVISION

FISHER SCIENTIFIC COMPANY, LLC

     Plaintiff,

vs.                         Case No. GD 09-009067

GEOPHARMA, INC., et al.,

     Defendants.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., f/k/a INNOVATIVE HEALTH PRODUCTS, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

COURT OF COMMON PLEAS
CHESTER COUNTY, PENNSYLVANIA

DE LAGE LANDEN FINANCIAL
SERVICES, INC.

      Plaintiff,

vs.                          Case No. 2009-14951-CA

GEOPHARMA, INC.,

      Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

      (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

JOVAN ALIMPIC, individually and
d/b/a DENTECH

      Plaintiff,

vs.                          Case No. 10-010690-CI-HSO

GEOPHARMA, INC.,

      Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

GENCOR PACIFIC, INC.,

     Plaintiff,

vs.                            Case No. 11-1373-CI-HOC

INNOVATIVE HEALTH
PRODUCTS, INC., et al.,

     Defendants.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., f/k/a INNOVATIVE HEALTH PRODUCTS, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

    (1)   the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

GENCOR PACIFIC, INC.,

     Plaintiff,

vs.                   Case No. 09-C-4680

INNOVATIVE HEALTH
PRODUCTS, INC., et al.,

     Defendants.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED
## STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., f/k/a INNOVATIVE HEALTH

PRODUCTS, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the

United States Code) respectfully gives notice that on March 23, 2011, it filed its

voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11

U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of

Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

> [A] petition filed under section 301, 302, or 303 of this title [11] …
> operates as a stay, applicable to all entities, of—

>     (1)   the commencement or continuation, including the issuance
> or employment of process, of a judicial, administrative, or other
> proceeding against the debtor that was or could have been commenced
> before the commencement of the case under this title, or to recover a claim
> against the debtor that arose before the commencement of the case under
> this title;

IN THE COUNTY COURT IN AND FOR PINELLAS COUNTY, FLORIDA

WELLEMENTS, LLC

      Plaintiff,

· vs.                       Case No. 10-CO-6084-039

GEOPHARMA, INC.,

      Defendant

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States

Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on

March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United

States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court

for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

      (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

      (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

KERRY, INC.

     Plaintiff,

vs.                     Case No. 09-L-012629

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

    (1)   the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)   the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

KERRY, INC.

     Plaintiff,

vs.                               Case No. 52-2011-CA-1284-CI-HSO

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED
## STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States

Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on

March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United

States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court

for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] …
operates as a stay, applicable to all entities, of—

     (1)    the commencement or continuation, including the issuance
or employment of process, of a judicial, administrative, or other
proceeding against the debtor that was or could have been commenced
before the commencement of the case under this title, or to recover a claim
against the debtor that arose before the commencement of the case under
this title;

     (2)    the enforcement, against the debtor or against property of
the estate, of a judgment obtained before the commencement of the case
under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

NUTRITION DISTRIBUTION, LLC

      Plaintiff,

vs.                    Case No. 10007024CI019

GEOPHARMA, INC.,

      Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

      (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

      (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

CUYAHOGA COUNTY COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

MDS CHEMICAL, INC.

    Plaintiff,

vs.                         Case No. CV1000737318

GEOPHARMA, INC.,

    Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

WESTWOOD ONE RADIO
NETWORKS, INC.

    Plaintiff,

vs.                          Index No. 601143-09

GEOPHARMA, INC., et al.,

    Defendants.
_____ /

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED
## STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States

Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on

March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United

States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court

for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ...
operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance
or employment of process, of a judicial, administrative, or other
proceeding against the debtor that was or could have been commenced
before the commencement of the case under this title, or to recover a claim
against the debtor that arose before the commencement of the case under
this title;

    (2)    the enforcement, against the debtor or against property of
the estate, of a judgment obtained before the commencement of the case
under this title;

NUTRACEA,

     Plaintiff,

vs.                         Case No. 522010CC011799-CO-CO-54

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED
## STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

    The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

    Section 362(a) of the Bankruptcy Code provides as follows:

    [A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

        (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

        (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

SGS NORTH AMERICA, INC.

     Plaintiff,

vs.                         Case No. BER-L-7708-10

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE COUNTY COURT IN AND FOR PINELLAS COUNTY, FLORIDA

SOURCE NUTRACEUTICAL, INC.

    Plaintiff,

vs.                      Case No. 10-4166-CO-39

GEOPHARMA, INC.,

    Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

VWR INTERNATIONAL, INC.

     Plaintiff,

vs.                        Case No. 10-121090054

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED
## STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

BENARD INDUSTRIES, INC.
d/b/a OTC PHARMACEUTICAL
PRODUCTS

     Plaintiff,

vs.                          Case No. 10-10542-CC-05

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

GEOPHARMA, INC.

     Plaintiff,

vs.                       Case No. 08-010731-CI

JACK DISTRIBUTION, LLC

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

PROMAX NUTRITION CORPORATION

     Plaintiff,

vs.                         Case No. 10001281-CI-19

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

    (1)   the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)   the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE CIRCUIT COURT FOR MAURY COUNTY, TENNESSEE
AT COLUMBIA

JEFFREY WARFIELD and his
wife, RAMONA WARFIELD

      Plaintiff,

vs.                         Case No. 12575

GEOPHARMA, INC., et al.

      Defendants.
_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

    (1)   the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)   the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

MUSCLE GROUP, LLC

     Plaintiff,

vs.                       Case No. 09-012620-CI-007

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE CIRCUIT/COUNTY COURT IN AND FOR VOLUSIA COUNTY, FLORIDA

LOJO PRODUCTION, INC., etc.

    Plaintiff,

vs.                      Case No. 2010-10063-CODL

GEOPHARMA, INC.,

    Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE COUNTY COURT IN AND FOR PINELLAS COUNTY, FLORIDA

IRONMAN PUBLISHING, INC.

      Plaintiff,

vs.                     Case No. 10-000772-SC-SPC

GEOPHARMA, INC.,

      Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

(1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2)    the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

NATUREX, INC.

     Plaintiff,

vs.                         Case No. 52-2009-CA-1238

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

SEDERMA, INC.

     Plaintiff,

vs.                             Case No. 52-2010-CA-5635-CI

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED
## STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States
Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on
March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United
States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court
for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ...
operates as a stay, applicable to all entities, of—

(1)    the commencement or continuation, including the issuance
or employment of process, of a judicial, administrative, or other
proceeding against the debtor that was or could have been commenced
before the commencement of the case under this title, or to recover a claim
against the debtor that arose before the commencement of the case under
this title;

(2)    the enforcement, against the debtor or against property of
the estate, of a judgment obtained before the commencement of the case
under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

GENERAL ELECTRIC CAPITAL
CORPORATION,

     Plaintiff,

vs.

     Case No. 52-2009-CA-019521
     Division 8

GEOPHARMA, INC., et al.,

     Defendants.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED
## STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States

Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on

March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United

States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court

for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ...
operates as a stay, applicable to all entities, of—

     (1)    the commencement or continuation, including the issuance
or employment of process, of a judicial, administrative, or other
proceeding against the debtor that was or could have been commenced
before the commencement of the case under this title, or to recover a claim
against the debtor that arose before the commencement of the case under
this title;

     (2)    the enforcement, against the debtor or against property of
the estate, of a judgment obtained before the commencement of the case
under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

HARTEN CORPORATION,

     Plaintiff,

vs.                           Case No. 52-2008-CA-19298-CI

GEOPHARMA, INC.,

     Defendant.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED
## STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States
Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on
March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United
States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court
for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] …
operates as a stay, applicable to all entities, of——

(1)    the commencement or continuation, including the issuance
or employment of process, of a judicial, administrative, or other
proceeding against the debtor that was or could have been commenced
before the commencement of the case under this title, or to recover a claim
against the debtor that arose before the commencement of the case under
this title;

(2)    the enforcement, against the debtor or against property of
the estate, of a judgment obtained before the commencement of the case
under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

UNIVERSAL PROTEIN SUPPLEMENTS
CORPORATION, d/b/a UNIVERSAL
NUTRITION

      Plaintiff,

vs.                    Case No. 52-2009-CA-16603-CI

GEOPHARMA, INC., et al.,

      Defendants.

_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] … operates as a stay, applicable to all entities, of—

      (1)      the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

CIT TECHNOLOGY FINANCING
SERVICES, INC.

      Plaintiff,

vs.                      Case No. 10-15062-CI-8

GEOPHARMA, INC.,

      Defendant.
_____/

## NOTICE OF CASE UNDER CHAPTER 11 OF UNITED STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

      (1)     the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

VITAL PHARMACEUTICALS, INC.
d/b/a VPX/REDLINE

      Plaintiff,

vs.                             Case No. 10-36268-25

GEOPHARMA, INC., et al.,

      Defendants.

_____/

### NOTICE OF CASE UNDER CHAPTER 11 OF UNITED
### STATES BANKRUPTCY CODE AND NOTICE OF AUTOMATIC STAY

The Defendant, GEOPHARMA, INC., as Debtor under the United States Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that on March 23, 2011, it filed its voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division, as Case No. 8:11-bk-5210-CED.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 302, or 303 of this title [11] ... operates as a stay, applicable to all entities, of—

      (1)     the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

      (2)     the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CROWN CREDIT COMPANY** PO BOX 640352 Cincinnati, OH 45264-0352 | | **Leased Crown Lift Truck** |
| **Raymond Leasing Corporation** c/o Joseph Kincaid, Esq. 330 N. Wabash Chicago, IL 60611 | 12/20/2010 | **Leased Equipment** |
| **General Electric Capital Corp.** c/o Alicia Schumacher, Esq. P.O. Box 3913 Tampa, FL 33601 | | **Leased Equipment** |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Stichter, Riedel, Blain & Prosser, P.A. 110 E. Madison St. Suite 200 Tampa, FL 33602 | $15,000.00 provided by the Debtor $35,000.00 provided by Ashbury Capital, LLC | $50,000.00 |

**10. Other transfers**

None ☐    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Belcher Pharmaceuticals Acquisition, LLC Whitebox Pharmaceutical Growth Fund Ltd. Midsummer Investment, Ltd. | August 2, 2010 | Transaction summarized in attached Form 8-K Report filed on August 5, 2010 |
| Manju Holdings, LLC | December 2009 | Transfer of common stock interest in American Antibiotics, Inc. in exchange for preferred shares.  See attached 8-K filed December 17, 2009 |
| USA Sports, LLC | July 2009 | Sale of interest in Boss, a division of Dynamic Health Products, Inc.   See attached 8-K filed July 15, 2009 |

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| First Community Bank of America 9001 Belcher Rd. Pinellas Park, FL 33782 | Payroll | March 2010 |

8-K 1 d8k.htm FORM 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, DC 20549

---

## FORM 8-K

---

### CURRENT REPORT

#### Pursuant to Section 13 OR 15(d) of the
#### Securities and Exchange Act of 1934

#### Date of Report (Date of earliest reported event): August 2, 2010

---

# GEOPHARMA, INC.
### (Exact name of registrant as specified in charter)

---

| **Florida** | **001-16185** | **59-2600232** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| **6950 Bryan Dairy Road, Largo, Florida** | **33777** |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

#### Registrant's telephone number, including area code: (727) 544-8866

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

---

## ITEM 1.01. Entry into a Material Definitive Agreement

On August 2, 2010, GeoPharma, Inc., ("the Company"), entered and consummated an Asset and Stock Purchase Agreement (the "Belcher Asset and Stock Purchase Agreement") with Belcher Pharmaceuticals Acquisition, LLC, a privately held Florida limited liability company ("BPA"), pursuant to which the Company sold substantially all of the assets of its pharmaceutical manufacturing subsidiary, Belcher Pharmaceuticals, Inc., plus shares of the Company's common stock representing approximately 51% of the total outstanding shares of the Company following the closing, to BPA in exchange for $3,000,000 in cash and 3,000,000 Class B Membership Units in BPA. BPA is obligated to apply 10% of its net income, if any, derived from the sale of Cephalexin products to redeem the Company's Class B Membership Units at $1.00 per unit until all the units are redeemed. Additionally, pursuant to the Belcher Asset and Stock Purchase Agreement, BPA agreed to assume certain limited liabilities of Belcher.

Simultaneously with the forgoing, the Company entered and consummated a Note Purchase and Repayment Agreement (the "New Whitebox Agreement") with its senior secured lender, Whitebox Pharmaceutical Growth Fund, Ltd. ("Whitebox"), pursuant to which the Company (1) paid $2,000,000 in cash to Whitebox, (2) conveyed the Company's headquarters building located at 6950 Bryan Dairy Road, Largo, Florida 33777 to an affiliate of Whitebox, (3) issued to Whitebox a $3,000,000, no interest, subordinated promissory note maturing on the fourth anniversary of the closing (the "New Whitebox Note"), and (4) issued to Whitebox 5,000,000 shares of the Company's common stock. If the Company receives any redemption payments from BPA, it is required to apply 50% of those payments to prepay the New Whitebox Note. In consideration of the forgoing, Whitebox released the Company from all of its prior obligations and indebtedness of approximately $15 million due to Whitebox and agreed to return and cancel all of its warrants to purchase Company common stock. The New Whitebox Agreement terminates the prior Whitebox Second and Amended and Restated Secured Convertible Note Purchase Agreement, dated effective as of August 3, 2009, and certain other agreements executed in connection therewith. Additionally, in connection with the forgoing, the Company and Whitebox's affiliate entered a five-year, triple-net lease (with an additional five-year renewal option), pursuant to which the Company is leasing its headquarters building from Whitebox's affiliate for an initial monthly base rent of $16,666.66.

Additionally, simultaneously with the forgoing, the Company and Midsummer Investment Ltd., the Company's primary preferred shareholder, entered and consummated a Securities Exchange Agreement, pursuant to which they agreed to restructure Midsummer's preferred shares to eliminate Midsummer's preferred return of 10% per annum in exchange for (1) a reduction of the price at which Midsummer may convert such preferred shares into common shares, from $1.50 to $0.15, and (2) 2,000,000 shares of the Company's common stock, which were issued to Midsummer at closing. The forgoing restructuring was undertaken by exchanging Midsummer's 3,500 Series C 10% Convertible Preferred Shares for 3,500 Series D Convertible Preferred Shares. The Company created the Series D Convertible Preferred Shares by filing a Certificate of Designation, which amended its Articles of Incorporation, with the Secretary of State of the State of Florida. Should Midsummer elect to convert their Series D Preferred Stock to the Company's common stock, BPA will be issued an equal number of shares so as to maintain BPA's 51% ownership position.

The Company believes that issuance of the New Whitebox Note, the shares of common stock issued to BPA, Whitebox and Midsummer and the Series D Convertible Preferred Stock are exempt pursuant to Rule 506 of Regulation D and Section 4(2) of the Securities Act of 1933, as amended (the "Securities Act") or pursuant to Sections 3(a)(9) and 18(b)(4)(C) of the Securities Act. No advertising or general solicitation was employed in offering the securities. The offerings and sales were made only to accredited investors, and the transfer of the New Whitebox Note and the shares has been restricted in accordance with the requirements of the Securities Act, as applicable. The Company received written representations from the holders thereof regarding, among other things, their accredited status and investment intent.

2

A copy of the Whitebox Note Purchase and Repayment Agreement, the Certificate of Designation creating the Series D Convertible Preferred Stock, the Midsummer Securities Exchange Agreement and the Belcher Asset and Stock Purchase Agreement are attached hereto. The foregoing summary of those documents is qualified in its entirety by reference to those documents.

On August 5, 2010, the Company issued a press release to announce the forgoing transactions. A copy of the press release is attached hereto as Exhibit 99.1.

**ITEM 1.02. Termination of a Material Definitive Agreement**

See Item 1.01.

**ITEM 2.01. Completion of Acquisition or Disposition of Assets**

See Item 1.01.

**ITEM 2.03. Creation of a Direct Financial Obligation**

See Item 1.01.

**ITEM 3.02. Unregistered Sales of Equity Securities**

See Item 1.01.

**ITEM 3.03. Material Modification to Rights of Security Holders**

See Item 1.01.

**ITEM 5.01. Changes in Control of Registrant**

See Item 1.01.

**ITEM 5.03. Amendments to Articles of Incorporation**

See Item 1.01.

**ITEM 9.01. Financial Statements and Exhibits**

    (a) Financial Statements of Business Acquired.

Not applicable.

3

(b) Pro Forma Financial Information.

Not applicable.

(c) Exhibits.

| | |
|---|---|
| 3 | Certificate of Designation Creating Series D Convertible Preferred Stock |
| 10.1 | Whitebox Note Purchase and Repayment Agreement |
| 10.2 | $3,000,000 Subordinated Note |
| 10.3 | Midsummer Securities Exchange Agreement |
| 10.4 | Belcher Asset and Stock Purchase Agreement |
| 99.1 | Press Release |

4

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorize

**GEOPHARMA, INC.**

Date: August 5, 2010

/s/ Mihir K. Taneja
Mihir K. Taneja
Chief Executive Officer

/s/ Carol Dore-Falcone
Carol Dore-Falcone
Senior Vice President and Chief Financial Officer

5

8-K 1 d8k.htm FORM 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, DC 20549

## FORM 8-K

### CURRENT REPORT

**Pursuant to Section 13 OR 15(d) of the
Securities and Exchange Act of 1934**

**Date of Report (Date of earliest reported event): December 11, 2009**

# GEOPHARMA, INC.
(Exact name of registrant as specified in charter)

| Florida | 001-16185 | 59-2600232 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**6950 Bryan Dairy Road, Largo, Florida**                          33777
(Address of principal executive offices)                          (Zip Code)

**Registrant's telephone number, including area code: (727) 544-8866**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

### ITEM 1.01. Entry into a Material Definitive Agreement

On December 11, 2009, GeoPharma, Inc. (the "Company") entered into an agreement (the "Agreement") with American Antibiotics, Inc., a Florida corporation ("AA"), Manju Holdings, LLC, a Florida limited liability company ("Manju Holdings"), Laki Investment Group, LLC, a Florida limited liability company ("Laki"), Tasis, LLC, a Florida limited liability company ("Tasis") and the Manju Taneja Trust (the "Trust"), pursuant to which, among other things:

- The Company exchanged the amounts owed to it by AA into 7,076,000 shares of AA's newly created Series A Preferred Stock, which Series A Preferred Stock is required to be redeemed at $1.00 per share:

  - annually with 20% of AA's net income for such year, if any, until it is fully redeemed; and

  - upon the sale of all or substantially all of the assets of AA.

- The $710,000 which the Company owed the Trust was assigned to and assumed by AA, so that the Company is no longer obligated for such amount.

- The Company's common stock of AA (representing 51% of the outstanding shares of common stock) was assigned and transferred to Manju Holdings.

A copy of the Agreement is attached hereto. The foregoing summary is qualified by reference to such documents.

Concurrently therewith, AA converted from being a Florida limited liability company to a Florida corporation, and in connection therewith, AA's operating agreement was terminated.

### ITEM 9.01. Financial Statements and Exhibits

(c) Exhibits.

10.1     Agreement To Transfer And Issue Shares of American Antibiotics, Inc.

2

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorize

**GEOPHARMA, INC.**

Date: December 17, 2009

/S/   MIHIR K. TANEJA
—————————————————
Mihir K. Taneja
Chief Executive Officer

/S/   CAROL DORE-FALCONE
—————————————————
Carol Dore-Falcone
Senior Vice President and Chief Financial Officer

3

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, DC 20549

---

## FORM 8-K

---

### CURRENT REPORT

### Pursuant to Section 13 OR 15(d) of the
### Securities and Exchange Act of 1934

**Date of Report (Date of earliest reported event): July 10, 2009**

---

# GEOPHARMA, INC.
#### (Exact name of registrant as specified in charter)

---

| | | |
|---|---|---|
| **Florida** | **001-16185** | **59-2600232** |
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

| | |
|---|---|
| **6950 Bryan Dairy Road, Largo, Florida** | **33777** |
| (Address of principal executive offices) | (Zip Code) |

### Registrant's telephone number, including area code: (727) 544-8866

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

### Item 2.01 Completion of Acquisition or Disposition of Assets.

On July 10, 2009, the Company completed the sale of a substantial portion of the inventory, accounts receivable and other assets (the "Assets") of the BOSS division of its subsidiary, Dynamic Health Products, Inc. ("BOSS"), to USA Sports, LLC ("USA"). The effective date of the sale was June 30, 2009.

The total sale price was $2,223,351.03, subject to a post-Closing adjustment following the reconciliation of certain inventory returns and vendor credits.

At Closing, Wachovia Bank, National Association ("Wachovia") received a cash payment in the amount of $1,850,000.00 towards the settlement of BOSS's outstanding obligations to it. BOSS will continue to pay-down the balance of its obligations to Wachovia through the orderly liquidation of its remaining assets.

The sale of BOSS's assets to USA is part of the Company's decision March 31, 2009 to discontinue its Distribution segment as it is considered non-core related activities, including the retail/distribution business of BOSS.

The Asset Purchase Agreement is attached hereto as exhibit 99.1. This information is being furnished pursuant to Item 2.01 of Form 8-K and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934 or otherwise subject to the liabilities under that section and shall not be deemed to be incorporated by reference into filings under the Securities Act of 1933, except as shall be expressly set forth by specific reference in such filings.

### ITEM 9.01. Financial Statements and Exhibits.

### (c) Exhibits.

The following exhibit is being furnished with this Report:

Exhibit 99.1     Asset Purchase Agreement

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**GEOPHARMA, INC.**

Date: July 15, 2009

/s/   Mihir K. Taneja
Mihir K. Taneja,
Chief Executive Officer

/s/    Carol Dore-Falcone
Carol Dore-Falcone,
Senior Vice President and Chief Financial Officer

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| | |
|---|---|
| None ■ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

| | |
|---|---|
| None ■ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

| | |
|---|---|
| None ☐ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME See attached | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

| | |
|---|---|
| None ■ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

| | |
|---|---|
| None ☐ | a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

| NAME AND ADDRESS **Susan Bongiovanni** | DATES SERVICES RENDERED **Present** |
|---|---|
| **Brimmer Burek & Keelan LLP** | **Through August 2010** |

# STATEMENT OF FINANCIAL AFFAIRS
## 18.

| | |
|---|---|
| AMERICAN ANTIBIOTICS, LLC | 38-3716211 |
| BELCHER PHARMACEUTICALS, INC. | 59-3702070 |
| LIBI LABS, INC | 32-0181370 |
| EZ MED COMPANY | 65-0840305 |
| GO2PBM SERVICES, INC. | 59-3703782 |
| BREAKTHROUGH ENGINEERED NUTRITION, INC. | 59-3640239 |
| IHP MARKETING, INC. dba ARCHER STEVENS PHARMACEUTICALS | 35-2192635 |
| BELCHER CAPITAL CORP. | 75-3144847 |
| BREAKTHROUGH MARKETING, INC. | 41-2054544 |
| BOSS (BOB O'LEARY SPORTS SCIENCE) | 23-2310214 |
| DYNAMIC MARKETING, INC. | 34-1711778 |
| ACELLIS BIOSCIENCES, INC. | |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Brimmer Burek & Keelan, LLP** | | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Susan Bongiovanni** | |

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **April 1, 2010** | **Samuel Kosarac** | **$1,521,787.22** |

None ☐ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **April 1, 2010** | **Carol D. Falcone** <br> **3030 Cedar Trace** <br> **Tarpon Springs, FL 34689** |

## 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mihir Taneja** <br> **6950 Bryan Dairy Rd.** <br> **Seminole, FL 33777** | **Director** | |
| **George L. Stuart, Jr.** <br> **6950 Bryan Dairy Rd.** <br> **Seminole, FL 33777** | **President/CEO/Director** | |
| **Belcher Pharmaceuticals, LLC** <br> **f/k/a Belcher Pharmaceuticals Acquisition, LLC** | **Shareholder** | **51% of common stock** |
| **William LaGamba** | **Director** | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Barry Dash** | **Director** | |
| **A. Theodore Stautberg** | **Director** | |
| **Whitebox Pharmaceutical Growth Fund**<br>**3033 Excelsior Blvd., #300**<br>**Minneapolis, MN 55416** | **Shareholder** | **5% of common stock** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Mandeep K. Taneja** | **Officer and Director** | **July 29, 2010** |
| **Kotha S. Sekharam** | **Officer and Director** | **July 29, 2010** |
| **Carol Dore-Falcone** | **Officer and Director** | **November 11, 2010** |
| **Dr. Rafick Henein** | **Director** | **August 4, 2010** |
| **Jugal Taneja** | **Chairman** | **July 29, 2010** |
| **Shan Shikarpuri** | **Director** | **July 29, 2010** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Great West 401(k)** | **59-2600232** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _April 15, 2011_          Signature _____

George Stuart
President/CEO

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*