UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

GEOPHARMA, INC., d/b/a
INNOVATIVE HEALTH PRODUCTS,
f/k/a INNOVATIVE HEALTH PRODUCTS, INC.,

    Debtor.
_____/

Case No.: 8:11-bk-05210-CED
Chapter 11

## FIRST COMMUNITY BANK OF AMERICA'S MOTION FOR RELIEF FROM STAY OR, IN THE ALTERNATIVE, ADEQUATE PROTECTION

First Community Bank of America (the "Bank") moves on the following grounds for the termination or modification of the automatic stay imposed by Section 362(a) of the Bankruptcy Code or, in the alternative, for adequate protection:

### Background

1. On March 23, 2011, the Debtor, GeoPharma, Inc., d/b/a Innovative Health Products, f/k/a Innovative Health Products, Inc., filed its petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor continues to operate as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. No committee of unsecured creditors has been appointed in this case. No plan of reorganization currently is being considered by the Court.

3. On September 30, 2008, the Debtor executed in favor of the Bank a promissory note (the "Note") in the principal amount of $800,000.00. A copy of the Note is attached as Exhibit "A."

4. To secure amounts due under the Note the Debtor executed a Commercial Security Agreement (the "Security Agreement") dated September 30, 2008. Pursuant to the Security Agreement, the Debtor granted the Bank a security interest in, among other things, all equipment, whether currently owned or acquired later, and all accessions, additions, replacements and substitutions relating thereto and all proceeds arising therefrom (the "Collateral"). A copy of the Security Agreement is attached as Exhibit "B."

5. The Bank perfected its lien in the Collateral by filing a Uniform Commercial Code Financing Statement with the Florida Secured Transaction Registry bearing File No. 200809286910, as amended by the Uniform Commercial Code Financing Statements bearing File Nos. 200809637373, 200909901617, 200900094484, and 200900360648 (collectively, the "Financing Statements"). A copy of the Financing Statements is attached as Exhibit "C."

6. The Note, Security Agreement, and Financing Statements are referred to as the "Loan Documents."

7. The Bank owns and holds the Loan Documents.

8. The Note has been in default for over eighteen months. In addition to the default resulting from the Debtor's failure to make the monthly payment due on October 31, 2009, and all subsequent payments, other non-monetary events of default have occurred under the Note.

9. The Bank sent written notice of the default to the Debtor on December 4, 2009, a copy of which is attached as Exhibit "D."

10. As of March 23, 2011, the Debtor owes the following amounts under the Note:

| | |
|---|---|
| Principal | $47,690.72 |
| Default Interest through 3/22/11 | 28,081.95 |
| Attorneys' fees and costs incurred in connection with enforcement of the Note. | 24,104.17 |
| Total | $ 99,876.84 |

Interest continues to accrue post-petition together with attorneys' fees and costs.

## Grounds for Relief

11. The Bank is entitled to relief from the automatic stay pursuant to section 362 (d)(1) of the Bankruptcy Code. Alternatively, the Bank is entitled to adequate protection.

12. Cause exists for stay relief because the Debtor has failed to make any post petition payments to protect the Bank against depreciation or loss in value of the Collateral and has not otherwise provided the Bank with adequate protection of its interest in the Collateral. In addition, the Bank has no proof that the Debtor maintains adequate insurance of the Collateral.

13. The Bank requests relief from the automatic stay to pursue its *in rem*, and *not in personam*, rights with respect to the Collateral.

14. The Bank has retained the undersigned attorneys to file this motion and is obligated to pay a reasonable fee for their services and to reimburse them for their costs and expenses.

WHEREFORE, the Bank requests that the Court enter an order terminating, modifying or conditioning the stay imposed by section 362 of the Bankruptcy Code so that the Bank may exercise its rights as a secured creditor with respect to the Collateral or, alternatively, award adequate protection to the Bank, and for such other and further relief as this Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic noticing or U.S. Mail on April 22, 2011, to Charles A. Postler, Stichter, Riedel, Blain & Prosser, 110 E. Madison Street, Suite 200, Tampa, Florida 33602-4700; Geopharma, Inc., dba Innovative Heath Products, fka Innovative Health Products, Inc., 6950 Bryan Dairy Rd., Largo,

FL 33777, the United States Trustee, Timberlake Annex, Suite 1200, 501 E. Polk Street, Tampa, Florida 33602; and to all parties listed on the Local Rule 1007-2 Parties-in-Interest List.

/s/ Edwin G. Rice
Edwin G. Rice
Florida Bar No. 855944
Victoria D. Critchlow
Florida Bar No. 882127
**GLENN RASMUSSEN**
  **FOGARTY & HOOKER, P.A.**
100 S. Ashley Drive, Suite 1300
Tampa, FL 33601-3333
Telephone: (813) 229-3333
Facsimile: (813) 229-5946

Counsel for First Community Bank of America

4

```
Label Matrix for local noticing          AETNA US HEALTHCARE                      BRIMMER, BUREK, & KEELAN
113A-8                                   P O Box 532430                           5601 Mariner Street
Case 8:11-bk-05210-CED                   Atlanta, GA 30353-2430                   Tampa, FL 33609-3405
Middle District of Florida
Tampa
Fri Apr 22 12:20:09 EDT 2011

Capsugel, Division of Pfizer, Inc.       Denis A. Cohrs, Esq.                     FCC PRODUCTS
c/o Thomas Sciarrino, Esq.               The Cohrs Law Group, P.A.                106 NAYLON AVE
P.O. Box 800                             1901 Ulmerton Rd., Suite 425             Livingston, NJ 07039-1006
Tampa, FL 33601-0800                     Clearwater, FL 33762-2302


FIRST BENEFIT ADMINISTRATORS             Florida Department of Labor              Foley & Lardner LLP
13080 BELCHER ROAD S                     Division of Unemployment Compensation    c/o Jennifer Hayes, Esq.
Suite A                                  Bureau of Tax                            100 N. Tampa Street, Suite 2700
Largo, FL 33773-1642                     Tallahassee, FL 32399-0233               Tampa, FL 33602-5810


Foley & Lardner LLP                      Gencor Pacific, Inc.                     HealthyLife Sciences, LLC
c/o Mark J. Wolfson                      c/o Jason Moyer, Esq.                    c/o Mark Marani, Esq.
100 N. Tampa Street, Suite 2700          P.O. Box 1438                            3350 Riverwood Parkway
Tampa, FL 33602-5810                     Tampa, FL 33601-1438                     Suite 1600
                                                                                  Atlanta, GA 30339-3359


IDS Sports, Inc.                         IKON Office Solutions                    Ikon Office Solutions
5707 Dot Com Court, #1079                Recovery & Bankruptcy Group              Accounts Receivable Center
Oviedo, FL 32765-3401                    3920 Arkwright Rd., Suite 400            Attn: Bankruptcy Team
                                         Macon, GA 31210-1748                     3920 Arkwright Rd., Suite 400
                                                                                  Macon, GA 31210-1748


Internal Revenue Service                 Jack Distribution, LLC                   LaBrada Bodybuilding Nutrition
P.O. Box 7346                            1501 Green Rd #C                         c/o Robert Lapin, Esq.
Philadelphia, PA 19101-7346              Pompano Beach, FL 33064-1077             500 Jefferson, #2000
                                                                                  Houston, TX 77002-7337


MDS Chemical, Inc.                       Maximum Human Performance                Midsummer Investment, Ltd.
c/o Robert Weltman, Esq.                 c/o Kevin Dempsey, Esq.                  295 Madison Ave., 38th Floor
323 Lakeside Ave., #200                  436 Jefferson Ave.                       New York, NY 10017-6342
Cleveland, OH 44113-1009                 Scranton, PA 18510-2413


Neff Packaging Solutions, Inc.           Office of Reorganization                 PLATINUM INDUSTRIES PTY LTD
c/o Porter Wright Morris & Arthur        U.S. Securities and Exchange Commission  6/29 Kirkham Rd West
One South Main St., #1600                c/o David Baddley, Esq.                  Keysborough, Vic 3173
Dayton, OH 45402-2088                    3475 Lenox Rd, NE Ste 1000               AUSTRALIA
                                         Atlanta, GA 30326-3235


Pinellas County Tax Collector            SHUMAKER LOOP KENDRICK LLP               Shuman, Cani
P O Box 10834                            101 E Kennedy Blvd., #2800               2007 N. Keene Road
Clearwater, FL 33757-8834                Tampa, FL 33602-5153                     Clearwater, FL 33755-1372


U. S. Securities and Exchange Commission University of Florida                    Whitebox Pharmaceutical Growth Fund
c/o David W. Bradley, Esq.               Research Foundation                      3033 Excelsior Blvd., #300
3475 Lenox Rd., Northeast #1000          P O Box 115500                           Minneapolis, MN 55416-4675
Atlanta, GA 30326-3235                   Gainesville, FL 32611-5500
```

Whitebox Pharmaceutical Growth Fund Ltd
c/o Jason Ward Johnson
450 S Orange Ave., Suite 800
Orlando, FL 32801-3344

Whitebox Pharmaceutical Growth Fund, Ltd.,
and Bryan Dairy Real Estate Holdings, In
c/o Jason Ward Johnson, Esq.
P.O. Box 2809
Orlando FL 32802-2809

Yale Mosk & Co,. Interlaken South Inc., Inte
c/o Lynn Welter Sherman
100 S. Ashley Dr. Ste 1500
Tampa, FL 33602-5318

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32