UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GEOPHARMA, INC., | Case No. 8:11-bk-05210-CED |
| LIBI LABS, INC., | Case No. 8:11-bk-06953-CED |
| Debtors. | Jointly Administered Cases<br>Under Case No. 8:11-bk-05210-CED |
| _____/ | |

### DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS AUTHORIZING USE OF CASH COLLATERAL AND GRANTING REPLACEMENT LIENS PURSUANT TO 11 U.S.C. §§ 105(a), 361, 363, 541 AND 552 AND BANKRUPTCY RULE 4001

**A hearing on this Motion will be held on June 7, 2011, at 11:30 a.m., in Courtroom 10B, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida, before the Honorable Caryl E. Delano, Bankruptcy Judge.**

**STATEMENT OF RELIEF REQUESTED**

The Debtors seek authority to use cash collateral to fund their operating expenses and costs of administration in these Chapter 11 cases in accordance with a proposed budget attached hereto and, if necessary, to provide replacement liens as described below as adequate protection for any interests in the cash collateral of GeoPharma. The Debtors believe that the parties listed on Schedule 1 attached to this Motion may assert a security interest in the cash collateral of GeoPharma. As adequate protection, GeoPharma proposes granting to those parties replacement liens equal in extent, validity, and priority as the security interests held by such parties as of the date of the filing of GeoPharma's Chapter 11 case.

GeoPharma, Inc. ("**GeoPharma**") and its subsidiary, Libi Labs, Inc. ("**Libi Labs**"), as debtors and debtors in possession (hereinafter collectively referred to as the "**Debtors**"), by and through their undersigned attorneys, hereby file their Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Granting Replacement Liens Pursuant to 11 U.S.C. §§

105(a), 361, 363, 541 and 552 and Bankruptcy Rule 4001 (the "**Motion**"). In support of this Motion, the Debtors respectfully represent as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C §§ 1408 and 1409.

### Background

2. On March 23, 2011, GeoPharma filed with this Court its Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

3. On April 13, 2011, Libi Labs filed with this Court its Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

4. The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

5. On April 19, 2011, this Court entered its Order Granting Debtor's *Ex Parte* Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases Pursuant to Bankruptcy Rule 1015(b) in each of the Debtors' Chapter 11 cases (collectively, the "**Joint Administration Order**"). Pursuant to the Joint Administration Order, the Debtors' Chapter 11 cases are being jointly administered for procedural purposes only under In re: GeoPharma, Inc., Case No. 8:11-bk-05210-CED.

6. No previous application for the relief sought herein has been made by the Debtors to this Court or any other court.

7. GeoPharma, a publicly traded Florida corporation, formulates, manufactures and distributes health and beauty aids. GeoPharma specializes in custom contract manufacturing and

private labeling services for the nutrition and health sector. The core operation of GeoPharma is the manufacturing of nutritional supplements and skin care products. GeoPharma has the capability to manufacture its products in a variety of different forms, including capsules, tablets, powders, liquids and creams. GeoPharma's equipment allows it to produce, on an annual basis, approximately 500 million capsules, over 1 billion tablets, 20 million 8-ounce liquids, 20 million 4-ounce creams, and over 5,000 tons of powder blends. GeoPharma can also assist with product concepts, formulation development, laboratory services, package and label designs, and improvements and reverse engineering of existing products.

8. GeoPharma's corporate office and manufacturing, packaging and warehousing facility is located at 6950 Bryan Dairy Road in Largo, Florida. GeoPharma's manufacturing facility includes over 40,000 square feet of United States Food and Drug Administration registered facilities.

9. Libi Labs specializes in the development and manufacture of a range of nutritional supplements and cosmeceuticals.

10. GeoPharma owns 100% of the issued and outstanding equity interests in Libi Labs.

**Prepetition Security Interests**

11. As of the respective filing dates for these Chapter 11 cases, no parties which provided prepetition financing to the applicable Debtor possessed a lien on all or a portion of such Debtor's assets that may constitute cash collateral as defined in 11 U.S.C. § 363(a) ("**Cash Collateral**"). GeoPharma has been subject to numerous lawsuits and collection actions, a number of which have resulted in prepetition judgments against GeoPharma and certain related entities. Some of the judgment creditors have recorded judgment lien certificates with the Florida Secretary

3

of State.  The Debtors believe that each of the parties listed on Schedule 1 attached hereto (collectively, the "**Judgment Creditors**") may assert a lien on all or a portion of the Cash Collateral of GeoPharma.  The Debtors have not made a determination as to the relative extent, priority, or validity of the liens of the Judgment Creditors, including whether there is sufficient collateral of GeoPharma subject to any such liens or whether the liens are subject to defense and/or avoidance.  As stated below, the Debtors believe that the adequate protection proposed by GeoPharma in this Motion will be sufficient pending a determination of these issues.

## Relief Requested and Grounds for Relief

12. By this Motion, the Debtors seek entry of an order authorizing the use of Cash Collateral generally in accordance with the budget attached hereto as Schedule 2 (the "**Budget**") and for purposes which include the following:

    (a)    care, maintenance and preservation of the Debtors' assets;

    (b)    payment of necessary payroll, rent, suppliers, utilities, and other business expenses;

    (c)    other payments necessary to sustain continued business operations; and

    (d)    costs of administration in these Chapter 11 cases.

13. The Debtors request authority to use Cash Collateral to pay operating expenses necessary to continue the operation of the Debtors' businesses and to maintain their estates, to maximize the return on their assets, and to otherwise avoid irreparable harm and injury to their businesses and their estates.

14. In order to continue their business activities in an effort to achieve successful reorganization, the Debtors need to use Cash Collateral in their ordinary business operations.  The inability of the Debtors to meet their ordinary business expenses will require the Debtors to discontinue normal operations which will result in irreparable injury to the Debtors and their

chances for reorganization. Any such discontinuation would also have an adverse impact upon the value of the Judgment Creditors' collateral. Indeed, it is in the best interests of the Judgment Creditors and the Debtors that GeoPharma use Cash Collateral since such usage will preserve the value of the Judgment Creditors' collateral. Rule 4001(b)(2) authorizes this Court to hold an immediate preliminary hearing on this Motion.

15. In exchange for GeoPharma's ability to use Cash Collateral in the operation of its business, as adequate protection, GeoPharma proposes to grant to the Judgment Creditors replacement security interests equal in extent, validity, and priority as the security interests the Judgment Creditors held as of the date of filing of GeoPharma's Chapter 11 case.

16. The Debtors assert that any interests of the Judgment Creditors will be adequately protected by the equity cushion that exits between the amounts owed to the Judgment Creditors and the value of GeoPharma's assets securing such amounts.

17. The Debtors allege that the interests of the Judgment Creditors will be adequately protected and that the Judgment Creditors' collateral will not diminish or depreciate in value. Consequently, no further provision for adequate protection is required. The Debtors further allege that all conditions precedent to the use of Cash Collateral have been performed or have occurred.

18. If allowed to use Cash Collateral, the Debtors believe that they can stabilize their business operations and maintain going concern values. Otherwise, the Debtors' business operations will cease and their assets will have only liquidation value.

## Notice

19. No trustee or examiner has been appointed in these cases and no official committees have yet been appointed pursuant to Section 1102 of the Bankruptcy Code. Notice of this Motion has been given by (i) the Court's CM/ECF transmission to the Office of the United States Trustee

for the Middle District of Florida, (ii) United States first class mail to the Judgment Creditors (as listed on Schedule 1 attached hereto), and (iii) United States first class mail to all parties listed on the Local 1007-2 Parties in Interest Matrix attached hereto. The Debtors submit that, given the nature of the relief requested herein, no other or further notice need be given.

WHEREFORE, the Debtors respectfully request that the Court (a) enter an order granting the instant Motion, the form of which is attached as Exhibit "A," authorizing the interim use of Cash Collateral in substantial conformity with the Budget, and granting replacement liens to the Judgment Creditors as adequate protection; (b) schedule a preliminary hearing on this Motion at the earliest possible time; (c) schedule a final hearing in accordance with Bankruptcy Rule 4001(b)(2); and (d) grant such other and further relief as the Court deems fair and just under the circumstances.

Dated: May 26, 2011.

/s/ *Daniel R. Fogarty*
Charles A. Postler (Florida Bar No. 455318)
cpostler@srbp.com
Daniel R. Fogarty (Florida Bar No. 0017532)
dfogarty@srbp.com
STICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
PH   (813) 229-0144
FAX   (813) 229-1811
Attorneys for Debtors

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct of the foregoing **Debtors' Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Granting Replacement Lien Pursuant to 11 U.S.C. §§ 105(a), 361, 363, 541 and 552 and Bankruptcy Rule 4001,** together with Schedule 1, Schedule 2, and Exhibit A attached hereto, has been furnished by **CM/ECF Transmission** to the Office of the United States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602 and by **U.S. Mail** to the parties listed on Schedule 1 attached hereto and the Local 1007-2 Parties in Interest Matrix attached hereto on this 26th day of May, 2011.

                                                             /s/ *Daniel R. Fogarty*
                                                            Attorney

**JUDGMENT CREDITORS**

GeoPharma, Inc.
Libi Labs, Inc.

Jovan Alimpic d/b/a Dentech
c/o James Rose, Esq.
1500 Railroad Ave.
St. Helena, CA 94574

BDR Largo Associates, LLC
Attn: Stephen Rosen, Manager
247 W. 87th St., Suite 8G
New York, NY 10024

Bell Chem Corp.
Attn: Ola Williams, Registered Agent
1340 Bennett Dr.
Longwood, FL 32750

Benard Industries, Inc.
dba OTC Pharmaceuticals Products
Attn: William Benard, President
P O Box 161027
Miami, FL 33116

Nathanael Bernstein
c/o Dean Kent, Esq.
101 E. Kennedy Blvd., #2700
Tampa, FL 33602

CapsCanada Corp.
c/o Jeralyn Leydig, Esq.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160

Champion Performance Products, Inc.
c/o Sarah Springer, Esq.
2200 N. Commerce Pkwy. #202
Fort Lauderdale, FL 33326

Champion Performance Products, Inc.
c/o B. George Walker, Esq.
110 SE 6th St., 16th Floor
Fort Lauderdale, FL 33301

CVS Pharmacy, Inc.
c/o Gregg Johnson, Esq.
P.O. Box 2873
Orlando, FL 32802

CVS Pharmacy, Inc.
c/o Leyza Blanco, Esq.
1221 Brickell Ave., #1600
Miami, FL 33131

Delage Landen Financial Services
c/o Samuel Fineman, Esq.
Five Greentree Centre
Suite 104, Route 73
Marlton, NJ 08053

First Community Bank of America
Attn: Kenneth Cherven, Registered Agent
9001 Belcher Rd.
Pinellas Park, FL 33782

Fisher Scientific Company, LLC
c/o Scott Leah, Esq.
1500 One PPG Place
Pittsburgh, PA 15222

Fisher Scientific Company, LLC
Attn: David Della Penta, President
2000 Park Lane
Pittsburgh, PA 15275

Harten Corporation
c/o Jonathan Bender, Esq.
385 Kings Highway N.
Cherry Hill, NJ 08034

Harten Corporation
Attn: Shaohua Chen, Owner
18 Commerce Rd., Unit H
Fairfield, NJ 07004

Jack Distribution, LLC
Attn: David Kratka, Manager
1501 Green Rd #C
Pompano Beach, FL 33064

Jack Distribution, LLC
c/o Simeon Brier, Esq.
525 Okeechobee Blvd., #1600
West Palm Beach, FL 33401

Kerry, Inc.
c/o Michelle Novick, Esq.
120 S. Riverside Plaza #1200
Chicago, IL 60606

Nutracea
Attn: J. Dale Belt, Exec VP
6720 N. Scottsdale Rd., #390
Scottsdale, AZ 85253

Naturex, Inc.
Attn: Gaetan Sourceau, Controller
375 Huyler Street
South Hackens, NJ 07606

Nutracea
c/o Richard Ahlquist, Esq.
4509 Bee Ridge Rd., Unit D
Sarasota, FL 34233

Nutrition Distribution, LLC
c/o Stacey Fisher, Esq.
2775 Sunny Isles Blvd., #100
North Miami Beach, FL 33160

Sederma, Inc.
Attn: Debra Rummel, Agent
300A Columbus Circle
Edison, NJ 08837

Source Nutraceutical, Inc.
c/o Gilbert Singer, Esq.
P.O. Box 800
Tampa, FL 33602

Universal Protein Supplements Corp.
dba Universal Nutrition
c/o Scott Katz, Esq.
777 S. Harbour Island Blvd. #500
Tampa, FL 33602

Universal Protein Supplements Corp.
dba Universal Nutrition
Attn: Clyde Rockoff, Legal Representative
3 Terminal Rd.
New Brunswick, NJ 08901

DeLage Landen Financial Services  
Attn: Russell Bender, Litigation Specialist  
1100 Old Eagle School Rd.  
Wayne, PA 19087

Jovan Alimpic  
dba Dentech  
1550 Deer Park Rd.  
Angwin, CA 94508

CapsCanada Corp.  
Attn: Dale Martin, CFO  
456 Silver Creek Industrial Dr.  
Tecumseh, ON N8N 4Y3  
CANADA

Source Nutraceutical, Inc.  
Attn: Bernie Desgagnes, President  
1249 Clarence Ave., #2  
Winnipeg, MB R3T 1T4  
CANADA

Nathanael Bernstein  
7741 Aralia Way  
Largo, FL 33777

Wellements LLC  
Attn: Kevin Taheri, Manager  
8901 E. Pima Center Pkwy., #215  
Scottsdale, AZ 85258

| Week Ending | May 21, 2011 Budget | May 28, 2011 Budget | June 4, 2011 Budget | June 11, 2011 Budget | June 18, 2011 Budget | June 25, 2011 Budget |
|---|---|---|---|---|---|---|
| **Beginning Bank Balance** | | | | | | |
| **CASH IN:** | | | | | | |
| Revenue from clients | $ 75,000.00 | $ 110,000.00 | $ 40,000.00 | $ 40,000.00 | $ 30,000.00 | $ 50,000.00 |
| **TOTAL CASH IN** | $ 75,000.00 | $ 110,000.00 | $ 40,000.00 | $ 40,000.00 | $ 30,000.00 | $ 50,000.00 |
| **CASH OUT:** | | | | | | |
| Salaries and Wages | $ 6,480.00 | $ 25,000.00 | $ 6,480.00 | $ 25,000.00 | $ 6,480.00 | $ 25,000.00 |
| Inventory | $ 37,500.00 | $ 55,000.00 | $ 20,000.00 | $ 20,000.00 | $ 15,000.00 | $ 25,000.00 |
| Maintenance Service | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Insurance | $ 4,165.00 | | $ 1,300.00 | | $ 2,255.00 | |
| Rent | | | $ 17,834.00 | | | |
| Utilities | $ 1,900.00 | | | | | |
| Phone/Internet | | $ 600.00 | | | | |
| Equipment Payment | $ 437.50 | | | $ 437.50 | | |
| Bankruptcy Fee | | | | | | |
| Storage | | $ 2,464.00 | | | $ 2,464.00 | |
| Other | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| **TOTAL CASH OUT** | $ 51,982.50 | $ 84,564.00 | $ 47,114.00 | $ 46,937.50 | $ 27,699.00 | $ 51,500.00 |
| **Cash Forward:** | $ 23,017.50 | $ 25,436.00 | $ (7,114.00) | $ (6,937.50) | $ 2,301.00 | $ (1,500.00) |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Chapter 11

GEOPHARMA, INC.,                                    Case No. 8:11-bk-05210-CED
LIBI LABS, INC.,                                    Case No. 8:11-bk-06953-CED

    Debtors.                                        Jointly Administered Under
_____/                Case No. 8:11-bk-05210-CED

# INTERIM ORDER ON DEBTORS' MOTION
# FOR AUTHORITY TO USE CASH COLLATERAL

THIS CASE came on for hearing on June 7, 2011, at 11:30 a.m. upon the Debtors' Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Granting Replacement Liens Pursuant to 11 U.S.C. §§ 106(a), 361, 363, 541, and 522 and Bankruptcy Rule 4001 (Doc. No. ____) (the "**Motion**"). The Debtors seek the entry of a preliminary order authorizing them to use "**Cash Collateral**" (as such term is defined in §363(a) of the Bankruptcy Code). Certain parties (the "**Judgment Creditors**") have asserted or may assert liens on Cash Collateral. The Court finds that use of cash collateral as authorized by this order is necessary to prevent immediate and irreparable harm to the Debtors and the estates. For the reasons stated in open court that shall constitute the decision of the Court, it is

    ORDERED:

    1.    The Motion is granted on a preliminary basis, and the Debtors are hereby authorized to use Cash Collateral, subject to the terms of this Order.

2. The court will conduct a final hearing (the "**Final Hearing**") on the Motion on _____, 2011 at _____ __.m. At the Final Hearing, the Court may modify some or all of the provisions of this Order. The Debtors are authorized to continue to use Cash Collateral until the entry of an order following the Final Hearing.

3. The Debtors are authorized to use Cash Collateral substantially in accordance with the budget as filed with the Court (Doc. No. 19) (the "**Budget**").

4. As adequate protection with respect to the Judgment Creditors' interest in the Cash Collateral, the Judgment Creditors are granted a replacement lien on all of the assets and property acquired by the Debtors or the estates on or after the Petition Date to the same extent, validity, and priority to the security interest in Cash Collateral that the respectively Judgment Creditors held as of the Petition Date. Any of the Judgment Creditors' "floating" liens on such Cash Collateral assets shall continue to "float" on Cash Collateral, notwithstanding §552 of the Bankruptcy Code. The post-petition liens and security interests in the post-petition Cash Collateral granted to the Judgment Creditors, pursuant to this Order, shall be valid and perfected to the same extent, validity, and priority as their respective pre-petition lien, effective as of the Petition Date. Nothing in this Order shall prejudice any of the Debtors' rights, claims, and arguments as to the liens of the Judgment Creditors.

5. The provisions of this Order shall remain in full force and effect unless modified or vacated by subsequent order of this Court.

6. All parties owing money or other funds to the Debtors are authorized and directed to pay the Debtors.

7. The subject of this order is a "core" proceeding within the meaning of 28 U.S.C. §157. Notice of the hearing on the Motion was adequate and appropriate in the current circumstances of these Chapter 11 cases as contemplated by 11 U.S.C. §102(l) and Fed. R. Bankr. P. 4001(b)(2).

DONE AND ORDERED at Tampa, Florida on _____.


    [proposed/draft]
K. Rodney May
United States Bankruptcy Judge

Copies to:

Debtor/Debtor's Attorney/U.S. Trustee
Judgment Creditors


11503.45

3

Exhibit A

```
Label Matrix for local noticing          AETNA US HEALTHCARE                      BRIMMER, BUREK, & KEELAN
113A-8                                   c/o JP Morgan Chase                      5601 Mariner Street
Case 8:11-bk-05210-CED                   131 S Deerborn, 6th Floor                Tampa, FL 33609-3405
Middle District of Florida               Chicago, IL 60603-5517
Tampa
Thu May 26 11:00:03 EDT 2011

CVS Pharmacy, Inc.                       Capsugel, Division of Pfizer, Inc.       Denis A. Cohrs, Esq.
c/o Leyza F. Blanco, Esq.                c/o Thomas Sciarrino, Esq.               The Cohrs Law Group, P.A.
GrayRobinson, P.A.                       P.O. Box 800                             1901 Ulmerton Rd., Suite 425
1221 Brickell Avenue, Suite 1600         Tampa, FL 33601-0800                     Clearwater, FL 33762-2302
Miami, FL 33131-3247

FCC PRODUCTS                             FIRST BENEFIT ADMINISTRATORS             Florida Department of Labor
106 NAYLON  AVE                          13080 BELCHER ROAD S                     Division of Unemployment Compensation
Livingston, NJ 07039-1006                Suite A                                  Bureau of Tax
                                         Largo, FL 33773-1642                     Tallahassee, FL 32399-0233


Foley & Lardner LLP                      Foley & Lardner LLP                      Gencor Pacific, Inc.
c/o Jennifer Hayes, Esq.                 c/o Mark J. Wolfson                      c/o Jason Moyer, Esq.
100 N. Tampa Street, Suite 2700          100 N. Tampa Street, Suite 2700          P.O. Box 1438
Tampa, FL 33602-5810                     Tampa, FL 33602-5810                     Tampa, FL 33601-1438


GeoPharma, Inc.                          HealthyLife Sciences, LLC                IDS Sports, Inc.
Libi Labs, Inc. 8:11-bk-06953-CED        c/o Mark Marani, Esq.                    5707 Dot Com Court, #1079
(Jointly Administered)                   3350 Riverwood Parkway                   Oviedo, FL 32765-3401
6950 Bryan Dairy Rd.                     Suite 1600
Largo, FL 33777-1608                     Atlanta, GA 30339-3359

IKON Office Solutions                    Ikon Office Solutions                    Internal Revenue Service
Recovery & Bankruptcy Group              Accounts Receivable Center               P.O. Box 7346
3920 Arkwright Rd., Suite 400            Attn: Bankruptcy Team                    Philadelphia, PA 19101-7346
Macon, GA 31210-1748                     3920 Arkwright Rd., Suite 400
                                         Macon, GA 31210-1748


Jack Distribution, LLC                   Kerry Inc.                               LaBrada Bodybuilding Nutrition
1501 Green Rd #C                         c/o Michelle g. Novick, Esq.             c/o Robert Lapin, Esq.
Pompano Beach, FL 33064-1077             Arnstein & Lehr LLP                      500 Jefferson, #2000
                                         120 South Riverside Plaza,Ste 1200       Houston, TX 77002-7337
                                         Chicago, IL 60606-3910

MDS Chemical, Inc.                       Maximum Human Performance                Midsummer Investment, Ltd.
10143 Royalton Rd Unit L                 c/o Craig R. Larsen                      295 Madison Ave., 38th Floor
North Royalton, OH 44133-4468            21 Dwight Place                          New York, NY 10017-6342
                                         Fairfield, NJ 07004-3303


Neff Packaging Solutions, Inc.           Office of Reorganization                 PLATINUM INDUSTRIES PTY LTD
c/o Porter Wright Morris & Arthur        U.S. Securities and Exchange Commission  6/29 Kirkham Rd West
One South Main St., #1600                c/o David Baddley, Esq.                  Keysborough, Vic 3173
Dayton, OH 45402-2088                    3475 Lenox Rd, NE Ste 1000               AUSTRALIA
                                         Atlanta, GA 30326-3235

Pinellas County Tax Collector            SHUMAKER LOOP KENDRICK LLP               Shuman, Cani
P O Box 10834                            101 E Kennedy Blvd., #2800               2007 N. Keene Road
Clearwater, FL 33757-8834                Tampa, FL 33602-5153                     Clearwater, FL  33755-1372
```

| | | |
|---|---|---|
| U. S. Securities and Exchange Commission<br>c/o David W. Bradley, Esq.<br>3475 Lenox Rd., Northeast #1000<br>Atlanta, GA 30326-3235 | University of Florida<br>Research Foundation<br>P O Box 115500<br>Gainesville, FL 32611-5500 | Whitebox Pharmaceutical Growth Fund<br>3033 Excelsior Blvd., #300<br>Minneapolis, MN 55416-4675 |
| Whitebox Pharmaceutical Growth Fund Ltd<br>c/o Jason Ward Johnson<br>450 S Orange Ave., Suite 800<br>Orlando, FL 32801-3344 | Whitebox Pharmaceutical Growth Fund, Ltd.,<br>and Bryan Dairy Real Estate Holdings, In<br>c/o Jason Ward Johnson, Esq.<br>P.O. Box 2809<br>Orlando FL 32802-2809 | Yale Mosk & Co,. Interlaken South Inc., Inte<br>c/o Lynn Welter Sherman<br>100 S. Ashley Dr. Ste 1500<br>Tampa, FL 33602-5318 |

End of Label Matrix
Mailable recipients      35
Bypassed recipients       0
Total                    35