# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:   Chapter 11

GEOPHARMA, INC.,   Case No. 8:11-bk-05210-CED
LIBI LABS, INC.,   Case No. 8:11-bk-06953-CED

      Debtors.   Jointly Administered Cases
                                          /   Under Case No. 8:11-bk-05210-CED

## ORDER ON FIRST COMMUNITY BANK OF AMERICA'S MOTION FOR RELIEF FROM STAY OR, IN THE ALTERNATIVE, ADEQUATE PROTECTION

THIS CASE came before the Court for hearing on May 9, 2011, at 2:00 p.m., on the Motion for Relief from Stay or, in the Alternative, Adequate Protection (Doc. No. 52) (the "**Motion**"), filed by First Community Bank of America ("**FCB**"). For the reasons stated orally and in open Court, it is

**ORDERED**:

1. The Motion is denied, in part, and granted, in part, as set forth below.

2. The automatic stay shall continue in full force and effect.

3. The Debtor shall provide adequate protection to FCB, in monthly payments in the amount of $437.50. Such payments shall commence on or before May 10, 2011, continuing on the tenth day of the month for each following month, subject to a five (5) day grace period.

4. All adequate protection payments shall be made payable to FCB and mailed to:

    Clark T. Higgs
    First Community Bank
    9001 Belcher Road
    Pinellas Park, Florida  33782

5. Within seven (7) days of a written request by FCB, the Debtor shall provide proof of insurance as required by the Security Agreement.

6. Within seven (7) days of any telephonic request by FCB, the Debtor shall allow inspection of the collateral, to be scheduled by the parties so as not to disrupt the business of the Debtor.

7. The Debtor shall be in default under this Order if the Debtor fails to make any payment due on the date indicated, plus the five (5) day grace period, and does not cure such default within seventy two (72) hours after FCB provides Debtor's counsel with telephonic notice of the default.

8. In the event of a default, FCB shall be entitled to file and serve a motion for final relief from stay and obtain a prompt hearing from the Court.

9. This Order shall be without prejudice to the parties positions as to the extent, priority, and validity of the liens and claims of FCB, the value of any collateral securing FCB's claims, and the application of the payments made as adequate protection. In the event that the parties reach a separate agreement as to different or additional adequate protection, the Debtor shall file an appropriate motion with the Court seeking approval of such agreement.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, on ____ May 31, 2011

*Caryl E. Delano*

CARYL E. DELANO
United States Bankruptcy Judge

Copies to:
Debtor, Attorneys for the Debtor, U.S. Trustee
L.B.R. 1007-2 Parties in Interest

H:\User\GeoPharma\Orders\Stay Relief - First Community Bank.docx