UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Chapter 11

GEOPHARMA, INC.,                                    Case No. 8:11-bk-05210-CED
LIBI LABS, INC.,                                    Case No. 8:11-bk-06953-CED

    Debtors.                                    Jointly Administered Cases
                                                    Under Case No. 8:11-bk-05210-CED
_____/

## ORDER CONTINUING HEARING

THIS CASE came on for continued hearing on August 22, 2011 at 2:00 p.m. on the *Debtor's Motion for Order Enforcing the Automatic Stay as Against the State of California* (Doc. No. 85) (the "**Motion**"). For the reasons stated orally and recorded in open court which shall constitute the decision of the Court, it is

**ORDERED** that the hearing on the Motion is continued until **September 19, 2011 at 2:00 p.m.**

**DONE AND ORDERED** at Tampa, Florida, on ____ August 30, 2011 ____.

_____
CARYL E. DELANO
United States Bankruptcy Judge

Copies furnished to:

Office of the U.S. Trustee
501 East Polk Street, Suite 1200
Tampa, Florida 33602

Local Rule 1007.2 Parties in Interest

Donald A. du Bain, District Attorney
Solano County
675 Texas Street, Suite 4500
Fairfield, CA 94533

Jack Allen, Chief Deputy District Attorney
Solano County
675 Texas Street, Suite 4500
Fairfield, CA 94533

Gary Allen Lieberstein, District Attorney
Napa County
P.O. Box 720
Napa, CA 64559-0720

Daryl Arthur Roberts, Deputy District Attorney
Napa County District Attorney's Office
931 Parkway Mall
P.O. Box 720
Napa, CA 64559-0720

Nancy E. O'Malley, District Attorney
Alameda County Court House
1225 Fallon Street, #900
Oakland, CA 94612

Kevin Dunleavy, Chief Assistant District Attorney
Alameda County Courthouse
1225 Fallon Street, #900
Oakland, CA 94612

Edward S. Berberian, District Attorney
Marin County
3501 Civic Center Drive, #130
San Rafael, CA 94903

Robert Nichols, Deputy District Attorney
3501 Civic Center Drive, #130
San Rafael, CA 94903

Dean Flippo, District Attorney
Monterey County
P.O. Box 1131
Salinas, CA 93902

John Fulton Hubanks, Deputy District Attorney
1200 Agualito Rd., #301
Monterey, CA 93940

Tony Rackauckas, District Attorney
Orange County
401 Civic Center Dr.
Santa Ana, CA 92701

Tracey E. Hughes, Deputy District Attorney
700 Civic Center Dr.
Santa Ana, CA 92701

Stephen M. Wagstaffe, District Attorney
San Mateo County
400 County Center, 3rd Floor
Redwood City, CA 94063

John Edward Wilson, Assistant District Attorney
400 County Center, 3rd Floor
Redwood City, CA 94063

2

Jeffrey F. Rosen, District Attorney
Santa Clara County
70 West Hedding St., West Wing
San Jose, CA 95110

Mark Buller, Chief Assistant District Attorney
70 W. Hedding St., West Wing
San Jose, CA 95110

Bob H. Lee, District Attorney
Santa Cruz County
701 Ocean Street, Rm. 200
Santa Cruz, CA 95060

Kelly Jay Walker, Assistant District Attorney
Santa Cruz County District Attorney Ofc
701 Ocean St., Rm 200
Santa Cruz, CA 95060

Stephen S. Carlton, District Attorney
Shasta County
1355 West Street
Redding, CA 96001

Erin M. Dervin, Deputy District Attorney
1355 West Street
Redding, CA 96001

Jill Ravitch, District Attorney
Sonoma County
600 Administration Dr., Rm 212J
Santa Rosa, CA 95403

Christine M. Cook, Assistant District Attorney
600 Administration Dr., Rm 212J
Santa Rosa, CA 95403

11503.46.2