

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

# PRO MEMO

09/19/2011 02:00 PM

COURTROOM 9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | FILING DATE: |
|---|---|
| 8:11-bk-05210-CED   11 | 03/23/2011 |

Chapter 11

**DEBTOR:**   GeoPharma, Inc.

**DEBTOR ATTY:**   Daniel Fogarty

**TRUSTEE:**   NA

**HEARING:**

(1) CONT. MOTION FOR ORDER ENFORCING THE AUTOMATIC STAY AS AGAINST THE STATE OF CALIFORNIA; DOC. # 85
(2) CONT. MOTION TO USE CASH COLLATERAL AND GRANT REPLACEMENT LIENS PURSUANT TO 11 U.S.C. SECTIONS 105(A), 361, 363, 541, AND 552 AND BANKRUPTCY RULE 4001; DOC. 99

**APPEARANCES::**
DANIEL FOGARTY

**WITNESSES:**

**EVIDENCE:**

**RULING:**
(1) CONT. MOTION FOR ORDER ENFORCING THE AUTOMATIC STAY AS AGAINST THE STATE OF CALIFORNIA; DOC. # 85

MOTION TO APPROVE COMPROMISE FILED

(2) CONT. MOTION TO USE CASH COLLATERAL AND GRANT REPLACEMENT LIENS PURSUANT TO 11 U.S.C. SECTIONS 105(A), 361, 363, 541, AND 552 AND BANKRUPTCY RULE 4001; DOC. 99

INTERIM ORDER GRANTING CONTINUED USE OF CASH COLLATERAL ON SAME TERMS AS PRIOR ORDER, CONTINUED TO 10/3/2011 @ 2:30 P.M.

O/FOGARTY
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This is not an official Order of the Court.</b>