UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Chapter 11

GEOPHARMA, INC.,                                Case No. 8:11-bk-05210-CED
LIBI LABS, INC.,                                Case No. 8:11-bk-06953-CED

      Debtors.                                  Jointly Administered Under
_____/                Case No. 8:11-bk-05210-CED


**THIRD INTERIM ORDER ON DEBTORS'**
**MOTION FOR AUTHORITY TO USE CASH COLLATERAL**

THESE CASES came on for continued hearing on September 19, 2011, at 2:00 p.m.

upon the Debtors' Motion for Entry of Interim and Final Orders Authorizing Use of Cash

Collateral and Granting Replacement Liens Pursuant to 11 U.S.C. §§ 106(a), 361, 363,

541, and 522 and Bankruptcy Rule 4001 (Doc. No. 99) (the "**Motion**").  The Debtors

seek the entry of a preliminary order authorizing them to use "**Cash Collateral**" (as such

term is defined in §363(a) of the Bankruptcy Code).  Certain parties (the "**Judgment**

**Creditors**") have asserted or may assert liens on Cash Collateral as described in the

Motion.  The Court previously entered interim orders authorizing use of Cash Collateral

(Doc. No. 123, 136).  The Court finds that use of cash collateral as authorized by this

Order is necessary to prevent immediate and irreparable harm to the Debtors and the

estates.  For the reasons stated in open court that shall constitute the decision of the

Court, it is

ORDERED:

1.      The Motion is granted on an interim basis, and the Debtors are hereby authorized to use Cash Collateral, subject to the terms of this Order.

2.      The Court will conduct a continued hearing (the "**Continued Hearing**") on the Motion on **October 3, 2011** at **2:30 p.m.**  At the Continued Hearing, the Court may modify some or all of the provisions of this Order.  The Debtors are authorized to continue to use Cash Collateral until the entry of an order following the Continued Hearing.

3.      The Debtors are authorized to use Cash Collateral substantially in accordance with the budget as attached hereto as Exhibit "A" (the "**Budget**").

4.      As adequate protection with respect to the Judgment Creditors' interest in the Cash Collateral, the Judgment Creditors are granted a replacement lien on all of the assets and property acquired by the Debtors or the estates on or after the Petition Date to the same extent, validity, and priority to the security interest in Cash Collateral that the respectively Judgment Creditors held as of the Petition Date.  Any of the Judgment Creditors' "floating" liens on such Cash Collateral assets shall continue to "float" on Cash Collateral, notwithstanding §552 of the Bankruptcy Code.  The post-petition liens and security interests in the post-petition Cash Collateral granted to the Judgment Creditors, pursuant to this Order, shall be valid and perfected to the same extent, validity, and priority as their respective pre-petition lien, effective as of the Petition Date.  Nothing in this Order shall prejudice any of the Debtors' rights, claims, and arguments as to the liens of the Judgment Creditors.

5.      The provisions of this Order shall remain in full force and effect unless modified or vacated by subsequent order of this Court.

6.      All parties owing money or other funds to the Debtors are authorized and directed to pay the Debtors.

7.      The subject of this order is a "core" proceeding within the meaning of 28 U.S.C. §157.  Notice of the hearing on the Motion was adequate and appropriate in the current circumstances of these Chapter 11 cases as contemplated by 11 U.S.C. §102(l) and Fed. R. Bankr. P. 4001(b)(2).

                                                                September 27, 2011

DONE AND ORDERED at Tampa, Florida on _____.

_____
CARYL E. DELANO
United States Bankruptcy Judge

Copies to:

Debtors/Debtors' Attorney/U.S. Trustee
Judgment Creditors

11503.62

| | A | B | C | D | E | F | G | H | J | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Week Ending | September 2,2011 | | September 9 ,2011 | | September 16,2011 | | September 23,2011 | September 30,2011 | Month of September | |
| 2 | | Budget | Actual | Budget | Actual | Budget | Actual | Budget | Budget | Budget | Actual |
| 3 | | | | | | | | | | | |
| 4 | Beginning Bank Balance | | $ 76,411.10 | $ - | $ 48,558.30 | $ - | $ 31,594.70 | $ 2,082.55 | $ 3,459.00 | 0 | $ 76,411.10 |
| 5 | | | | | | | | | | | |
| 6 | CASH IN: | | | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | Revenue from clients | $ - | $ - | $ 5,080.00 | $ 25,076.80 | $ 28,800.00 | $ - | $ 15,239.00 | $ 118,375.00 | $ 167,494.00 | $ 25,076.80 |
| 9 | Libi | | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | TOTAL CASH IN | $ - | $ 76,411.10 | $ 5,080.00 | $ 73,635.10 | $ 28,800.00 | $ 31,594.70 | $ 15,239.00 | $ 118,375.00 | $ 167,494.00 | $ 185,806.00 |
| 12 | | | | | | | | | | | |
| 13 | CASH OUT: | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | Salaries and Wages | $ 25,000.00 | $ 24,052.90 | $ 6,480.00 | $ 6,747.54 | $ 25,000.00 | $ 24,917.30 | $ 6,480.00 | $ 25,000.00 | $ 87,960.00 | $ 55,717.74 |
| 16 | Inventory | | $ 2,052.50 | | $ 4,811.55 | | $ - | | | | $ 6,864.05 |
| 17 | Maintenance Service | $ 500.00 | $ 289.11 | $ 500.00 | $ 420.00 | $ 500.00 | $ - | $ 500.00 | $ 500.00 | $ 2,500.00 | $ 709.11 |
| 18 | Insurance | $ - | $ - | $ 1,500.00 | $ 1,146.65 | $ 953.00 | $ - | | | $ 2,453.00 | $ 1,146.65 |
| 19 | Rent | $ 16,667.00 | $ - | $ - | $ 16,666.66 | $ 1,166.67 | $ - | | | $ 17,833.67 | $ 16,666.66 |
| 20 | Utilities | $ 7,000.00 | $ - | $ 2,200.00 | $ 9,021.62 | $ - | $ - | | | $ 9,200.00 | $ 9,021.62 |
| 21 | Phone/Internet | $ 150.00 | $ 146.85 | | $ - | | $ - | $ 800.00 | $ 800.00 | $ 1,750.00 | $ 972.65 |
| 22 | Equipment Payment | | $ - | $ 437.50 | $ - | $ - | $ - | | | $ 437.50 | $ - |
| 23 | Bankruptcy Fee | | | | | | | | | $ - | $ - |
| 24 | Storage | | $ - | $ 2,400.00 | $ 1,987.25 | $ - | $ - | | | $ 2,400.00 | $ 1,987.25 |
| 25 | Freight | $ 1,000.00 | $ 360.13 | $ 1,000.00 | $ 7.79 | $ 1,000.00 | $ 865.88 | $ 1,000.00 | $ 1,000.00 | $ 5,000.00 | $ 1,233.80 |
| 26 | Calibration & Testing | $ 1,000.00 | $ - | $ 1,000.00 | $ - | $ 1,000.00 | $ 1,500.00 | $ 1,000.00 | $ 1,000.00 | $ 5,000.00 | $ 1,500.00 |
| 27 | Other | $ 2,000.00 | $ 951.31 | $ 2,000.00 | $ 405.54 | $ 2,000.00 | $ 2,228.97 | $ 2,000.00 | $ 2,000.00 | $ 10,000.00 | $ 3,585.82 |
| 28 | | | | | | | | | | | |
| 29 | TOTAL CASH OUT | $ 53,317.00 | $ 27,852.80 | $ 17,517.50 | $ 42,040.40 | $ 31,619.67 | $ 29,512.15 | $ 11,780.00 | $ 30,300.00 | $ 144,534.17 | $ 99,405.35 |
| 30 | | | | | | | | | | | |
| 31 | Total Cash | | $ 48,558.30 | | $ 31,594.70 | | $ 2,082.55 | $ 3,459.00 | $ 88,075.00 | $ 91,534.00 | $ 86,400.65 |