

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/03/2011 02:30 PM

COURTROOM 9A

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:11-bk-05210-CED | 11 | 03/23/2011 |

Chapter 11

**DEBTOR:** GeoPharma, Inc.

**DEBTOR ATTY:** Daniel Fogarty

**TRUSTEE:** NA

**HEARING:**

CONT. MOTION TO USE CASH COLLATERAL AND GRANT REPLACEMENT LIENS PURSUANT TO 11 U.S.C. SECTIONS 105(A), 361, 363, 541, AND 552 AND BANKRUPTCY RULE 4001; DOC. 99

**APPEARANCES::** Daniel Fogarty, Mark Wolfson, J. Steven Wilkes

**RULING:**
CONT. MOTION TO USE CASH COLLATERAL AND GRANT REPLACEMENT LIENS PURSUANT TO 11 U.S.C. SECTIONS 105(A), 361, 363, 541, AND 552 AND BANKRUPTCY RULE 4001; DOC. 99 - Continued to 11/7/2011 at 1:00 p.m.   O/Fogarty
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c).
<b>This is not an official Order of the Court.</b>