UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                              Chapter 11

GEOPHARMA, INC.,                                    Case No. 8:11-bk-05210-CED
LIBI LABS, INC.,                                    Case No. 8:11-bk-06953-CED

    Debtors.                                        Jointly Administered Cases
                                                    Under Case No. 8:11-bk-05210-CED
_____/

## ORDER CONTINUING HEARING

THIS CASE came on for continued hearing on October 3, 2011 at 2:30 p.m. on the *Motion for Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Granting Replacement Liens Pursuant to 11 U.S.C. §§ 105(a), 361, 363, 541 and 552 and Bankruptcy Rule 4001* (Doc. No. 99) (the "**Motion**"). For the reasons stated orally and recorded in open court which shall constitute the decision of the Court, it is

**ORDERED** that the hearing on the Motion is continued until **November 7, 2011 at 1:00 p.m.**

**DONE AND ORDERED** at Tampa, Florida, on November 07, 2011.

_____
CARYL E. DELANO
United States Bankruptcy Judge

Copies furnished to:

Debtors/Debtors' Counsel/U.S. Trustee
Judgment Creditors
1007-2 Parties in Interest

11503.65